UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BIO-RAD LABORATORIES, INC. and, PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Plaintiffs,<br>vs.<br><br>10X GENOMICS, INC.,<br><br>           Defendant. | CIVIL ACTION<br>NO. 19-cv-12533-WGY |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Above-Named Court:

Please take notice that counsel for Plaintiff Bio-Rad Laboratories, Inc. and President and Fellows of Harvard College at the firm of Birnbaum & Godkin, LLP has a change of business address (effective May 1, 2020) and requests that the Court and counsel amend their records to reflect such change.

Counsel's old business address was as follows:

280 Summer Street, Boston, MA 02210

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications to Birnbaum & Godkin, LLP shall be addressed to the new business address as follows:

470 Atlantic Avenue, 4th Floor, Boston, MA 02210

Respectfully submitted,

BIO-RAD LABORATORIES, INC. and
PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

By their attorneys,

*/s/ James E. Kruzer*
James E. Kruzer (BBO # 670827)
David S. Godkin (BBO #196530)
BIRNBAUM & GODKIN, LLP
470 Atlantic Avenue, 4th Floor
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
kruzer@birnbaumgodkin.com
godkin@birnbaumgodkin.com

Dated:  April 29, 2020

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

*/s/ James E. Kruzer*
James E. Kruzer