UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIO-RAD LABORATORIES, INC.,<br>    Plaintiff,<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>    Co-Plaintiff,<br><br>    v.<br><br>10X GENOMICS, INC.,<br>    Defendant.<br><br>10X GENOMICS, INC.,<br>    Counterclaim Plaintiff,<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>    Counterclaim Co-Plaintiff as to certain claims,<br><br>    v.<br><br>BIO-RAD LABORATORIES, INC.,<br>    Counterclaim Defendant. | Civil Action No. 1:19-cv-12533-WGY<br><br>**DEMAND FOR JURY TRIAL** |

### 10X GENOMICS, INC.'S MOTION FOR EXPEDITED CONSIDERATION OF CERTAIN HIGH-PRIORITY DISPUTES IN DOCKET NO. 141 AND/OR REFERRAL TO A MAGISTRATE JUDGE

10X Genomics, Inc., by its undersigned attorneys, hereby respectfully moves this Court to enter an Order deciding the disputes identified in 10X Genomics Inc.'s Motion on an expedited basis and refer any remaining disputes to Magistrate Judge Marianne B. Bowler for expedited resolution; or referring Docket No. 141 in its entirety to Magistrate Judge Marianne B. Bowler. A Proposed Order is filed herewith.

On August 28, 2020, the Parties met and conferred telephonically pursuant to Local Rule 7.1. Plaintiff and Counterclaim Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad") has indicated it opposes this Motion. President and Fellows of Harvard College and Stilla Technologies, Inc. and Stilla Technologies have stated that they neither support nor oppose this Motion. The schedule in this case is tight and the clock is ticking. Therefore, 10X respectfully requests that the Court consider this Motion on an expedited basis and order that Bio-Rad's opposition to this Motion be filed by no later than September 1, 2020.

Date: August 28, 2020

Respectfully submitted,

/s/ *Matthew D. Powers*

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
Stefani C. Smith (*pro hac vice*)
Robert L. Gerrity (*pro hac vice*)
Jennifer K. Robinson (*pro hac vice*)
Natasha M. Saputo (*pro hac vice*)
Gina Cremona (*pro hac vice*)
Utsav Gupta (*pro hac vice*)
Daniel Radke (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:    (650) 802-6001
10x_BR_MA_Service@tensegritylawgroup.com

Azra M. Hadzimehmedovic (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Samantha A. Jameson (*pro hac vice*)
Kiley White (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260

Sarah Chapin Columbia (BBO #550155)
Katrina Rogachevsky (BBO #691373)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, Massachusetts 02116-5021
Telephone:    (617) 535-4000
Facsimile:    (617) 535-3800
10X-BR-MWE@mwe.com

Leah Brannon (*pro hac vice*)
Kenneth Reinker (*pro hac vice*)
CLEARY GOTTLIEB
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999
Team-10x-Genomics-Litigation-CGSHOnly@cgsh.com

McLean, VA 22102  
Telephone: (703) 940-5033 *Counsel for 10X Genomics, Inc.*  
Facsimile: (650) 802-6001  
10x_BR_MA_Service@tensegritylawgroup.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby state that on August 28, 2020, before filing this Motion, counsel for 10X telephonically met and conferred with Bio-Rad's counsel and attempted in good faith to resolve or narrow the issues in accordance with the requirements of Local Rule 7.1. Counsel for Bio-Rad states that Bio-Rad opposes the present motion. Stilla and Harvard have indicated that they neither oppose nor join this Motion.

*/s/ Matthew D. Powers*
Matthew D. Powers

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 28, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ Matthew D. Powers*
Matthew D. Powers