**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>  v.<br><br>10X GENOMICS, INC.,<br><br>    Defendant. | C.A. No. 1:19-cv-12533-WGY |
| 10X GENOMICS, INC.,<br><br>    Counterclaim Plaintiff,<br><br>  and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim Co-Plaintiff as to certain claims,<br><br>  v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Counterclaim Defendant,<br><br>  and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim Co-Defendant as to DJ counterclaims. | |

**STIPULATION FOR AN EXTENSION OF TIME FOR COUNTERCLAIM CO-PLAINTIFFS TO FILE RULE 12(f) MOTION**

Bio-Rad Laboratories, Inc. ("Bio-Rad") filed its answer to 10X's Second Amended Counterclaims on September 16, 2020. *See* ECF No. 166. 10X Genomics, Inc. ("10X") and President and Fellows of Harvard College ("Harvard") are counterclaim co-plaintiffs with respect

1

to Counts XIV and XV of the Second Amended Counterclaims, and with respect to any of Bio-Rad's affirmative defenses directed at those counterclaims. *See* ECF No. 166 at 34 (20th – 23rd Affirmative Defenses). At this time, the parties are conferring regarding Bio-Rad's 21st Affirmative Defense to resolve remaining issues. Accordingly, 10X, Harvard, and Bio-Rad, by and through counsel, hereby stipulate and request that 10X and Harvard have an extension of time from October 7, 2020, to October 14, 2020, to file a Rule 12(f) motion directed to Bio-Rad's 21st Affirmative Defense (ECF No. 166, p. 34 ¶ 128). No prior extensions have been granted on this filing.

Date: October 6, 2020

Respectfully submitted,

/s/ *Stefani C. Smith*

| | |
|---|---|
| Matthew D. Powers (*pro hac vice*) | Sarah Chapin Columbia (BBO #550155) |
| Paul T. Ehrlich (*pro hac vice*) | Katrina Rogachevsky (BBO #691373) |
| Stefani C. Smith (*pro hac vice*) | Annabel Rodriguez (BBO #696001) |
| Robert L. Gerrity (*pro hac vice*) | MCDERMOTT WILL & EMERY LLP |
| Jennifer K. Robinson (*pro hac vice*) | 200 Clarendon Street, Floor 58 |
| Natasha M. Saputo (*pro hac vice*) | Boston, Massachusetts 02116-5021 |
| Gina Cremona (*pro hac vice*) | Telephone:   (617) 535-4000 |
| Utsav Gupta (*pro hac vice*) | Facsimile:   (617) 535-3800 |
| Daniel Radke (*pro hac vice*) | 10X-BR-MWE@mwe.com |
| TENSEGRITY LAW GROUP, LLP | |
| 555 Twin Dolphin Drive, Suite 650 | Leah Brannon (*pro hac vice*) |
| Redwood Shores, CA 94065 | Kenneth Reinker (*pro hac vice*) |
| Telephone:   (650) 802-6000 | CLEARY GOTTLIEB |
| Facsimile:   (650) 802-6001 | 2112 Pennsylvania Avenue, NW |
| 10x_BR_MA_Service@tensegritylawgroup.com | Washington, DC 20037 |
| | Telephone:   (202) 974-1500 |
| | Facsimile:   (202) 974-1999 |
| Azra M. Hadzimehmedovic (*pro hac vice*) | Team-10x-Genomics-Litigation-CGSHOnly@cgsh.com |
| Aaron M. Nathan (*pro hac vice*) | |

Samantha A. Jameson (*pro hac vice*)
Kiley White (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:    (703) 940-5033
Facsimile:    (650) 802-6001
10x_BR_MA_Service@tensegritylawgroup.com

*Counsel for 10X Genomics, Inc.*


/s/ *Derek C. Walter*
Edward Reines
Derek C. Walter
Prachi Mehta
Eric A. Rivas
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3022
bio-rad.10x.ma@weil.com

Patrick J. O'Toole , Jr.
Weil, Gotshal & Manges LLP
100 Federal Street
Boston, MA 02110
Tel: 617-772-8365
Fax: 617-772-8333
bio-rad.10x.ma@weil.com

Eric S. Hochstadt
Xiaoxi Tu
Scott T. Christopher
Weil, Gotshal & Manges LLP
767 Fifth Avenue
Room 2421
New York, NY 10153
Tel: (212) 310-8538
Fax: (212) 310-8007
bio-rad.10x.ma@weil.com

Garland Stephens

/s/ *Geoffrey M. Raux*
Geoffrey M. Raux (BBO# 674788)
Michael J. Tuteur (BBO#543780)
Ruben J. Rodrigues (BBO# 676573)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
T: 617.342.4000
F: 617.342.4001
BOST-F-Harvard-Bio-Rad10X@foley.com
graux@foley.com
mtuteur@foley.com
rrodrigues@foley.com

*Counsel for President and Fellows of Harvard College*

Justin Constant
Weil, Gotshal & Manges LLP
700 Louisiana Street
Suite 1700
Houston, TX 77002
Tel: (713) 546-5011
bio-rad.10x.ma@weil.com

Audra Sawyer
Weil, Gotshal & Manges LLP
2001 M Street NW,
Suite 600,
Washington, DC 20036
Tel: (202) 682-7274
Fax: (202) 857-0940
bio-rad.10x.ma@weil.com

David S. Godkin
James E. Kruzer
Birnbaum & Godkin, LLP
470 Atlantic Avenue, 4th Floor
Boston, MA 02210
Tel: 617-307-6100
Fax: 617-307-6101
kruzer@birnbaumgodkin.com
godkin@birnbaumgodkin.com

*Counsel for Bio-Rad Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 6, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ Stefani C. Smith*
Stefani C. Smith
