# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.,<br><br>    Defendant.<br><br>10X GENOMICS, INC.,<br><br>    Counterclaim Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim Co-Plaintiff as to certain claims,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Counterclaim Defendant,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim Co-Defendant as to DJ counterclaims. | C.A. No. 1:19-cv-12533-WGY<br><br>**DEMAND FOR JURY TRIAL** |

## 10X GENOMICS, INC.'S REQUEST FOR A STATUS CONFERENCE

Defendant and Counterclaim Plaintiff 10X Genomics, Inc. ("10X"), through undersigned counsel, respectfully submits this motion for a status conference to seek guidance from the Court. In this complex patent and antitrust case, the parties have been operating without a Court approved

1

scheduling order, without a Court approved protective order and without the Court's resolution of numerous discovery disputes. For context, 10X recites the following:

1. Pursuant to the Court's orders during the July 31, 2020 Scheduling Conference, on August 14, 2020, the parties submitted a Joint Proposed Amended Pretrial Schedule, which was partly agreed and partly disputed. ECF No. 147. The Court has not ruled on the Proposed Amended Pretrial Schedule.

2. Subsequently, the Court held a Markman Hearing by video on September 10, 2020, in which the Court construed some terms and took other terms under advisement. The Court has not issued a Markman order.

3. Among the agreed-upon dates in the Proposed Amended Schedule were the discovery cut-off date and the date for service of certain expert reports. The fact discovery cut-off date was October 9, 2020, which date has passed, but discovery is not complete. Expert reports were to be due as early as 6 days from today – Wednesday, October 21, 2020. Those expert reports cannot and should not be exchanged prior to discovery being complete or prior to receiving the Court's claim construction order.

4. Several other motions are pending which implicate the parties' ability to complete fact discovery. ECF Nos. 141, 147, 156, 175, 180, and 182.

5. For at least the reasons outlined in points 1 – 4 above, the schedule the parties had submitted is no longer viable and the parties need guidance from the Court in order to proceed forward on the merits of the claims to prepare for trial.

WHEREFORE, 10X respectfully requests that the Court schedule a brief status conference to address the schedule for the future conduct of this proceeding. To be useful and to address the issues above, 10X requests that the conference needs to be scheduled on or before for October 20, 2020.

Date: October 15, 2020

Respectfully submitted,

/s/ *Katrina C. Rogachevsky*

| | |
|---|---|
| Matthew D. Powers (*pro hac vice*) | Sarah Chapin Columbia (BBO #550155) |
| Paul T. Ehrlich (*pro hac vice*) | Katrina C. Rogachevsky (BBO #691373) |
| Stefani C. Smith (*pro hac vice*) | Annabel Rodriguez (BBO #696001) |
| Robert L. Gerrity (*pro hac vice*) | MCDERMOTT WILL & EMERY LLP |
| Jennifer K. Robinson (*pro hac vice*) | 200 Clarendon Street, Floor 58 |
| Natasha M. Saputo (*pro hac vice*) | Boston, Massachusetts 02116-5021 |
| Gina Cremona (*pro hac vice*) | Telephone:   (617) 535-4000 |
| Utsav Gupta (*pro hac vice*) | Facsimile:   (617) 535-3800 |
| Daniel Radke (*pro hac vice*) | 10X-BR-MWE@mwe.com |
| TENSEGRITY LAW GROUP, LLP | |
| 555 Twin Dolphin Drive, Suite 650 | Leah Brannon (*pro hac vice*) |
| Redwood Shores, CA 94065 | Kenneth Reinker (*pro hac vice*) |
| Telephone:   (650) 802-6000 | CLEARY GOTTLIEB |
| Facsimile:   (650) 802-6001 | 2112 Pennsylvania Avenue, NW |
| 10x_BR_MA_Service@tensegritylawgroup.com | Washington, DC 20037 |
| | Telephone:   (202) 974-1500 |
| | Facsimile:   (202) 974-1999 |
| Azra M. Hadzimehmedovic (*pro hac vice*) | Team-10x-Genomics-Litigation-CGSHOnly@cgsh.com |
| Aaron M. Nathan (*pro hac vice*) | |
| Samantha A. Jameson (*pro hac vice*) | |
| Kiley White (*pro hac vice*) | |
| TENSEGRITY LAW GROUP, LLP | |
| 8260 Greensboro Drive, Suite 260 | |
| McLean, VA 22102 | |
| Telephone:   (703) 940-5033 | |
| Facsimile:   (650) 802-6001 | |
| 10x_BR_MA_Service@tensegritylawgroup.com | |

*Counsel for 10X Genomics, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 15, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ Katrina C. Rogachevsky*
Attorney Name
