# EXHIBIT 23

**Licensing Executives Society**

(U.S.A. and Canada), Inc.



# Global "Life Sciences" Royalty Rates & Deal Terms Survey
# - 2016 -

### *LES USA/Canada*

-In coordination with -

### *Licensing Executives Society*

### *International  (LESI)*

February 2017

# Table of Contents

Introductory Letter                                                                                           3
LES Survey Committee                                                                                    4
Introduction                                                                                                       6
Report Highlights                                                                                              7
Methodology                                                                                                     9

Analysis and Results
    Profile of Responses                                                                               13
    Royalty Analysis                                                                                      39
    Flat Royalties                                                                                          45
    Tiered Royalties                                                                                      60
    Flat vs. Tiered Royalties                                                                          74
    Profile of Diagnostic Deals                                                                     76
    Valuation                                                                                                 85
    Analysis of Therapeutic Areas                                                               141
    Analysis of Drug Delivery Deals                                                            166
    Analysis of Veterinary Deals                                                                 177
    Miscellaneous Analyses                                                                         186

Appendix A – Aggregate Survey Results by Question (Combined)                  207
Appendix B – Aggregate Survey Results by Question (LES USA & Canada)      231
Appendix C – Aggregate Survey Results by Question (LESI Ex. USA & Canada) 255
Appendix D – Survey Instrument                                                                      279

2016 Global "Life Sciences" Royalty Rates and Deal Terms Survey



# Introduction
# *Royalty Rates and Deal Terms Survey*

The LES (USA & Canada) Life Sciences Sector, in coordination with the Licensing Executive Society International (LESI) Life Sciences Sector, is pleased to present the "*LES Global Life Sciences" Royalty Rates and Deal Terms Survey - 2016*". This landmark report is one of the many benefits of LES membership and reflects the organization's objective to provide its members with relevant, cutting edge, licensing education and industry information generally not available from other sources.

We believe you will find this report contains many keen insights on some of the most important areas of deal making in our industry.

**We would like to specifically acknowledge and express our appreciation to each LES survey contributor**. Because of the confidential manner in which the survey is executed, LES does not know who participated. **However, we applaud their efforts and willingness to share their deal-related information. It is because of these members that we have this survey report to issue. Thank you, and your companies, for your participation.**

The Survey Committee was assisted in this effort by Vault Consulting, a survey research firm in the Washington, DC area. Vault is specialized in confidential studies for industry and professional associations.  The Vault survey instruments and data processes ensure the confidentiality of all company and deal information reported. Individual company and individual deal data is NEVER reported in any individual manner, only in aggregate analyses as part of a larger sample. We appreciate their fine work in assisting with the survey and this report.

Finally, we want to acknowledge the contributions of the Survey Committee Members (listed on the following page).  It was their aggregate efforts that made the survey a reality for the professional benefit of our LES (USA & Canada) and LESI Life Sciences Sector members.  If you have any questions or suggestions on the survey, please contact any of us at info@les.org.

| | | | |
|---|---|---|---|
| Jim McCarthy, CLP, Chair 2015 | Ben Bonifant, Chair, 2016 | Karthika, Perumal, Chair, 2017 | Gary Keller ,Chair |
| Life Sciences Sector | Life Sciences Sect | Life Sciences Sector | Life Sciences Sector |
| LES USA / Canada | LES USA / Canada | LES USA/ Canada | LESI |

# Introduction
# Core *Committee & Key Contributors* **

- Jim McCarthy, CLP,  *CorpDev Ventures*, (co-chairperson) **
- Rob McInnes, *Dibbs Baker (Australia) (co-chairperson)* **
- Dana Matzen, *IntelGenX*, (Canada) (co-chairperson) **

*Survey Instrument Sub-Committee*
- Paul Tabor*, University of Colorado, Denver*
- Haskell Adler*, Moffitt Cancer*
- Beth Gildea*, GE Healthcare*

*Promotion / Recruitment  Sub-Committee*
- Jim McCarthy*, CLP, CorpDev Ventures*
- Rob McInn*es, Dibbs Michael Barker, Australia*
- Jennifer Dyer*, USC Stevens Center for Innovation*
- Michael Fluhler*, Fishman Steward PLLC*
- Jonathan Mitchell*, TreMonti Consulting*
- Jianbo Hu*, PhD, Oregon State University*
- Stacey Nunes*, National Research Council Canada*
- Linda Hogan, *CoLucid Pharmaceutical*
- Gary Keller*, Xomic, Chair, LESI Life Sciences Sector*

2016 Global "Life Sciences" Royalty Rates and Deal Terms Survey

4



# Introduction
# **Core** *Committee & Key Contributors* **

*Analysis Sub-Committee*

- Sean Sheridan, *Charles River Associates, Int'l* **
- *Julie Kim, Triangle Insights Group* **
- *Art Misyan, Merck Sharpe & Dome*

*Special Advisors: Analysis*

- Ben Bonifant*, Triangle Insights Group* **
- Jeff Snell, *Charles River Associates* **

*Vault Consulting*

- Ian Santo Domingo*, Managing Director*
- Rachel Dobis*, Director* **



# Introduction
## *By LES Members → For LES Members*

The Licensing Executives Society (U.S.A. and Canada), Inc. (LES) and the Licensing Executive Society International (LESI) are professional societies representing over 10,000 members engaged in the transfer, use, development, manufacture and marketing of intellectual property.  With the growing economic importance of licensing and partnerships, LES members are at the leading edge of business, technical and legal aspects of deal making.

This report summarizes the results of a targeted survey to LES Life SciencesSector members in Life Sciences industries ( i.e. biotechnology, pharmaceuticals, diagnostics, and drug delivery) in an attempt to benchmark important areas of deal-making for Life Sciences licensing professionals.

In particular, this report illustrates detailed analysis on fixed royalties, tiered royalties, deal terms, valuation methods, and therapeutic areas.  It provides a more current perspective on licensing royalty rates and deal terms than the Freedom of Information (FOI) approach allows, and provides information not routinely found in other licensing royalty rate sources or publications.  Actual survey results are summarized in aggregate form, presented in Appendix A.

This survey is the 5th edition of the LES Life Sciences Royalty Rates and Deal Terms Survey, and has been executed on a global scale.

We trust that this report is a useful tool for our LES Life Sciences members and colleagues who are interested in the dynamic and expanding field of licensing partnerships and intellectual asset management.

All responses to this survey have been kept strictly confidential. At no point will anyone, other than select Vault Consulting, Inc. (Vault) employees, be granted access to respondents' submissions, and then only for data management and quality control.

We welcome your feedback!  If you have any questions or comments on this report, please send them to info@les.org



# Report Highlights

**Profile and Composition of Responses**

- 165 total responses were submitted. Of these responses, 117 surveys were considered complete for analysis and incorporated into this report.

- Survey respondents represented 8 of the 33 Licensing Executives Society International (LESI) Societies.

- Respondents based on number of Deals used in the analysis: 44% Operating Companies, 27% academics , 8% Not-for-Profit Organizations, 7% Government, and 14% Other. Of the Operating Companies, 22% were Pharmaceutical and 12% were Biotech.

- Respondent by Organization Composition: 19% Pharmaceutical Companies (includes Diagnostic and Drug Delivery), 12% Biotech Companies (includes Device), 22% Academic Institutions, 11% Government , and 36% Other.

**Deal Statistics**

- 18% of the submitted deals were completed in 2014 , 37% were completed in 2015, and 45% were completed in 2016 through August.

- 71% of reported deals were reported by the <u>licensors</u>.

- 51% of deals were related to <u>Injectable</u> products, and 24% <u>small molecules</u> .

- Anticancer (Oncology), CNS, and Infectious Disease were the <u>most prevalent therapeutic area </u>types submitted.



# Report Highlights

**Deal Statistics (continued)**

- <u>70% of all deals submitted were still in the Preclinical stage of development</u> (Discovery , IND Track/ Pre-IND, IND Filed, and Pre-IDE).

- 84% of deals were categorized as <u>exclusive</u>.

- 87% of deals included the <u>U.S</u>. and almost 80% of deals were considered <u>"Global"</u> in scope.

- <u>Peak Annual Sales</u>:  61% of deals x> $US100  million, or 39% deals **less** than $US 100million

**Fixed and Tiered Royalties**

- Of the 1117 deals, 73 deals were of the fixed/flat royalty type, 34 were tiered royalty type, and 10 did not have any royalty components.

- In the majority of deals royalties are paid on Net Sales (89%) followed by Gross Sales (10%) and Units (1%) .

- The  <u>median fixed royalty rate</u> for the earliest stage products was <u>approximately 4%, increasing to 12.5 % post Proof of Concept (POC).</u>

**Valuation**

- While <u>"upfront payment"</u> was the most frequent financial component (61%), <u>"sales milestones"</u> displayed the greatest average and median $$ amounts.

- rNPV (31%) and NPV (29%)  were the <u>primary valuation methods</u> followed by comparables at 22%.

- While NPV (62%) and Comparables (62$) are the most frequent valuation methods used,
 Effective Royalty Rates (EFR) (22%) is emerging as a common methodology.

2016 Global "Life Sciences" Royalty Rates and Deal Terms Survey



# Methodology for 2016 Life Sciences Deal Terms and Royalty Rate Survey

# Methodology
## *2016 Survey*

In early 2016, Vault staff coordinated with a select committee, of experienced LES (USA/Canada) and LESI Life Sciences Sector members, to develop and enhance a survey instrument that would help provide current and relevant data on royalty rate and deal terms for licensing professionals. The survey was designed to focus on the LES Life Sciences Sector; specifically, the global segments of biotechnology, pharmaceuticals, platform technologies, diagnostics and drug delivery.

After multiple planning meetings by the LES Survey Committee and Vault, Vault tested the survey instrument.  Learnings from the pilot survey exercise were incorporated to construct and refine the final online survey instrument.

Vault worked with the committee to create a survey plan that emphasized Confidentiality and included:
- Survey promotions;
- An online, web-based survey instrument, and
- Execution of survey reminder communications to LES members.

The LES Survey Committee provided Vault with a list of 5,093 LES Life Sciences member email addresses.  Led by the LES (USA/Canada), this represented LES member, with Life Sciences Sector interest, from over 32 member societies within the Licensing Executive Society International (LESI). Vault emailed each member a unique survey account.  During the LES (USA & Canada) spring meeting in April 2016, LES officially promoted the survey to all appropriate LES members.  All members were sent updates of the progress and reminders throughout the survey collection phase to encourage participation.

The survey ended in the fall of 2016 with respondents from 67 organizations providing complete information on 117 deals. Quality control and data analysis was conducted in the fall of 2016.  During the October 2016 LES USA/Canada Annual Meeting in Vancouver, the Survey Committee presented the preliminary findings.  Based on questions and  feedback, additional analysis was conducted .  A final survey report was issued to LES USA / Canada and LESI members in early 2017.

2016 Global "Life Sciences" Royalty Rates and Deal Terms Survey

10

# Methodology
## *Timelines for Recent Surveys*

**This has been the fifth recent survey of deal terms and royalty rates conducted by LES/LESI.**

| 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|------|------|------|------|------|------|------|------|------|------|------|

**2008 Survey**

Apr 2007: Initial Committee Recruited
**Jan-Feb 2008: Data Collection**
Jun 2008: Electronic Report Issued
Oct 2008: Report Presentation (Orlando)
Jun 2009: Les Nouvelles Article

**2009 Survey**

**Oct-Dec 2009: Data Collection**
May 2010: Initial Presentation (Boston)
Sept 2010: Report Presentation (Chicago)
Sept 2011: Les Nouvelles Article

**2012 Survey**

**Jun-Aug 2012: Data Collection**
Oct 2012: Report Presentation (Toronto)

**2014 Survey**

**Mar-June 2014: Data Collection**
Oct 2014: Preliminary Results (San Francisco)

**2016 Survey**

**Aug-Oct 2016: Data Collection**
Oct 2016: Preliminary Results (Vancouver)
Feb 2017: Report Presentation

# Methodology
## *Survey Progression*

*Very minor changes were made in the research materials for the 2016 survey.*

**Survey Changes (2008-2009)**

- Expanded **global** participation

- Refined information on **drivers of royalty payments**

- Refined **information on asset** being licensed

- Refined questions on **approach to valuation**

**Survey Changes (2009-2012)**

- Separated "**Not Applicable" and "Don't Know"** for several questions

- Refined **"Injectable"** to allow "Subcutaneous/Intramuscular" and "Intravenous"

- Added "Medical Research Institute" for organization type

- Added **"Multiples"** and **"Internal Rate of Return"** for approaches to Valuation

**Survey Changes (2012-2014)**

- Added **"Drug Use Deal"** as an option for the Deal Reason

- Clarified that the **revenue reported** should be for the **business unit** conducting the deal

- Provided additional clarification on reporting of **diagnostic stage of development**

**Survey Changes (2014-2016)**

- Added **"Effective Royalty Rate"** as an option for the method of financial modeling

- Collected information on the number of licenses executed in the past 12 months



**Number of Deals Analyzed**

| | 2008 Survey | 2009 Survey | 2012 Survey | 2014 Survey | 2016 Survey |
|---|---|---|---|---|---|
| | 155 | 184 | 120 | 128 | 117 |

2016 Global "Life Sciences" Royalty Rates and Deal Terms Survey



# A Profile of Responses



# A Profile of Responses – 2016 Survey
## *Deals:  Number of Responses*

*165 deals were submitted, 117 were complete and included in Analysis.*



# A Profile of Responses – Past Surveys
## *Information for Combined Surveys*

*In some analysis, results from the prior surveys are included.*



# A Profile of Responses – Past Surveys
## *Participation US/CANADA and LESI*

**LESI participation was significantly lower than in prior years.**





# A Profile of Responses – 2016 Survey
## *Location of Respondents*

*A large majority of deals came from LES (USA/CAN) members.*



LES (USA/CAN)
87%

LESI
(ex-USA/CAN)
13%

Europe
8%

Asia
3%

Oceania
2%

(n = 117 deals)



# A Profile of Responses – 2016 Survey
## *Broad Global Participation*

**7 of the 31 LESI (ex-USA/CAN) Societies reported at least one deal.**

| LES Society | Deal Count |
| --- | --- |
| Australia & New Zealand | 2 |
| Austria | 1 |
| France | 2 |
| Germany | 3 |
| India | 1 |
| Japan | 2 |
| Switzerland | 4 |
| USA/Canada | 102 |

(n = 117 deals)



# A Profile of Responses – 2016 Survey
## *Organization Type*

**Responses were received from a broad range of contributors.**



By Number of Respondents
(n = 67)

By Number of Deals Submitted
(n = 117)

Profile Question A) What type of Organization are you?

19

# A Profile of Responses – 2016 Survey
## *Size of Organizations – Sales\**

**Within the operating respondents, company size ranged greatly from small to large.**



Responses Included in Analysis
(n = 62 deals*)



Pre-Commercial
31%

$0-100 M
27%

$101-250 M
5%

$251-500 M
1%

$501-1,000 M
3%

$1,001-5,000 M
2%

>$5,000 M
31%

*- Includes 10 deals from organizations designated as Other

Profile Question C). What was your organization's annual pharmaceutical sales dollars in 2015?



# A Profile of Responses – 2016 Survey
## *Year of Deal*

**Data indicate a propensity to report more recent deals.**



**Number of Deals**

**Year Deal Was Completed**

(n = 117 deals)



21

# A Profile of Responses – 2016 Survey
## *Number of Deals Executed*

**A majority of respondents have executed at least 3 deals in the past year.**



>20
18%

1-2
36%

11-20
12%

6-10
11%

3-5
23%

(n = 66 respondents)

QB: In the past 12 months, how many licenses were executed by your company/organization?



# A Profile of Responses – 2016 Survey
## *Role in Deal*

**A greater number of deals were reported by licensors than licensees – this is similar to previous surveys.**



(n = 117 deals)



# A Profile of Responses – 2016 Survey
## *Partnering Organization*

*In over 50% of deals the partner was a pharma or biotech company.*

| | | Partner Organization | | | | | |
|---|---|---|---|---|---|---|---|
| | | Pharma/ Delivery | Biotech | Academic | Gov't | Other/Not Reported | Total |
| Licensor Reporting Company | Pharma/Delivery | 3 | 1 | 0 | 0 | 0 | 4 |
| | Biotechnology | 4 | 6 | 0 | 0 | 1 | 11 |
| | Academic | 6 | 12 | 0 | 0 | 12 | 30 |
| | Government | 3 | 2 | 1 | 0 | 1 | 7 |
| | Other | 1 | 7 | 0 | 0 | 23 | 31 |
| | **Total** | **17** | **28** | **1** | 0 | **37** | **83** |

| | | Partner Organization | | | | | |
|---|---|---|---|---|---|---|---|
| | | Pharma/ Delivery | Biotech | Academic | Gov't | Other/Not Reported | Total |
| Licensee Reporting Company | Pharma/Delivery | 7 | 13 | 0 | 1 | 2 | 23 |
| | Biotechnology | 0 | 1 | 0 | 1 | 1 | 3 |
| | Academic | 0 | 0 | 1 | 0 | 1 | 2 |
| | Government | 0 | 0 | 1 | 0 | 0 | 1 |
| | Other | 0 | 2 | 1 | 0 | 2 | 5 |
| | **Total** | **7** | **16** | **3** | **2** | **6** | **34** |

Q3. Type of Partnering Organization?



# A Profile of Responses – 2016 Survey
## *Deal Reason*

**Deals included in the survey covered a wide variety of asset types.**



(n = 116 deals)

Q4:  The MAJOR reason for this deal was?



# A Profile of Responses – 2016 Survey
## *Platform Deals*

**Most platform deals are either Life Sciences or Drug.**



(n = 25 deals)

Q4:  The MAJOR reason for this deal was?



# A Profile of Responses – 2016 Survey
## *Expected Route of Administration**

***There was a notably high share of deals that related to injectable products.***



Pie chart:
- Other 18%
- Nasal 3%
- Topical 8%
- Injectable IV 32%
- Injectable SC/IM 19%
- Oral Small Molecule 20%

- **Injectables were used across therapeutic areas with the highest in oncology.**

- **Since the sample did not have any dermatology deals, the highest share of topical products were for infectious disease, oncology, and ophthalmology.**

(n = 108 deals)

Q5. What is the expected route of administration/delivery method in the license?

*- excludes IVD and certain Other deals



# A Profile of Responses – 2016 Survey
## *Field of Use*

**As in previous years, over 80% of the deals anticipated human use of the asset.**



### Field of Use

Research — 10

9

Human — 78

11

0

5

2

Veterinary

(n = 115 deals)

Q6. What is the Field of Use? (there can be more than one response)



28

# A Profile of Responses – 2016 Survey
## *Stage of Development\**

**As in earlier surveys, the responses were weighted heavily to early stage deals.**



(n = 96 deals)

Q9. At closing, what was the most advanced stage of
development of the product for the principle indication?

\*- excludes IVD deals




29

# A Profile of Responses – 2016 Survey
## *Stage of Development – Diagnostics*

**The diagnostic deals were spread across development maturity levels—in earlier years, diagnostic deals had been weighted toward early stage assets.**



Note additional response categories were allowed in this survey, 3 described the deal as "Research Use Only", 6 as "Proof of Concept", 4 as "Prototype" , 2 as "Final Product in Development (including manufacturing development)", and 2 as "Ready for Commercialization"

(n = 24 deals)

Q9. At closing, what was the most advanced stage of development of the product for the principle indication?



# A Profile of Responses – 2016 Survey
## *Type of Product*

**While small molecules contributed the highest share (24%), a highly diverse set of product types were represented in the survey responses.**



Note additional response categories were allowed in this survey—6 responded "Diagnostic Based on Types of Product Other Than Those Listed."

(n = 108 deals)

Q10. Please choose the type or category of product that was the subject of this deal?



# A Profile of Responses – 2016 Survey
## *Therapeutic/Diagnostic Area*

*The diversity of survey responses is seen again when we look at the spread across therapeutic areas with Oncology being the largest area reported.*



(n = 117 deals)

Q11. Please specify the principle therapeutic (or diagnostic) area for which the product was licensed?



32

# A Profile of Responses – 2016 Survey
## *Exclusivity*

**A strong majority of the deals were exclusive.**



Non-Exclusive 16%

Exclusive 84%

(n = 117 deals)



Q2:  Was this exclusive or non-exclusive to the Parties?

33

# A Profile of Responses – 2016 Survey
## *Territory\**

**Almost 80% of all deals were global.**



(n = 117 deals)

*Total is >100% due to non-global deals having more than one region

Q9:  Which territories were included in the deals?



34

# A Profile of Responses – 2016 Survey
## *Peak Sales in Territory**

**Approximately 40% of the deals were for products with expected sales <$100 M.**



(n = 66 deals)

Q19: Please indicate the estimated Total peak sales for all territories.

*Excludes 51 submissions listed as NA or DNK as potential sales estimate



35

# A Profile of Responses – 2016 Survey
## *Royalty Rate Structure*

**A majority of the deals had royalty rates with flat (or fixed) royalty rates.**



(n = 117 deals)

Q12. Did this deal have flat or tiered royalties?



# A Profile of Responses – 2016 Survey
## *Royalties Paid On**

**In a vast majority of the deals, the royalties are paid on net sales.**



Net Sales
89%

Units
1%

Gross
Sales
10%

(n = 107 deals)

*Excludes 10 submissions reporting no royalty being paid

Q12a. Are the royalties paid on?



37

# A Profile of Responses – 2016 Survey
## *Profit Sharing*

**90% of deals without royalties did <u>not</u> have a profit sharing component.**



Yes
10%

No
90%

(n = 10 deals)



# A Profile of Responses – 2016 Survey
## *Inclusion of Co-Promotion / Co-Marketing*

***Co-promotion or Co-marketing terms were reported in 4% of the deals decreasing from 8% in the last survey.***



Not Appl
10%

DNK
3%

Opt-In
1%

Yes
4%

No
82%

(n = 117 deals)



Q20:  Did this deal include shared commercialization rights?

# Royalty Analysis

# Royalty Analysis
## *Table of Contents*

Analysis Structure                                                                              42

Flat Royalties                                                                                  45

Combined Surveys – Average Royalties by Stage of Development                                     47

Combined Surveys – Distribution of Royalty Rates by Stage of Development                         49

Combines Surveys – Preclinical Deals by Therapeutic Areas                                        52

Combined Surveys – Platform Deals                                                                56

Flat vs Tiered Royalties for Early Stage Platform Assets                                         58

Tiered Royalties                                                                                 60

Tiered Royalties by Stage of Development                                                         66

Comparison of Flat vs Tiered Royalties                                                           74

Diagnostic Deals                                                                                 76

Royalty Rates – Summary of Observations                                                         83

# Royalties
## *Analysis Structure*



Q12: Did this deal have flat or tiered royalties?
Q12a:  Are the royalties paid on:

*10 deals had no royalty component.

# Royalties
## *Analysis Structure*

**At several points in this analysis, we have grouped the observations according to key points in development.**



Definitions of Groups

| Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|
| Preclinical Through IND Filed | Phase I Enrolling Through Phase II Enrolling | Phase II Completed Through Phase III Completed | Registration/ NDA Submitted Through to Launched |

POC

43

# A Profile of Responses – 2016 Survey
## *Analysis Structure*

***The deals were organized within groups that consolidated "product," "platform," and "diagnostic" assets.***



**Distribution of Deals (2016)**

Drug Delivery 3%

Other 21%

New Chemical Entity 27%

Drug Use 8%

In Vivo Diagnostics 2%

In Vitro Diagnostics 7%

Platform 21%

Existing Branded Product 9%

Drug/Device Combination Product 2%

(n = 116 deals)

| Product | Drug Delivery Product Deal |
| --- | --- |
| | Drug/Device Combination Product Deal |
| | Existing Branded Product Deal |
| | New Chemical Entity Deal |
| | Drug Use Deal |
| Platform | Drug Delivery Platform Deal |
| | Platform Deal |
| | Life Sciences Platform Deal |
| | Drug Platform Deal |
| Diagnostic | In Vitro Diagnostics Deal |
| | In Vivo Diagnostics Deal |
| Other | Drug/Drug combination Product Deal |
| | Marketed Branded Product Deal |
| | Other (please specify) |
| | (blank) |

Q4:  The MAJOR reason for this deal was?

# Flat Royalties

# Flat Royalties
## *Introduction*

***The robust data set now allows review of deals in a range of categories.***



| | Preclinical | Pre-POC Clinical | Post-POC Clinical | Registered/ Launched | Platform | Diagnostic |
|---|---|---|---|---|---|---|
| 2016 | 19 | 3 | 2 | 3 | 15 | 8 |
| 2014 | 16 | 1 | 2 | 4 | 19 | 6 |
| 2012 | 11 | 4 | 4 | 8 | 8 | 6 |
| 2009 | 27 | 6 | 5 | 7 | 14 | 10 |
| **Total** | **73** | **14** | **13** | **22** | **56** | **30** |

*Adequate data for analysis. Not reported when deal number ≤ 5*

# Flat Royalties - 2016 Survey
## *Average Royalty by Stage of Development*

**In the 2016 survey, the average royalty for the earliest stage products was approximately 4%.**



| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| No. of deals | 19 | 3 | 2 | 3 |
| Min | 1% | | | |
| Median | 3.25% | | | |
| Max | 12% | | | |



47

# Flat Royalties - Combined Surveys
## *Average Royalty by Stage of Development*

*Drawing information from across the four most recent surveys reveals a substantial increase in royalty rate for assets that have achieved proof of concept.*



| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| No. of deals | 73 | 14 | 13 | 22 |
| Min | 0.8% | 1.5% | 1% | 1.25% |
| Median | 4% | 3% | 12.5% | 7% |
| Max | 15% | 20% | 20% | 40% |

48

# Flat Royalties - 2016 Survey
## *Distribution of Flat Royalty Rates (Preclinical)*

**In the 2016 survey, a majority of flat rate preclinical deals had royalty rates below 4%.**



**Flat Royalty Rate (%) – Preclinical  (Group 1) Deals Only**

(n = 19)



49

# Flat Royalties - Comparison of Surveys
## *Distribution of Flat Royalty Rates (Preclinical)*

**Although this year's survey had a greater share of deals with royalties below 4%, the general distribution of royalty levels was similar to earlier surveys.**



The median for combined surveys falls below 4%

(n = 27 in 2009, 11 in 2012, and 16 in 2014, 19 in 2016 )

2009
2012
2014
2016

**Share of Deals with Royalty Below the Level**

**Flat Royalty Rate (%) – Preclinical (Group 1) Deals Only**

50

# Flat Royalties – 2016 and Combined Survey
## *Preclinical Deals by Respondent's Location*

*Using the combined survey to compare LES (US/Canada) and LESI responses, it appears, respondent's location had no meaningful impact on the royalty for preclinical deals.*



| | 2016 | All Years | |
|---|---|---|---|
| No. of Deals | 17 | 48 | 25 |
| Min | 1.0% | 1.0% | 0.8% |
| Median | 3.2% | 4.0% | 5.0% |
| Max | 10% | 15.0% | 10.0% |

51

# Flat Royalties - Combined Survey
## *Preclinical Deals by Therapeutic Area*

**Within early stage assets, the highest royalty levels are observed for products targeting infectious disease.**



| | CNS | Oncology | Infectious Disease | Ophthalmology | All TAs |
|---|---|---|---|---|---|
| **No. of Deals** | 15 | 18 | 14 | 6 | 73 |
| **Min** | 1.0% | 0.8% | 2.0% | 3.0% | 0.8% |
| **Median** | 3.0% | 4.0% | 5.0% | 5.0% | 4.0% |
| **Max** | 7.0% | 10.0% | 10.0% | 6.0% | 15.0% |

*CNS includes: CNS-psychiatric, CNS-neurological/neurodegenerative, CNS-pain, and CNS-other*
*Infectious disease includes: infectious disease-bacterial, infectious disease-viral, and infectious disease-other*



# Flat Royalties - Combined Surveys
## *Up-Front Payments – Early Stage*

*Consistent with earlier surveys, the reported up-front payments for early stage assets were modest.*



| | 2009 | 2012 | 2014 | 2016 | All Data |
|---|---|---|---|---|---|
| No. of Deals | 22 | 8 | 13 | 14 | 57 |
| Min | $10K | $2K | $0K | $30K | $0K |
| Median | $50K | $60K | $1,000K | $75K | $110K |
| Max | $15.0M | $6.5M | $15.0M | $3.0M | $15.0M |



# Flat Royalties - Comparison of Surveys
## *Up-Front Payments (Preclinical)*

***Early stage asset deals with up-front payments above $1M are rare.***



**Up-Front Payments – Preclinical  (Group 1) Deals Only**

(n = 22 in 2009, 8 in 2012, 13 in 2014, 14 in 2016)



54

# Flat Royalties - Combined Survey
## *Other Payments – Early Stage*

*Preclinical stage deals received important milestone payments, but even here, the median values were modest.*



| | Tech. Access | R&D Funding | Dev. Milestones | Sales Milestones |
|---|---|---|---|---|
| **No. of Deals** | 10 | 22 | 52 | 37 |
| **Min** | $0.0M | $0.15M | $0.1M | $0.0M |
| **Median** | $0.3M | $1.0M | $1.8M | $2.5M |
| **Max** | $2.0M | $55.0M | $57.0M | $125.0M |



Based on responses within the 73 Group 1 deals where flat royalties were paid on net sales.  The values represent the mean and median for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").

# Flat Royalties
## *Platform / Diagnostics Deals*



| | Preclinical | Pre-POC Clinical | Post-POC Clinical | Registered/ Launched | Platform | Diagnostic |
|---|---|---|---|---|---|---|
| 2016 | 19 | 3 | 2 | 3 | 15 | 8 |
| 2014 | 16 | 1 | 2 | 4 | 19 | 6 |
| 2012 | 11 | 4 | 4 | 8 | 8 | 6 |
| 2009 | 27 | 6 | 5 | 7 | 14 | 10 |
| **Total** | **73** | **14** | **13** | **22** | **56** | **30** |

*Adequate data for analysis. Not reported when deal number ≤ 5*

# Flat Royalties – Combined Surveys
## *Platform Deals—Flat Royalties on Net Sales*

**Platform deals that included identifiable early stage assets had similar royalty levels to non-platform deals.**



**Royalty Rates for Platform Deals**
**(Group 1 for Delivery and Platform Deals)**

| | Delivery Platform | Platform |
|---|---|---|
| **No. of Deals** | 5 | 20 |
| **Min** | 2.0% | 1.0% |
| **Median** | 4.0% | 3.0% |
| **Max** | 8.0% | 20.0% |

Platform includes responses for both "Drug Platform" and "Platform."



57

# Tiered Royalties – 2012-2016 Surveys
## *Tiered/Fixed for Early Stage Platform Assets*

**Platform deals with tiered structures had similar royalties at low revenue levels, but grew with increasing sales.**



**Sales Level ($M)**



# Flat Royalties – Combined Surveys
## *Other Payments- Platform Deals*

**A small number of outliers, suggest high average deal payments for early stage platform deals—but the median values are similar to compound-specific deals.**



**Other Payments for Platform Deals
(Group 1 for Delivery and Platform Deals)**

| | Up-Front | | Dev. Milestones | |
|---|---|---|---|---|
| No. of Deals | 19 | 11 | 17 | 11 |
| Min | $0K | $50K | $10K | $5,000K |
| Median | $40K | $3.0M | $75.0K | $43.0M |
| Max | $8.0M | $75.0M | $50.0M | $500.0M |

Platform includes responses for both "Drug Platform" and "Platform."

# Tiered Royalties



# Tiered Royalties
## *Introduction*



*Adequate data for analysis. Not reported when deal number ≤ 5*

# Tiered Royalties – Combined Surveys
## *Tiered Royalties vs. Peak Sales Potential*

**There is a trend towards using tiered royalties with increasing Peak Sales Potential**



Q12: Did this deal have flat or tiered royalties?

Q12a:  Are the royalties paid on:

*Includes the 213 deals where peak sales was provided from the 291 deals with either flat or tiered royalties paid on net sales.

# Tiered Royalties - 2016 Survey
## *Number of Tiers*

*As in earlier surveys, three royalty tiers was the most common structure—although in 2016, we saw a higher share of deals with four tiers.*



| No. of Deals | 4 | 13 | 5 | 2 |

63

# Tiered Royalties
## *Approach to Comparing Tiers*

**Because different thresholds were used for changing rates, we used six standardized revenue levels to compare royalties.**



**Provided in Survey Responses**

Number of Tiers, Thresholds for Each Tier, and Royalty Rate at Each Threshold

**Calculated to Compare Rates Across Deals**

Set Standardized Revenue Levels at $50M, $100M, $250M, $500M, $750M, and $1B

Calculated the Royalty Level at Each Standardized Revenue Level

# Tiered Royalties – 2012-2016 Surveys
## *Tiered Royalties for Early Stage Assets*

**The early stage deals in the 2012 survey had higher tiered royalty levels than those included in the 2014 and 2016 survey.**





# Tiered Royalties - Combined Surveys
## *Tiered Royalties by Stage of Development*

**The robust data set built from the four surveys supports expectations for increasing royalties as a product matures through development.**





# Tiered Royalties – 2012-2016 Surveys
## *Group 1 Deal Design*

**Deals with tiered royalties tended to have more complex payment designs—often including both development and sales milestones.**

██████ = Value Reported

| Year | Deal | Up-Front Payment | Equity Investment | Tech Access Fee | R&D Funding | Development Milestones | Sales Milestones |
|------|------|------------------|-------------------|-----------------|-------------|------------------------|------------------|
| 2012 | 1 | ✓ | | | | ✓ | |
| | 2 | | ✓ | | | | |
| | 3 | ✓ | | ✓ | ✓ | | |
| | 4 | ✓ | | | ✓ | | |
| | 5 | ✓ | | | | | |
| | 6 | ✓ | | | ✓ | ✓ | ✓ |
| | 7 | | | | | | |
| | 8 | ✓ | | | | ✓ | |
| | 9 | ✓ | | | | ✓ | ✓ |
| | 10 | ✓ | | | | ✓ | ✓ |
| | 11 | ✓ | | | | ✓ | ✓ |
| 2014 | 1 | ✓ | | | | ✓ | |
| | 2 | ✓ | | | | ✓ | |
| | 3 | ✓ | ✓ | | | ✓ | |
| | 4 | ✓ | | ✓ | | ✓ | |
| | 5 | ✓ | | | ✓ | ✓ | |
| | 6 | ✓ | | | | ✓ | |
| 2016 | 1 | ✓ | | | | ✓ | |
| | 2 | ✓ | | | | ✓ | ✓ |
| | 3 | ✓ | | | | ✓ | |
| | 4 | ✓ | | | | ✓ | |
| | 5 | ✓ | | | | ✓ | |
| | 6 | ✓ | | | ✓ | ✓ | |
| | 7 | ✓ | | | | ✓ | |
| | 8 | | | | ✓ | ✓ | |
| | 9 | ✓ | | | | ✓ | |
| | 10 | ✓ | ✓ | | ✓ | ✓ | |
| | 11 | | | | | | |
| **Percent of Deals** | | 86% | 14% | 7% | 25% | 86% | 57% |

67

# Tiered Royalties – 2012-2016 Surveys
## *Up Front Payments*

**Up-front payments generally increased with development status.**



| No. of Deals | 36 | 18 | 15 | 15 |
| --- | --- | --- | --- | --- |
| **Min (M)** | $15K | $100K | $200K | $100K |
| **Median (M)** | $2.0M | $5.0M | $8.0M | $10.0M |
| **Max (M)** | $94.0M | $80.0M | $250.0M | $45.0M |



The values represent the mean for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").

# Tiered Royalties – Combined Surveys
## *Up Front Payments (Continued)*

**For pre-clinical deals with tiered royalties, the up-front payments were typically below $3M.**



**Up-Front Payments – Preclinical  (Group 1) Deals Only**

(n = 36)

The data points only included for deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").



# Tiered Royalties – Combined Surveys
## *Other Payments for Group 1 Deals*

**Group 1 stage deals with tiered royalties included substantial milestones.**



| | R&D Funding | Dev. Milestones | Sales Milestones |
|---|---|---|---|
| **No. of Deals** | 13 | 34 | 22 |
| **Min** | $0.3M | $0.9M | $0.3M |
| **Median** | $5.0M | $30.0M | $40.0M |
| **Max** | $350M | $295M | $325M |

The values represent the mean for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").

70



# Tiered Royalties – Combined Surveys
## *Development Milestones vs. Stage*

**Development milestones were highest for products approaching proof of concept.**



| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| **No. of Deals** | 34 | 20 | 12 | 7 |
| **Min** | $0.9M | $3.0M | $0.4M | $1.0M |
| **Median** | $30M | $115M | $20M | $10M |
| **Max** | $295M | $660M | $240M | $30M |

The values represent the mean for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").



# Tiered Royalties – Combined Surveys
## *Sales Milestones vs. Stage*

**Sales milestones were highest for products approaching proof of concept.**



| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| **No. of Deals** | 22 | 13 | 12 | 7 |
| **Min** | $0.3M | $5.0M | $1.1M | $5.0M |
| **Median** | $40M | $150M | $50M | $70M |
| **Max** | $325M | $2,000M | $850M | $200M |

The values represent the mean for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").



# Tiered Royalties – Combined Surveys
## *Summary*

*The data indicate increasing financial returns associated with later points in development.*

| | Group 1— Preclinical | Group 2—Pre-POC | Group 3—Post-POC |
|---|---|---|---|
| **Sample Size** | 40 | 22 | 14 |
| **Average Royalty Rate** | ~6% growing to ~8% | ~10% growing to ~14% | ~11% growing to ~15% |
| **Up-Front Payment** | $2M | $5M | $8M |
| **Development Milestones** | $30M | $115M | $20M |
| **Sales Milestones** | $40M | $150M | $50M |

As reflected on earlier pages, the number of respondents for each deal components varied.

Note:  For Up-Front Payment, Development Milestones, and Sales Milestones, the values reported are approximately the medians.  In previous reports, a mean has been provided in this table.



# Flat vs. Tiered Royalties

# Comparison of Flat and Tiered Royalties
## *Combined Surveys*

*The robust data set built from the three surveys supports expectations for increasing royalties as a product matures through development.*



# Profile of Diagnostics Deals

# Flat Royalties - Combined Surveys
## *Diagnostics Deal Design*

**A high share of diagnostic deals were based on a single payment with no future royalty component—and few used a tiered royalty structure.**



(n = 62 deals, includes gross sales)

# Flat Royalties - Combined Surveys
## *Diagnostics Deal Design*

**Within diagnostic deals with a flat royalty component, approximately 80% are paid on net sales.**

### Diagnostic Deals with a Flat Royalty



5.3%

7.9%

7.9%

78.9%

■ Net Sales
■ Gross Sales
■ Units
■ Other

(n = 38 deals)

78

# Flat Royalties - Combined Surveys
## *Distribution of Flat Royalty Rates (Diagnostics)*

*While the rate falls below 5% for half of the diagnostic deals with flat royalties, a quarter of the deals have royalties above 9%.*



Of 20 deals where estimated peaks sales were provided, 16 reported a value in the range $0 to $100M.

**Flat Royalty Rate (%) –Diagnostic Deals Only**

(n = 30 deals)



79

# Flat Royalties - Combined Surveys
## *Distribution of Flat Royalty Rates (Diagnostics)*

**While a quarter of royalty rates on net sales are above ~10%, all royalty rates on gross sales are below 10%.**



**Flat Royalty Rate (%) –Diagnostic Deals Only**

(n = 30 deals)





80

# Flat Royalties - Combined Surveys
## *Diagnostics Deal Design (flat royalty on net)*

**With less frequent inclusion of milestone payments, diagnostic licensees typically rely on the modest up-front payment and future royalties.**  ▮ = Value Reported

| Year | Deal | Up-Front Payment | Equity Investment | Tech Access Fee | R&D Funding | Development Milestones | Sales Milestones |
|------|------|------------------|-------------------|-----------------|-------------|------------------------|------------------|
| 2009 | 1 | ✓ | | | | ✓ | ✓ |
| | 2 | ✓ | | | | ✓ | |
| | 3 | ✓ | | | | | |
| | 4 | ✓ | | | | | |
| | 5 | ✓ | | | | | |
| | 6 | | ✓ | | | | |
| | 7 | | | | ✓ | | |
| | 8 | | | | ✓ | | |
| | 9 | ✓ | | | | | |
| | 10 | | | | | | |
| 2012 | 1 | | | | ✓ | ✓ | |
| | 2 | | ✓ | | | | |
| | 3 | ✓ | | | ✓ | | |
| | 4 | ✓ | | | | | |
| | 5 | | | | | ✓ | |
| | 6 | | | ✓ | | | |
| 2014 | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | 2 | ✓ | ✓ | | | | |
| | 3 | ✓ | | | | | |
| | 4 | ✓ | | | | | ✓ |
| | 5 | ✓ | | | | | ✓ |
| | 6 | ✓ | | | | | |
| 2016 | 1 | ✓ | | | | ✓ | |
| | 2 | ✓ | | | | | ✓ |
| | 3 | ✓ | | | ✓ | | |
| | 4 | ✓ | | | | | |
| | 5 | ✓ | | | | | |
| | 6 | ✓ | | | | ✓ | |
| | 7 | | | | | | |
| | 8 | ✓ | | | | | |
| **Percent of Deals** | | 70% | 10% | 7% | 23% | 4% | 23% |

81

# Flat Royalties - Combined Surveys
## *Other Payments- Diag. (flat royalty on net)*

**In diagnostic deals, licensees occasionally provide some R&D funding, but the licensor is dependent on royalties for meaningful returns.**



| | Up-Front | R&D Funding | Dev. Milestones | Sales Milestones |
|---|---|---|---|---|
| **No. of Deals** | 21 | 7 | 12 | 7 |
| **Min** | $0.0K | $0.0K | $0.0K | $0.0K |
| **Median** | $20K | $2,000K | $90K | $100K |
| **Max** | $12M | $20M | $1M | $2M |

The values represent the mean for those deals where a value was reported (excludes deals where respondent said "Not Applicable" or "Don't Know").



82

# Royalty Rates
## *Summary of Observations*

**General Observations**

- There is a high level of consistency between this year's and earlier surveys.

- The expanded data set provides greater refinement on observations concerning drivers of deal values and offers the opportunity for multiple additional data cuts.

- Because of the spread in values, there is a strong caution regarding drawing guidance from average (mean) values.

**Deals for Diagnostics**

- The simple deal structures (often excluding royalty payments) for diagnostics is consistent with the lower revenue forecasts of the products included in the survey.

- A "longer tail" of higher value royalty levels for those diagnostics deals with royalty payments leaves much of the risk with the licensor but recognizes the licensor's need to recover investments on relatively low revenues.

# Royalty Rates
## *Summary of Observations*

**Flat and Tiered Royalties**

- The average flat royalty rate for the earliest stage product was approximately 4%.

- Three tiers is still the most common structure amongst tiered royalty deals, however in 2016 the use of four tiers increased.

**Value Creation**

- As anticipated product revenue increases, tiered royalty structures are more often applied.

- Substantially higher term values are observed for tiered royalty deals and for deals associated with later stage assets.



# Valuation



# Table of Contents

| | |
|---|---|
| Introduction | 87 |
| Financial Modeling of the Deal Value | 89 |
| Deals Not Financially Modeled | 95 |
| By Type of Deal | 96 |
| Types of Valuation Methods Used | 97 |
| Primary Valuation Methods Used | 106 |
| Methods Summary | 111 |
| Discount Rates | 113 |
| Valuation Prior to Negotiations vs. Final Deal | 120 |
| Actual Deal Splits | 122 |
| Upfront, Milestone, and Other Payments | 123 |



# Valuation (2016 Survey)
## *Introduction*



**Total Deals Reviewed**
**(n = 117)**

**Provided Financial Modeling Information***
**(n = 54)**

**Compound**
**(n = 36)**

**Platform**
**(n = 11)**

**Diagnostic**
**(n = 7)**

- **A lower percentage knew if their deals had been financially modelled (60%) compared with the 2014 survey (71%), 2012 survey (78%), and 2009 survey (67%).**

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

* Responded Yes or No to Q24 crossed with type of deal.  Excludes "Other" types of deal.



# Valuation (Combined Surveys)
## *Introduction*



**Total Deals Reviewed (n = 549)**

**Provided Financial Modeling Information\* (n = 320)**

**Compound (n = 216)**

**Platform (n = 65)**

**Diagnostic (n = 39)**

- **69% knew if their deals had been financially modelled across all surveys.**

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

\* Responded Yes or No to Q24 crossed with type of deal.  Excludes "Other" types of deal.



88

# Valuation (2016 Survey)
## *Financial Modeling of the Deal Value*

***Less than half of the 117 deals submitted confirmed financial modeling performed.***



(n = 117)

- **% of YES responses decreased below 2014, 2012, and 2009 levels, while Not Applicable/Don't Know responses increased.**

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?



89

# Valuation (Comparison of Surveys)
## *Financial Modeling of the Deal Value*

***LESI (ex-USA/CAN) respondents modeled deal value more often than LES (USA/CAN) respondents.***



- *Only 10 of the 70 responses in 2016 were LESI (ex-USA/CAN) responses.*

- *LESI (ex-USA/CAN) weighted average over the last 4 surveys has been 76%.*

- *LES (USA/CAN) weighted average over the last 4 surveys has been 70%.*

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

*Includes only deals with YES/NO response to Question 24.



90

# Valuation (Comparison of Surveys)
## *Financial Modeling of the Deal Value*

**Licensees financially model deal value much more frequently than licensors.**



- *While licensees still financially model more frequently than licensors, the gap narrowed substantially in 2016.*

- *Licensee weighted average over the last 4 surveys has been 83%.*

- *Licensor weighted average over the last 4 surveys has been 67%.*

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

*Includes only deals with YES/NO response to Question 24.



91

# Valuation (Comparison of Surveys)
## *Financial Modeling of the Deal Value*

**Deals submitted by biotech and pharma companies were financially modeled more frequently than deals submitted by academic institutions.**



* *In the past two surveys, almost half of the responses were from academic institutions (compared with less than 20% in the 2009 and 2012 surveys.*

* *Pharma deals are modeled more frequently than biotech deals (92% vs. 67%).*

**No. of Deals (2016)\***        **23**              **9**              **14**              **4**

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

*Includes only deals with YES/NO response to Question 24 crossed with type of institution shown.



92

# Valuation (Comparison of Surveys)
## *Financial Modeling of the Deal Value*

**Operating companies with more than $250 million in revenue modeled deals more frequently than operating companies with less than $250 million in revenue.**



- **Weighted average of 84% for operating companies with sales of MORE THAN $250 million over the last 4 surveys.**

- **Weighted average of 74% for operating companies with sales of LESS THAN $250 million over the last 4 surveys.**

| | 2009 | 2012 | 2014 | 2016 |
|---|---|---|---|---|
| >$250M (n=) | 36 | 22 | 12 | 12 |
| <$250M (n=) | 67 | 46 | 42 | 29 |



Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

*Includes only deals with YES/NO response to Question 24 crossed with annual sales revenue.



93

# Valuation (Comparison of Surveys)
## *Financial Modeling of the Deal Value*

*For those responses indicating if financial modeling was conducted, early-stage deals (Group 1) were less likely to be financially modeled.*



- *Group 2 deals declined from for the third consecutive time. However, there were only 7 Group 2 deals, or 13% of the deals.*

- *82% of platform deals were financially modeled, substantially less than in the previous three surveys.*

No. of Deals (2014)*      31              7              4              13

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

Includes only deals with YES/NO response to Question 24 crossed with stage of development (excludes diagnostic deals)



94

# Valuation (Comparison of Surveys)
## *Deals Not Financially Modeled*

**Deals with flat and tiered royalty rates financially modeled less than in the 2014 survey. Only 3 deals with no royalty component.**



- *Half of 2016 flat royalty rate deals that were not financially modeled involved royalty rates of 4% or less (less than 2014, 2012, and 2009 surveys).*

- *The majority of tiered royalty rate deals that were not financially modeled involved royalty rates of at least 6% (across all 4 surveys).*

**No. of Deals\***    **44**    **23**    **3**

Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?

\*Includes only deals with YES/NO response to Question 24 crossed with royalty rate structure



95

# Valuation (2016 Survey)
## *By Type of Deal*

***Compound and diagnostic deals were financially modeled less frequently than in any of the previous three surveys, while platform deals were financially modeled more frequently than in any of the previous three surveys.***

**Compound
(n = 36)**



**No
33%**

**Yes
67%**

**Platform
(n = 11)**



**No
18%**

**Yes
82%**

**Diagnostic
(n = 7)**



**No
57%**

**Yes
43%**

**Q24: As part of deal process, did you (or someone at your company) financially model the value of the deal?**

*\*Includes YES/NO responses to Question 24 crossed with the type of deal.*



96

# Valuation (2016 Survey)
## *Types of Valuation Methods Used*

**A variety of valuation methods are employed.**



(n = 45*)

* ***Comps used as frequently as NPV.***

* ***76% of deals modeled with some form of NPV analysis (NPV, rNPV). (Up from 67% in 2014 and 73% in 2012.)***

Q25:  Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes deals with responses to Question 25 (excluding DNK/NA) crossed with YES responses to Question 24 (excluding DNK/NA)

# Valuation (Comparison of Surveys)
## *Types of Valuation Methods Used*

**Use of all types of valuation methods, except Peak Rev., increased from 2014 survey.**

(n = 45*)



- *Effective Royalty Rate included for the first time.*

- *rNPV response rate rebounded after substantial decline in 2014 survey.*

- *Note: IRR and Multiples were not offered as responses in the 2009 survey.*

Q25:  Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes deals with responses to Question 25 (excluding DNK/NA) crossed with YES responses to Question 24 (excluding DNK/NA)

# Valuation (2016 Survey)
## *Types of Valuation Methods Used for Compound and Platform Deals*

**NPV and rNPV used more frequently in Compound deals, while Comps used more frequently in Platform deals.**



- *All methods used more frequently in Compound deals, except for Comps.*

- *Frequency of use of Comps continues to fluctuate dramatically from survey to survey.*

- *In 84% of deals financially modeled, multiple methods were used (the highest percentage in any survey).*

Q25: Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes deals with responses to Question 25 (excluding DNK/NA) crossed with YES responses to Question 24 (excluding DNK/NA)



99

# Valuation (2016 Survey)
## *Types of Valuation Methods Used: Compound Deals by Stage of Development*

**Multiple methods used across all stages of development.**



Q25: Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes only deals with selections of one or more types of valuation methods and indications of the stage of development in Q9.*



100

# Valuation (Combined Surveys)
## *Types of Valuation Methods Used: Compound Deals by Stage of Development*

**Multiple methods used across all stages of development.**



(n = 168)

*Note: IRR and Multiples were not choices in the 2009 survey. Therefore, n=36, 18, 17, 21 for Groups 1, 2, 3, 4, respectively. EFR was not a choice until the 2016 survey. Therefore, n=7, 3, 4, 8 for Groups 1, 2, 3, 4, respectively.*

Q25: Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes only deals with selections of one or more types of valuation methods and indications of the stage of development in Q9.*



101

# Valuation (2016 Survey)
## *Use of NPV in Compound Deals: LES v. LESI*

**LESI (ex-USA/CAN) respondents are more likely to use both NPV and rNPV.  Increased frequency of NPV and rNPV use from 2014 survey for both LES (USA/CAN) and LESI (ex-USA/CAN).**



**LES (USA/CAN) (n = 18)**

- Neither NPV nor rNPV 17%
- NPV Only 17%
- rNPV Only 22%
- Both NPV and rNPV 44%

**LESI (ex-USA/CAN) (n = 5)**

- NPV Only 20%
- rNPV Only 20%
- Both NPV and rNPV 60%

Q25:  Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes only deals with selections of one or more types of valuation methods and the region  of the respondents.*



# Valuation (Combined Surveys)
## *Use of NPV in Compound Deals: LES v. LESI*

*LES (USA/CAN) respondents are more likely to use NPV. LESI (ex-USA/CAN) respondents are more likely to use valuation methods other than NPV or rNPV.*



**Neither NPV nor rNPV 13%**
**LES (USA/CAN) (n = 101)**
**NPV Only 37%**
**Both NPV and rNPV 39%**
**rNPV Only 12%**

**Neither NPV nor rNPV 23%**
**LESI (ex-USA/CAN) (n = 69)**
**NPV Only 26%**
**rNPV Only 25%**
**Both NPV and rNPV 26%**

Q25: Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes only deals with selections of one or more types of valuation methods and the region of the respondents.*



103

# Valuation (2016 Survey)
## *Use of Multiple Valuation Methods in Compound Deals: LES v. LESI*

***Both LES (USA/CAN) and LESI (ex-USA/CAN) respondents reported using multiple valuation methods the vast majority of the time.***

### LES (USA/CAN) (n = 18)



Only One Method
11%

Multiple Methods
89%

### LESI (ex-USA/CAN) (n = 5)



Multiple Methods
100%

Q25:  Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*\*Includes only deals with selections of one or more types of valuation methods.*



104

# Valuation (Combined Surveys)
## *Use of Multiple Valuation Methods in Compound Deals: LES v. LESI*

Case 1:19-cv-01532-WCB   Document 340-4   Filed 04/24/21   Page 106 of 298

*LESI (ex-USA/CAN) and LES (USA/CAN) respondents reported similar likelihoods of using multiple valuation methods across all four surveys.*

### LES (USA/CAN) (n = 101)



Only One Method 27%

Multiple Methods 73%

### LESI (ex-USA/CAN) (n = 69)



Only One Method 25%

Multiple Methods 75%

Q25: Please select ALL methods used: NPV, rNPV, IRR, EFR, Peak Rev. or Inc., Comparables, Multiples, or Other.

*Includes only deals with selections of one or more types of valuation methods.*

# Valuation (2016 Survey)
## *"Primary" Valuation Method Used*

**NPV, Comparables and rNPV are the primary valuation methods used.**



(n = 45*)

- *NPV and rNPV were most frequently used as primary valuation methods.*

- *Use of rNPV increased significantly, while use of Comparables decreased significantly from the 2014 survey.*

*Includes only deals with YES response to Question 24 crossed with responses to Question 26

Q26:  Please select primary method used.



106

# Valuation (Comparison of Surveys)
## "*Primary*" *Valuation Method Used*

**NPV, Comparables, and rNPV have been the primary valuation methods over the 3 surveys.**



(n = 262*)

- *121% increase in the use of rNPV from 2014 to 2016 (Chosen as primary valuation method in 24% of responses across all 4 surveys).*

- *31% decrease in the use of Comparables from 2014 to 2016 (Chosen as primary valuation method in 27% of responses across all 4 surveys).*

Q26:  Please select primary method used.

*Includes only deals with YES response to Question 24 crossed with responses to Question 26



107

# Valuation (2016 Survey)
## "*Primary" Valuation Method Used*

*LESI (ex-USA/CAN) respondents preferred NPV/rNPV, whereas LES (USA/CAN) respondents preferred NPV/rNPV and Comparables.*

**LES (USA/CAN)**
(n = 38*)



**LESI (ex-USA/CAN)**
(n = 7*)



- For LES (USA/CAN), NPV/rNPV and Comps have been the primary valuation methods in each survey. Reported use of each has changed substantially from survey to survey.

- For LESI (ex-USA/CAN), Comps was the primary valuation method 32%-42% of the time from 2009 to 2014 surveys, but 0% in the 2016 survey.

Q26: Please select primary method used.

*Includes only deals with responses to Question 26 crossed with LES (USA/CAN) vs. LESI (ex-USA/CAN).



# Valuation (2016 Survey)
## "PRIMARY" Valuation Method Used for Compound and Platform Deals

**rNPV was the most frequent primary method in both Compound and Platform deals.**



- *Multiples selected as the primary method for the first time, as was EFR in its first survey.*

- *Comparables continued to be the most commonly reported primary method for Platform deals. NPV and rNPV returned to the most commonly reported primary valuation method for Compound deals.*



Q26: Please select primary method used.

*Includes only deals with selections of a primary valuation method*

109

# Valuation (Combined Surveys)

## *"PRIMARY" Valuation Method Used for Compound and Platform Deals*

**NPV preferred for Compound deals while Comparables preferred for Platform deals.**



- *For Compound deals, use of NPV/rNPV was at least 61% in the 2009 and 2012 surveys, dropped to 41% in 2014, but returned to 60% in 2016.*

- *For Platform deals, use of Comps exceeded NPV/rNPV for the first time in 2014, but NPV/rNPV increased in 2016.*

Q26: Please select primary method used.

*Includes only deals with selections of a primary valuation method*



110

# Valuation (2016 Survey)
## *Methods Summary: General Observations*

- **Respondents reported more frequent use of every valuation method except Peak Revenue.**

- **Biotechnology companies tended to use more valuation methods than pharmaceutical companies, with a greater preference for rNPV and Comparables.  Pharmaceutical companies used IRR more frequently than biotechnology companies (all 4 surveys).**

- **Companies with more than $250M in sales used NPV/rNPV as the primary valuation method 80% of the time, with no responses for Comparables. Companies with less than $250M were more likely to use non-NPV/rNPV methods.**
  - **Not a single primary valuation response from not-for-profits/governmental agencies (15 responses in 2009, 8 in 2012, 0 in 2014)**

- **NPV/rNPV was the most favored primary method (75% of responses) <u>post proof of concept</u> (up from 53% in 2014) – higher than pre proof of concept (48%).**

- **Higher fixed royalty rates on financially modeled deals (7.9% vs. 5.8% for deals not modeled) – narrower gap than 2014.**



111

# Valuation (2016 Survey)
## *Methods Summary: "Compound" Deals*

- Licensees modeled more frequently than licensors (73% vs. 62%).

- Tiered royalty rate deals were more likely to be financially modeled than flat royalty rate deals (73% vs. 60%).  The reverse was true in the 2014 survey.

- Financial modeling increases with stage of development (all 4 surveys).

- Pharmaceutical companies had a <u>higher</u> propensity to financially model deals compared with biotechnology companies.  4 survey weighted average: pharma = 94%, biotech = 68%.

- Companies with sales >$100 M had a <u>higher</u> propensity to financially model deals, consistent with previous 3 surveys.

- Pharmaceutical companies reported increase use of rNPV and decreased use of Peak Revenue.  Only 5 biotech company compound deals reported financial modeling. (N=1 in 2014).

- Licensors and licensees <u>differed</u> in their <u>use</u> each of the methods:
  - Licensors used Comparables more frequently (48% to 27%).
  - Licensees used all other methods (except Multiples) more frequently.



112

# Valuation (2016 Survey)
## *Discount Rate Ranges – Compound Deals only*

**Almost all reported discount rates were less than 15%.**



(n = 13*)

No. of Deals

- *The share of deals with discount rates in the 10-15% range decreased from 76% in the 2014 survey to 46%. (43% in 2012; 62% in 2009)*

- *The share of deals with discount rates less than 10% increased from 12% in the 2014 survey to 46%. (30% in 2012;19% in 2009).*

Q28:  What was the discount rate used?

*\*Includes only Compound deals in which respondents provided discount rates used in the valuation analysis.*

# Valuation (Combined Surveys)
## *Discount Rate Ranges – Compound Deals only*



**The most frequent discount rate used (in NPV/rNPV) was 10-15%.**

(n = 86*)

Median = 12%

No. of Deals

| | 22 | 48 | 12 | 4 |

<=10%    >10% - <=15%    >15% - <=20%    >20%

Q28:  What was the discount rate used?

*Includes only Compound deals in which respondents
provided discount rates used in the valuation analysis.

114

# Valuation (2016 Survey)
## *Discount Rates by Stage of Development – Compound Deals only*

**No significant difference between discount rates reported for early and late stage deals. Average discount rate reported by LESI (ex-USA/CAN) respondents was 1.0% lower than rate reported by LES USA/CAN respondents, median was also 1.0% lower.**





Q28: What was the discount rate used? *Includes only responses providing discount rates in response to, Question 28 crossed with indications of stage of development (Question 9)*

# Valuation (Combined Surveys)
## *Discount Rates by Stage of Development – Compound Deals only*

**Higher discount rates reported for early stage deals. Discount rates reported by respondents using NPV as the primary valuation method were actually slightly lower than discount rates reported by respondents using rNPV.**



No. of Deals     28          13          15          29

Q28: What was the discount rate used?

*Includes only responses providing discount rates in response to, Question 28 crossed with indications of stage of development (Question 9)*

116

# Valuation (Combined Surveys)
## Discount Rates by Primary Valuation Method - Compound Deals only

*Rates reported for "rNPV" indicate more stage of development risk reflected in discount rate used than "NPV". (Only 8 responses for 2016 survey, which is not enough to report discount rates by stage of development.)*

(n = 67*)

| NPV | Mean | Median |
|---|---|---|
| Group 1 (10) | 12.8% | 14.0% |
| Group 2 (3) | 14.7% | 12.0% |
| Group 3 (6) | 10.3% | 10.0% |
| Group 4 (21) | 13.5% | 13.0% |

| rNPV | Mean | Median |
|---|---|---|
| Group 1 (9) | 16.6% | 15.0% |
| Group 2 (7) | 12.7% | 12.0% |
| Group 3 (7) | 14.1% | 15.0% |
| Group 4 (4) | 10.3% | 10.5% |

*Includes only responses providing discount rates in response to Question 28 crossed with primary valuation methods of NPV and rNPV (Question 26).*

Q28: What was the discount rate used?



# Valuation (2016 Survey)
## *Discount Rates by Company Size – Compound Deals only*

**Higher discount rates for pre-commercial companies than for large companies. Number of responses (12) much lower than 2009 and 2012 surveys (24 and 23, respectively).**



Q28: What was the discount rate used?

*Includes only responses providing discount rates in response to Question 28 crossed with indications of company size (Question B).*

118

# Valuation (Combined Surveys)
## *Discount Rates by Company Size – Compound Deals only*

**Larger organizations tended to use lower discount rates.**



**No. of Deals**

**Q28:** What was the discount rate used?

*Includes only responses providing discount rates in response to Question 28 crossed with indications of company size (Question B).*

119

# Valuation (2016 Survey)
## *Established Prior to Negotiations vs. Final Deal*

**Final deal structures tended to reflect the pre-negotiation valuations.  If <u>not</u>, final deal structures tended to be lower than pre-negotiation valuations.**



**Compound
(n = 24)**

**No, it was higher 13%**

**No, it was lower 17%**

**Yes 71%**



**Platform
(n = 9)**

**No, it was lower 22%**

**Yes 78%**

Q30:  Did the final deal structure reflect the valuation you established prior to the negotiations?

*There were only 2 Diagnostic deals.*



120

# Valuation (Combined Surveys)
## *Established Prior to Negotiations vs. Final Deal*

*Compound deals from 2016 survey were more likely to reflect pre-negotiation valuations than previous surveys.  No 2016 survey respondents reported final deal structures that were higher than pre-negotiation valuations.*



**Compound
(n = 179)**

No, it was higher
16%

No, it was lower
21%

Yes
63%



**Platform
(n = 52)**

No, it was higher
6%

No, it was lower
19%

Yes
75%



**Diagnostic
(n = 26)**

No, it was higher
8%

No, it was lower
27%

Yes
65%

Q30:  Did the final deal structure reflect the valuation you established prior to the negotiations?

121

# Valuation (Combined Surveys)

## Actual Deal Splits by Stage of Development - Compound Deals only

**Significant "Licensor" value created by moving into the clinic (Group 2 & beyond).**

| Licensor Split (n = 72) | | | | |
|---|---|---|---|---|
| | **Mean** | **Median** | **Min** | **Max** |
| **Group 1 (28)** | 31% | 25% | 2% | 95% |
| **Group 2 (12)** | 47% | 50% | 12% | 75% |
| **Group 3 (9)** | 48% | 50% | 13% | 67% |
| **Group 4 (23)** | 50% | 45% | 20% | 80% |

*Includes only responses indicating deal splits in response to Question 31 crossed with indications of stage of development (Question 9).

*2016 data not shown separately because there are only 5 deals across all 4 groups.

Q31: What was the actual deal split of the deal valuation?

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments*

***Upfront payments are the most prevalent.  Amounts are highest for sales milestones. Development milestones are prevalent with high dollar amounts.***

| ($ in thousands) | All Deals (n = 117) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 72% | 18% | 5% | 56% | 45% | 7% |
| **Average** | $10,958 | $22,606 | $1,017 | $49,330 | $92,787 | $20,614 |
| **Median** | $200 | $1,700 | $550 | $3,500 | $17,000 | $500 |
| **Min** | $2 | $50 | $200 | $25 | $100 | $250 |
| **Max** | $250,000 | $350,000 | $2,500 | $650,000 | $850,000 | $88,000 |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

• *Blue font→ highest data point; red font→ lowest data point.*



123

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments – Biotech & Pharma Deals Only*

***Upfront payments and development milestones were the most prevalent. Sales and development milestones had high dollar amounts.***

| Biotech and Pharma Deals | | | | | | |
|---|---|---|---|---|---|---|
| ($ in thousands) | | | (n = 40) | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 82% | 19% | N/A | 83% | 72% | 10% |
| **Average** | $28,233 | $54,273 | N/A | $97,186 | $169,569 | $35,813 |
| **Median** | $7,000 | $2,600 | N/A | $58,000 | $99,000 | $27,500 |
| **Min** | $50 | $360 | N/A | $920 | $300 | $250 |
| **Max** | $250,000 | $350,000 | N/A | $650,000 | $850,000 | $88,000 |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

• *Blue font→ highest data point; red font→ lowest data point.*



124

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments – Academic Deal Only*

***Upfront payments and development milestones are the most frequent. Amounts are lower than amounts reported in the 2014 survey.***

| **Academic Deals** | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | | **(n = 37)** | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 73% | 19% | 8% | 54% | 24% | N/A |
| **Average** | $91 | $1,683 | $400 | $3,927 | $695 | N/A |
| **Median** | $50 | $250 | $500 | $500 | $188 | N/A |
| **Min** | $2 | $50 | $200 | $25 | $135 | N/A |
| **Max** | $800 | $8,000 | $500 | $61,000 | $3,250 | N/A |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point.*



125

# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments – Academic Deal Only*

***Upfront payments are the most frequent, but amounts are small compared with other payments.***

| Academic Deals | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | (n = 130) | | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 71% | 25% | 8% | 57% | 31% | 13% |
| **Average** | $316 | $2,105 | $282 | $4,592 | $17,579 | $6,374 |
| **Median** | $50 | $445 | $188 | $725 | $875 | $475 |
| **Min** | $0 | $50 | $10 | $10 | $3 | $75 |
| **Max** | $9,000 | $20,000 | $750 | $61,000 | $300,000 | $50,000 |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

• *Blue font→ highest data point; red font→ lowest data point.*



126

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments – Government Deals Only*

*Prevalence for upfront payments and amounts for sales milestones increased. Consistent with the 2014 survey results, prevalence and amounts for technology access fees were higher in government-reported deals than in biotech, pharma, or academic-reported deals.*

| Government Deals | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | | (n = 8) | | | |
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 86% | 43% | N/A | 57% | N/A | N/A |
| **Average** | $251 | $1,400 | N/A | $2,293 | N/A | N/A |
| **Median** | $200 | $2,000 | N/A | $800 | N/A | N/A |
| **Min** | $30 | $200 | N/A | $70 | N/A | N/A |
| **Max** | $500 | $2,000 | N/A | $7,500 | N/A | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

• *Blue font→ highest data point; red font→ lowest data point.*



# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments – Government Deals Only*

***Prevalence and amount of payments in government-reported deals are similar to academic deals, but government deals have higher development milestone amounts although they are used less frequently.***

| Government Deals | | | | | | |
|---|---|---|---|---|---|---|
| ($ in thousands) | | | (n = 39) | | | |
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 58% | 26% | 11% | 32% | 32% | N/A |
| **Average** | $193 | $1,039 | $1,889 | $18,491 | $7,976 | N/A |
| **Median** | $53 | $500 | $1,265 | $350 | $275 | N/A |
| **Min** | $4 | $100 | $25 | $5 | $1 | N/A |
| **Max** | $2,000 | $3,000 | $5,000 | $175,000 | $70,000 | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font → highest data point; red font → lowest data point.*



128

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments - Compound Deals only*

***Upfront payments are the most prevalent. Amounts are small compared with development and sales milestones.***

| ($ in thousands) | Compound Deals (n = 56) | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 76% | 19% | 5% | 67% | 67% | N/A |
| **Average** | $17,752 | $38,866 | $1,067 | $65,631 | $105,567 | N/A |
| **Median** | $900 | $930 | $500 | $8,500 | $17,000 | N/A |
| **Min** | $25 | $250 | $200 | $150 | $100 | N/A |
| **Max** | $250,000 | $350,000 | $2,500 | $650,000 | $850,000 | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point.*



# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments - Platform Deals only*

*Upfront payments and development milestones are the most prevalent. Amounts are highest for milestones and equity investment.*

| Platform Deals | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | | **(n = 25)** | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 72% | 23% | N/A | 63% | 33% | N/A |
| **Average** | $4,164 | $1,560 | N/A | $24,153 | $67,053 | N/A |
| **Median** | $150 | $1,700 | N/A | $3,500 | $55,500 | N/A |
| **Min** | $5 | $200 | N/A | $40 | $200 | N/A |
| **Max** | $60,000 | $2,600 | N/A | $120,000 | $235,000 | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font → highest data point; red font → lowest data point.*



# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments - Platform Deals only*

***Upfront payments and development milestones are the most prevalent. Amounts are highest for sales milestones.***

| Platform Deals | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | (n = 107) | | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 60% | 31% | 14% | 58% | 27% | 17% |
| **Average** | $5,370 | $10,835 | $4,545 | $34,396 | $92,892 | $7,974 |
| **Median** | $200 | $2,000 | $1,000 | $3,000 | $9,500 | $1,000 |
| **Min** | $0 | $150 | $50 | $10 | $25 | $10 |
| **Max** | $110,000 | $200,000 | $32,000 | $500,000 | $840,000 | $50,000 |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font → highest data point; red font → lowest data point.*



131

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments - Diagnostic Deals only*

***Upfront payments and development milestones are most frequent form of payment. Limited data on amounts for research funding, technology access fees, and sales milestones.***

| ($ in thousands) | Diagnostic Deals (n = 11) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 64% | N/A | N/A | 64% | N/A | N/A |
| **Average** | $53 | N/A | N/A | $225 | N/A | N/A |
| **Median** | $30 | N/A | N/A | $88 | N/A | N/A |
| **Min** | $20 | N/A | N/A | $25 | N/A | N/A |
| **Max** | $150 | N/A | N/A | $1,000 | N/A | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point.*



# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments - Diagnostic Deals only*

**Upfront payments are most frequent form of payment and have the highest amounts.**

| ($ in thousands) | Diagnostic Deals (n = 62) | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 67% | 17% | 13% | 37% | 24% | N/A |
| **Average** | $5,998 | $4,474 | $831 | $857 | $1,932 | N/A |
| **Median** | $28 | $1,500 | $168 | $185 | $120 | N/A |
| **Min** | $2 | $140 | $10 | $5 | $1 | N/A |
| **Max** | $200,000 | $20,000 | $5,000 | $10,000 | $20,000 | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point.*



133

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments – "Compound" Deals Only - Biotech and Pharma*

***While upfront payments are frequently used, parties rely heavily on milestones.***

| Biotech and Pharma Deals | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | (n = 28)* | | | | |
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 81% | 16% | N/A | 83% | 79% | N/A |
| **Average** | $22,525 | $88,903 | N/A | $113,554 | $187,911 | N/A |
| **Median** | $7,000 | $2,625 | N/A | $95,000 | $155,000 | N/A |
| **Min** | $75 | $360 | N/A | $920 | $300 | N/A |
| **Max** | $100,000 | $350,000 | N/A | $650,000 | $850,000 | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

*\* One outlier removed from Upfront Payments*
- *Blue font→ highest data point; red font→ lowest data point.*



134

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments - "Compound" Deals Only: Pre-POC and Post-POC*

**Post-POC deals had higher upfront payments and milestone amounts.  Pre-POC milestone amounts were higher in the 2014 survey.**

| *($ in thousands)* | **Pre-POC Deals (n = 38)** | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 76% | 22% | N/A | 81% | 65% | N/A |
| **Average** | $7,342 | $44,795 | N/A | $41,752 | $80,644 | N/A |
| **Median** | $250 | $930 | N/A | $6,050 | $14,000 | N/A |
| **Min** | $25 | $250 | N/A | $150 | $150 | N/A |
| **Max** | $94,000 | $350,000 | N/A | $180,000 | $350,000 | N/A |

| *($ in thousands)* | **Post-POC Deals (n = 17)** | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 75% | N/A | N/A | 29% | 71% | N/A |
| **Average** | $43,421 | N/A | N/A | $261,000 | $175,890 | N/A |
| **Median** | $10,000 | N/A | N/A | $192,000 | $30,000 | N/A |
| **Min** | $100 | N/A | N/A | $10,000 | $100 | N/A |
| **Max** | $250,000 | N/A | N/A | $650,000 | $850,000 | N/A |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Compound deals only.*
- *Blue font→ highest data point; red font→ lowest data point.*

135

# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments - "Compound" Deals Only: Pre-POC and Post-POC*

**All types of payments are used more frequently in Pre-POC deals. Upfront payment amounts are higher in Post-POC deals.**

| ($ in thousands) | Pre-POC Deals (n = 176) | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 79% | 36% | 9% | 75% | 52% | 13% |
| **Average** | $6,554 | $33,238 | $986 | $53,682 | $97,886 | $10,786 |
| **Median** | $850 | $3,000 | $500 | $10,000 | $13,500 | $1,000 |
| **Min** | $0 | $150 | $5 | $100 | $5 | $75 |
| **Max** | $100,000 | $1,000,000 | $3,600 | $660,000 | $2,000,000 | $88,000 |

| ($ in thousands) | Post-POC Deals (n = 107)* | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 63% | 12% | 5% | 39% | 46% | 3% |
| **Average** | $15,288 | $13,583 | $10,521 | $45,510 | $70,663 | $2,500 |
| **Median** | $5,000 | $8,500 | $50 | $10,000 | $13,500 | $2,000 |
| **Min** | $50 | $500 | $20 | $75 | $50 | $500 |
| **Max** | $100,000 | $35,000 | $50,000 | $650,000 | $850,000 | $5,000 |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

*\* Two outliers removed from Post-POC Upfront Payments*
*• Blue font→ highest data point; red font→ lowest data point.*

136

# Valuation (2016 Survey)

## *Upfront, Milestone, and Other Payments - "Compound" Deals:  Small and Large Companies*

**Deals between "large" companies involve more frequent and higher upfront payments. Milestones in "large" company deals were used much more frequently and in higher amounts than in the 2014 survey.**

| ($ in thousands) | Deals between Operating Companies with Less than $100 million in Annual Sales (n = 23) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 68% | 23% | N/A | 57% | 67% | N/A |
| **Average** | $12,738 | $7,182 | N/A | $132,188 | $108,243 | N/A |
| **Median** | $1,250 | $1,500 | N/A | $107,500 | $50,000 | N/A |
| **Min** | $75 | $300 | N/A | $500 | $100 | N/A |
| **Max** | $100,000 | $30,000 | N/A | $650,000 | $500,000 | N/A |

| ($ in thousands) | Deals between Operating Companies with More than $500 million in Annual Sales (n = 11) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 82% | N/A | N/A | 90% | 100% | N/A |
| **Average** | $26,622 | N/A | N/A | $76,147 | $207,780 | N/A |
| **Median** | $10,000 | N/A | N/A | $37,000 | $126,500 | N/A |
| **Min** | $100 | N/A | N/A | $920 | $300 | N/A |
| **Max** | $94,000 | N/A | N/A | $240,000 | $850,000 | N/A |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- Compound deals only.
- Blue font → highest data point; red font → lowest data point.



137

# Valuation (Combined Surveys)
## *Upfront, Milestone, and Other Payments - "Compound" Deals:  Small and Large Companies*

***There has been similar usage of all types of payments, but payment amounts in deals between "large" companies have been higher.***

| ($ in thousands) | Deals between Operating Companies with Less than $100 million in Annual Sales (n = 122) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 72% | 28% | 7% | 61% | 47% | 11% |
| **Average** | $9,490 | $45,358 | $7,429 | $59,500 | $125,896 | $9,842 |
| **Median** | $2,000 | $5,000 | $1,000 | $15,000 | $30,000 | $5,000 |
| **Min** | $30 | $300 | $35 | $200 | $100 | $200 |
| **Max** | $100,000 | $1,000,000 | $50,000 | $650,000 | $2,000,000 | $50,000 |

| ($ in thousands) | Deals between Operating Companies with More than $500 million in Annual Sales (n = 70) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 73% | 24% | 4% | 58% | 53% | N/A |
| **Average** | $15,477 | $34,094 | $357 | $95,876 | $112,334 | N/A |
| **Median** | $5,000 | $8,000 | $50 | $35,000 | $43,000 | N/A |
| **Min** | $20 | $500 | $20 | $150 | $50 | N/A |
| **Max** | $100,000 | $350,000 | $1,000 | $660,000 | $850,000 | N/A |

Q17:  What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?



- *Compound deals only.*
- *Blue font→ highest data point; red font→ lowest data point.*



138

# Valuation (2016 Survey)
## *Upfront, Milestone, and Other Payments - Compound Deals: "between" Small and Lg. Companies*

**2016 deals in which "small" licensors license to "large" licensees involved much higher payments than those reported in the 2014 survey.**

| ($ in thousands) | Deals Involving 'Small' Licensors and 'Large' Licensees (n = 13) | | | | | |
|---|---|---|---|---|---|---|
| | Upfront Payment | Research Funding | Technology Access Fee | Development Milestones | Sales Milestones | Equity Investment |
| **Share of Deals** | 100% | N/A | N/A | 100% | 100% | N/A |
| **Average** | $33,142 | N/A | N/A | $138,682 | $190,000 | N/A |
| **Median** | $20,000 | N/A | N/A | $115,000 | $160,000 | N/A |
| **Min** | $1,200 | N/A | N/A | $500 | $500 | N/A |
| **Max** | $100,000 | N/A | N/A | $650,000 | $500,000 | N/A |

Deals Involving "Large" Licensors and "Small" Licensees
N = 1
Number of Responses Too Small to Report Data

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point*
- *"Small"→ <$100M in annual sales; "Large"→ >$500M.*

L E S

# Valuation (Combined Surveys)

## *Upfront, Milestone, and Other Payments - Compound Deals: "between" Small and Lg. Companies*

**Deals in which "small" licensors license to "large" licensees almost always included upfront payments and development milestones.**

| ($ in thousands) | Deals Involving 'Small' Licensors and 'Large' Licensees (n = 68) | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 91% | 38% | 8% | 86% | 71% | 8% |
| **Average** | $16,251 | $72,646 | $11,180 | $111,799 | $169,960 | $28,600 |
| **Median** | $7,250 | $6,500 | $1,000 | $42,500 | $80,000 | $20,000 |
| **Min** | $125 | $300 | $300 | $500 | $500 | $5,000 |
| **Max** | $100,000 | $1,000,000 | $50,000 | $660,000 | $2,000,000 | $88,000 |

| ($ in thousands) | Deals Involving 'Large' Licensors and 'Small' Licensees (n = 11) | | | | | |
|---|---|---|---|---|---|---|
| | **Upfront Payment** | **Research Funding** | **Technology Access Fee** | **Development Milestones** | **Sales Milestones** | **Equity Investment** |
| **Share of Deals** | 64% | N/A | N/A | 60% | N/A | N/A |
| **Average** | $21,414 | N/A | N/A | $31,667 | N/A | N/A |
| **Median** | $5,000 | N/A | N/A | $12,000 | N/A | N/A |
| **Min** | $100 | N/A | N/A | $7,000 | N/A | N/A |
| **Max** | $100,000 | N/A | N/A | $125,000 | N/A | N/A |

Q17: What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)?

- *Blue font→ highest data point; red font→ lowest data point*
- *"Small"→ <$100M in annual sales; "Large"→ >$500M.*



140

# Analysis of Deals by Therapeutic Area

# Analysis of Therapeutic Areas
# - *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rates by Therapeutic Area**

n = number of deals

Accompanying data on following page.





# Analysis of Therapeutic Areas
# - *Fixed Royalty Rates*

| Fixed Royalty Rates (n=72) | | | | | |
|---|---|---|---|---|---|
| Therapeutic Area | # of Deals | Min | Median | Max | Mean |
| Blood & Clotting | 1 | | | | |
| Cardiovascular | 2 | | | | |
| CNS_Neuro | 5 | 2.0% | 3.0% | 7.0% | 3.9% |
| CNS-Other | 3 | 1.0% | 1.0% | 5.0% | 2.3% |
| Gastrointestinal | 2 | | | | |
| Immuno | 1 | | | | |
| ID-Bacterial | 5 | 2.5% | 4.0% | 5.0% | 3.9% |
| ID-Other | 2 | | | | |
| ID-Viral | 1 | | | | |
| Inflam/Musco | 2 | | | | |
| Metabolic/Endocrine | 4 | 3.0% | 10.0% | 30.0% | 13.3% |
| Oncology | 14 | 1.0% | 3.6% | 15.0% | 4.8% |
| Ophthamology | 5 | 3.0% | 5.5% | 6.0% | 4.8% |
| Other | 21 | 2.0% | 5.0% | 30.0% | 7.4% |
| Respiratory | 3 | 3.0% | 5.0% | 20.0% | 9.3% |
| Urological/Renal | 1 | | | | |



143

# Analysis of Therapeutic Areas
# - *Upfront Payments*

## Mean and Median of Upfront Payments by Therapeutic Area



n = number of deals

Accompanying data on following page.



# Analysis of Therapeutic Areas
# - *Upfront Payments*

| Upfront Payments (n=81) | | | | | |
|---|---|---|---|---|---|
| Therapeutic Area | # of Deals | Min | Median | Max | Mean |
| Blood & Clotting | 1 | | | | |
| Cardiovascular | 5 | 0.10 | 0.20 | 7.00 | 2.08 |
| CNS-Neuro | 5 | 0.07 | 0.20 | 1.25 | 0.42 |
| CNS-Other | 3 | 0.02 | 0.02 | 0.05 | 0.03 |
| CNS-Pain | 3 | 7.00 | 10.00 | 250.00 | 89.00 |
| Gastrointestinal | 3 | 10.00 | 20.00 | 25.00 | 18.33 |
| Immunological | 3 | 0.20 | 0.30 | 30.00 | 10.17 |
| ID-Bacterial | 5 | 0.05 | 1.00 | 45.00 | 9.91 |
| ID-Other | 2 | | | | |
| ID-Viral | 2 | | | | |
| Inflammation/musculoskeletal | 2 | | | | |
| Metabolic/ Endocrine | 5 | 0.15 | 5.00 | 94.00 | 31.89 |
| Oncology | 22 | 0.01 | 0.08 | 100.00 | 13.21 |
| Ophthamology | 5 | 0.03 | 0.07 | 0.08 | 0.05 |
| Other | 11 | 0.00 | 0.20 | 2.50 | 0.71 |
| Respiratory | 2 | | | | |
| Urological/Renal | 2 | | | | |



145

# Analysis of Therapeutic Areas
## CNS: Neurological/Neurodegenerative – Fixed Royalty Rates



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.



146

# Analysis of Therapeutic Areas
## *CNS: Neurological/Neurodegenerative – Type of Royalty Rate*

| Royalty Rates (n=6) | | | | | |
|---|---|---|---|---|---|
| CNS-Neurological/Neurodegenerative | # of Deals | Min | Median | Max | Mean |
| Clinical Stage In Progress | | | | | |
| Flat | 1 | | | | |
| Discovery | | | | | |
| Tiered | 1 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 4 | 2.0% | 2.5% | 5.5% | 3.1% |

# Analysis of Therapeutic Areas
## CNS: Neurological/Neurodegnerative – Upfront Payments

Case 1:06-cv-12583-WGY Document 240-20 Filed 04/14/08 Page 149 of 298



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.

*n=4*

**Stage of Development**



148

# Analysis of Therapeutic Areas
## *CNS: Neurological/Neurodegenerative – Upfront Payments*

Case 1:06-cv-10528-WGY Document 300-24 Filed 04/24/09 Page 150 of 298

| Upfront Payments (n=5) | | | | | |
|---|---|---|---|---|---|
| CNS-Neurological/Neurodegenerative | # of Deals | Min | Median | Max | Mean |
| Discovery | 1 | | | | |
| IND Track/Pre-IND | 4 | 0.07 | 0.15 | 0.50 | 0.22 |



# Analysis of Therapeutic Areas
## *Infectious Disease: Bacterial – Fixed Royalty Rates*

Case 1:06-cv-02683-WGR Document 230-21 Filed 04/14/09 Page 151 of 298



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

*n=3*

Accompanying data on following page.

**Stage of Development**



150

# Analysis of Therapeutic Areas
## *Infectious Disease: Bacterial – Type of Royalty Rate*

| Royalty Rates (n=8) | | | | | |
|---|---|---|---|---|---|
| **Infectious Disease-Bacterial** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Approved/Launched | | | | | |
| Flat | 2 | | | | |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |
| Discovery | | | | | |
| Tiered | 1 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 3 | 2.5% | 3.0% | 4.0% | 3.2% |



151

# Analysis of Therapeutic Areas
## *Metabolic/Endocrine – Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

Upfront Payment (US $ Millions)

- ■ Mean
- ■ Median

IND Track/Pre-IND

n = number of deals

Accompanying data on following page.

*n=3*

**Stage of Development**



152

# Analysis of Therapeutic Areas
## *Metabolic/Endocrine – Upfront Payments*

| Upfront Payments (n=5) | | | | | |
|---|---|---|---|---|---|
| **Metabolic/Endocrine** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 1 | | | | |
| IND Track/Pre-IND | 3 | 5.00 | 60.00 | 94.00 | 53.00 |
| Registration/510(k)/PMA (or equivalent) submitted | 1 | | | | |



# Analysis of Therapeutic Areas
## *Oncology – Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.

**Stage of Development**

154

# Analysis of Therapeutic Areas
## *Oncology – Type of Royalty Rate*

| | Royalty Rates (n=27) | | | | |
|---|---|---|---|---|---|
| **Oncology** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 5 | 1.0% | 2.5% | 4.0% | 2.6% |
| No royalty component | 1 | | | | |
| Tiered | 2 | | | | |
| IND Track/Pre-IND | | | | | |
| No royalty component | 1 | | | | |
| Tiered | 4 | | | | |
| Phase 1 (patients enrolling) | | | | | |
| Flat | 1 | | | | |
| Tiered | 1 | | | | |
| Phase 2 (completed) | | | | | |
| Flat | 1 | | | | |
| Phase 2 (patients enrolling) | | | | | |
| Flat | 1 | | | | |
| Phase 3 (patients enrolling) | | | | | |
| Tiered | 2 | | | | |
| Pre-IDE | | | | | |
| Flat | 3 | 4.5% | 5.0% | 10.0% | 6.5% |
| Prototype | | | | | |
| Flat | 2 | | | | |
| Registration/510(k)/PMA (or equivalent) submitted | | | | | |
| Flat | 1 | | | | |
| Research Use Only | | | | | |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |



155

# Analysis of Therapeutic Areas
## *Oncology – Upfront Payments*

**Mean and Median of Upfront Payments by Stage of Development**



n = number of deals

Accompanying data on following page.

**Stage of Development**



156

# Analysis of Therapeutic Areas
## *Oncology – Upfront Payments*

| Upfront Payments (n=22) | | | | | |
|---|---|---|---|---|---|
| **Oncology** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 6 | 0.01 | 0.05 | 0.21 | 0.08 |
| IND Track/Pre-IND | 4 | 0.90 | 20.00 | 44.50 | 21.35 |
| Phase 1 (patients enrolling) | 2 | | | | |
| Phase 2 (completed) | 1 | | | | |
| Phase 3 (patients enrolling) | 2 | | | | |
| Pre-IDE | 2 | | | | |
| Prototype | 2 | | | | |
| Registration/510(k)/PMA (or equivalent) submitted | 1 | | | | |
| Research Use Only | 2 | | | | |



# Analysis of Therapeutic Areas
## *Ophthalmology – Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.

158

# Analysis of Therapeutic Areas
## *Ophthalmology – Type of Royalty Rate*

| Royalty Rates (n=6) | | | | | |
|---|---|---|---|---|---|
| **Ophthamology** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 2 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 3 | 5.5% | 5.5% | 6.0% | 5.7% |
| Tiered | 1 | | | | |



159

# Analysis of Therapeutic Areas
## *Ophthalmology – Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.



160

# Analysis of Therapeutic Areas
## *Ophthalmology – Upfront Payments*

| Upfront Payments (n=5) | | | | | |
|---|---|---|---|---|---|
| **Ophthalmology** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 2 | | | | |
| IND Track/Pre-IND | 3 | 0.07 | 0.07 | 0.08 | 0.07 |



# Analysis of Therapeutic Areas
## *Other\* – Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.

*Specified as: not a therapeutic or diagnostic, cardiovascular monitoring, research, Research product, Orthopedic, surgical - colon rectal surgeons, Dental, healthy choices, Skincare, Operational know-how; not technology based, Surgical/ENT, Allergy, Primary hyperoxaluria, Communication tool, multi, DNA analysis, holistic, all fields, BIODEFENSE, ALL AREAS, obstetrics, Emergency medicine, cystic fibrosis, NA



162

# Analysis of Therapeutic Areas
## *Other\* – Type of Royalty Rate*

| Royalty Rates (n=28) | | | | | |
|---|---|---|---|---|---|
| **Other (Please specify)** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 9 | 2.0% | 4.1% | 30.0% | 7.5% |
| No royalty component | 1 | | | | |
| Final product in development (including manufacturing development) | | | | | |
| Flat | 2 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 2 | | | | |
| Phase 1 (completed) | | | | | |
| Flat | 1 | | | | |
| Phase 1 (patients enrolling) | | | | | |
| Flat | 1 | | | | |
| Proof-of-concept completed | | | | | |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |
| Prototype | | | | | |
| Flat | 1 | | | | |
| Registered/NDA submitted | | | | | |
| Tiered | 1 | | | | |
| Approved/Launched | | | | | |
| Flat | 6 | 2.0% | 8.3% | 20.0% | 9.4% |
| Tiered | 2 | | | | |

\*Specified as: not a therapeutic or diagnostic, cardiovascular monitoring, research, Research product, Orthopedic, surgical - colon rectal surgeons, Dental, healthy choices, Skincare, Operational know-how; not technology based, Surgical/ENT, Allergy, Primary hyperoxaluria, Communication tool, multi, DNA analysis, holistic, all fields, BIODEFENSE, ALL AREAS, obstetrics, Emergency medicine, cystic fibrosis, NA



# Analysis of Therapeutic Areas
## *Other\* – Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.

\*Specified as: research, surgical - colon rectal surgeons, Dental, healthy choices, Skincare, Operational know-how; not technology based, Primary hyperoxaluria, N/A, holistic, all fields, Emergency medicine,



164

# Analysis of Therapeutic Areas
## *Other\* – Upfront Payments*

| Upfront Payments (n=11) | | | | | |
|---|---|---|---|---|---|
| Other (Please specify) | # of Deals | Min | Median | Max | Mean |
| Discovery | 3 | 0.00 | 0.02 | 1.50 | 0.51 |
| IND Track/Pre-IND | 1 | | | | |
| Phase 1 (patients enrolling) | 1 | | | | |
| Proof-of-concept completed | 1 | | | | |
| Approved/Launched | 5 | 0.05 | 0.25 | 2.10 | 0.72 |

\*Specified as: research, surgical - colon rectal surgeons, Dental, healthy choices, Skincare,
Operational know-how; not technology based, Primary hyperoxaluria, N/A, holistic, all fields,
Emergency medicine,



# Analysis of Drug Delivery Deals

# Analysis of Drug Delivery* Deals
## - *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate**

All Drug Delivery Deals*
*n=17*

n = number of deals

Accompanying data on following page.

* There was 1 Drug Delivery Platform Deal, 2 Drug Delivery Product Deals (Novel Label), 1 Drug Delivery Product Deals (Same Label), 6 Drug Platform Deals, 5 Drug Use Deals, and 2 Drug/Device Combination Product Deals.



167

# Analysis of Drug Delivery* Deals
## - *Fixed Royalty Rates*

| Fixed Royalty Rates (n=17) | | | | | |
|---|---|---|---|---|---|
| | # of Deals | Min | Median | Max | Mean |
| **All Drug Delivery Deals*** | 17 | 1.0% | 4.0% | 20.0% | 7.9% |

\* There was 1 Drug Delivery Platform Deal, 2 Drug Delivery Product Deals (Novel Label), 1 Drug Delivery Product Deals (Same Label), 6 Drug Platform Deals, 5 Drug Use Deals, and 2 Drug/Device Combination Product Deals.



168

# Analysis of Drug Delivery* Deals
## - Upfront Payments



**Mean and Median of Upfront Payments**

n = number of deals

Accompanying data on following page.

* There was 1 Drug Delivery Platform Deals, 1 Drug Delivery Product Deals (Novel Label), 1 Drug Delivery Product Deals (Same Label), 10 Drug Platform Deals, 7 Drug Use Deals, and 1 Drug/Device Combination Product Deals.



169

# Analysis of Drug Delivery* Deals
## *- Upfront Payments*

| Upfront Payments (n=21) | | | | | |
|---|---|---|---|---|---|
| | # of Deals | Min | Median | Max | Mean |
| **All Drug Delivery Deals*** | 21 | 0.02 | 0.30 | 100.00 | 9.28 |

\* There was 1 Drug Delivery Platform Deals, 1 Drug Delivery Product Deals (Novel Label), 1 Drug Delivery Product Deals (Same Label),
10 Drug Platform Deals, 7 Drug Use Deals, and 1 Drug/Device Combination Product Deals.

# Analysis of Drug Delivery Categories
## *Drug Platform– Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

Mean
Median

Discovery
*n=3*

**Stage of Development**

n = number of deals

Accompanying data on following page.



171

# Analysis of Drug Delivery Categories
## *Drug Platform– Type of Royalty Rate*

| Fixed Royalty Rates (n=12) | | | | | |
|---|---|---|---|---|---|
| **Drug Platform Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 3 | 1.0% | 3.0% | 4.0% | 2.7% |
| No royalty component | 1 | | | | |
| Tiered | 4 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 2 | | | | |
| Tiered | 1 | | | | |
| Phase 1 (completed) | | | | | |
| Flat | 1 | | | | |

# Analysis of Drug Delivery Categories
## *Drug Platform– Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.



173

Case 1:18-cv-12538-WGY   Document 240-24   Filed 04/14/21   Page 175 of 298

# Analysis of Drug Delivery Categories
## *Drug Platform– Upfront Payments*

| Upfront Payments (n=10) | | | | | |
|---|---|---|---|---|---|
| **Drug Platform Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 7 | 0.02 | 0.15 | 7.00 | 1.49 |
| IND Track/Pre-IND | 3 | 0.50 | 0.50 | 60.00 | 20.33 |

# Analysis of Drug Delivery Categories
## *Drug Use – Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.



175

# Analysis of Drug Delivery Categories
## *Drug Use – Upfront Payments*

| Upfront Payments (n=7) | | | | | |
|---|---|---|---|---|---|
| **Drug Use Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 3 | 0.05 | 0.20 | 0.30 | 0.18 |
| IND Track/Pre-IND | 2 | | | | |
| Phase 1 (patients enrolling) | 1 | | | | |
| Phase 2 (completed) | 1 | | | | |

# Analysis of Veterinary Deals

# Analysis of Veterinary Deals – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rates**

n = number of deals

Accompanying data on following page.



178

# Analysis of Veterinary Deals – *Fixed Royalty Rates*

| Fixed Royalty Rates (n=15) | | | | | |
|---|---|---|---|---|---|
| | # of Deals | Min | Median | Max | Mean |
| **Veterinary Deals** | 15 | 2.0% | 3.3% | 15.0% | 4.3% |



# Analysis of Veterinary Deals
## – *Upfront Payments*



**Mean and Median of Upfront Payments**

n = number of deals

Accompanying data on following page.



# Analysis of Veterinary Deals
## – *Upfront Payments*

| | Upfront Payments (n=11) | | | | |
|---|---|---|---|---|---|
| | # of Deals | Min | Median | Max | Mean |
| **Veterinary Deals** | 11 | 0.03 | 0.21 | 7.00 | 1.32 |



# Analysis of Veterinary Deals
## – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rates by Stage of Development**

n = number of deals

Accompanying data on following page.



# Analysis of Veterinary Deals
##  – *Type of Royalty Rate*

| Fixed Royalty Rates (n=15) | | | | | |
|---|---|---|---|---|---|
| **Veterinary Deals** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Approved/Launched | | | | | |
| Flat | 3 | 3.0% | 5.0% | 5.0% | 4.3% |
| Tiered | | | | | |
| Discovery | | | | | |
| Flat | 7 | 2.0% | 3.0% | 4.0% | 3.0% |
| Tiered | | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 2 | | | | |
| Phase 2 (completed) | | | | | |
| Flat | 1 | | | | |
| Pre-IDE | | | | | |
| Flat | 1 | | | | |
| Final product in development (including manufacturing development) | | | | | |
| Flat | 1 | | | | |



183

# Analysis of Veterinary Deals
## – *Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

n = number of deals

Accompanying data on following page.





# Analysis of Veterinary Deals
## – *Upfront Payments*

| Upfront Payments<br>(n=11) | | | | | |
|---|---|---|---|---|---|
| **Veterinary Deals** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Approved/Launched | 2 | | | | |
| Discovery | 8 | 0.03 | 0.06 | 1.25 | 0.25 |
| IND Track/Pre-IND | 1 | | | | |



# Miscellaneous Analyses



# In Vitro Diagnostics – *Fixed Royalty Rates*



## Mean and Median of Fixed Royalty Rate by Stage of Development



n = number of deals

Accompanying data on following page.

187

# In Vitro Diagnostics – *Type of Royalty Rates*

| Fixed Royalty Rates (n=8) | | | | | |
|---|---|---|---|---|---|
| **In Vitro Diagnostics Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Pre-IDE | | | | | |
| Flat | 3 | 4.5% | 5.0% | 10.0% | 6.5% |
| Research Use Only | | | | | |
| Flat | 1 | | | | |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |
| Registration/510(k)/PMA (or equivalent) submitted | | | | | |
| Flat | 2 | | | | |

188

# In Vivo Diagnostics – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.



189

# In Vivo Diagnostics – *Type of Royalty Rates*

| Fixed Royalty Rates (n=3) | | | | | |
|---|---|---|---|---|---|
| **In Vivo Diagnostics Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 3 | 1.0% | 2.5% | 2.5% | 2.0% |

190

# Marketed Branded Product – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.



# Marketed Branded Product – *Type of Royalty Rate*

| Fixed Royalty Rates (n=9) | | | | | |
|---|---|---|---|---|---|
| **Marketed Branded Product Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Approved/Launched | | | | | |
| Flat | 4 | 2.0% | 4.5% | 5.0% | 4.0% |
| No royalty component | 1 | | | | |
| Tiered | 2 | | | | |
| Registered/NDA submitted | | | | | |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |

# Marketed Branded Product – *Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

- Mean
- Median

Upfront Payment (US $ Millions)

10.69

1.00

Approved/Launched

*n=5*

**Stage of Development**

n = number of deals

Accompanying data on following page.



# Marketed Branded Product – *Upfront Payments*

| Upfront Payments (n=7) | | | | | |
|---|---|---|---|---|---|
| Marketed Branded Product Deal | # of Deals | Min | Median | Max | Mean |
| Approved/Launched | 5 | 0.20 | 1.00 | 45.00 | 10.69 |
| Registered/NDA submitted | 2 | | | | |



# New Chemical Entity– *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.

195

# New Chemical Entity– *Type of Royalty Rate*

| Fixed Royalty Rates (n=31) | | | | | |
|---|---|---|---|---|---|
| **New Chemical Entity Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | | | | | |
| Flat | 5 | 2.0% | 2.0% | 5.0% | 2.9% |
| Tiered | 4 | | | | |
| IND Filed | | | | | |
| Flat | 1 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 8 | 2.0% | 3.5% | 5.5% | 3.9% |
| Tiered | 6 | | | | |
| Phase 1 (completed) | | | | | |
| Tiered | 1 | | | | |
| Phase 1 (patients enrolling) | | | | | |
| Tiered | 1 | | | | |
| Phase 2 (completed) | | | | | |
| Tiered | 1 | | | | |
| Phase 2 (patients enrolling) | | | | | |
| Flat | 1 | | | | |
| Tiered | 1 | | | | |
| Phase 3 (patients enrolling) | | | | | |
| Tiered | 2 | | | | |

# New Chemical Entity– *Upfront Payments*



**Mean and Median of Upfront Payments by Stage of Development**

*Discovery* — n=7

*IND Track/Pre-IND* — n=10

**Stage of Development**

n = number of deals

Accompanying data on following page.



197

# New Chemical Entity– *Upfront Payments*

| Upfront Payments (n=23) | | | | | |
|---|---|---|---|---|---|
| **New Chemical Entity Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Discovery | 7 | 0.05 | 0.10 | 20.00 | 3.12 |
| IND Filed | 1 | | | | |
| IND Track/Pre-IND | 10 | 0.07 | 0.55 | 94.00 | 14.04 |
| Phase 1 (patients enrolling) | 1 | | | | |
| Phase 2 (completed) | 1 | | | | |
| Phase 2 (patients enrolling) | 1 | | | | |
| Phase 3 (patients enrolling) | 2 | | | | |

# Other* – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.

**Stage of Development**

*Specified as: unique chemical compound, Devise to monitor cardiovascular health, Neuroimaging software diagnostic tool, biomedical research reagent, Medical Device, develop dental orthotics, Health App, To provide a biosciences start-up with research data and DNA samples in four disease areas, Device, Heath Care operational know-how transfer, API Production, NA, New Biological Entity, New Biological Entity, Access to information on how a drug in development affects proprietary models, Healthcare IT communication tool, proprietary material license, Healthcare operational know-how, BIOLOGICAL SENSOR, Software, Surgical device, Outlicense, Gene Editing



# Other* – *Type of Royalty Rate*

| Fixed Royalty Rates (n=24) | | | | | |
|---|---|---|---|---|---|
| **Other (Please specify)** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Approved/Launched | | | | | |
| Flat | 4 | 3.0% | 8.8% | 15.0% | 8.9% |
| Tiered | 2 | | | | |
| Clinical Stage In Progress | | | | | |
| Flat | 1 | | | | |
| Discovery | | | | | |
| Flat | 9 | 1.0% | 4.1% | 30.0% | 7.3% |
| No royalty component | 2 | | | | |
| IND Track/Pre-IND | | | | | |
| Flat | 1 | | | | |
| Tiered | 3 | | | | |
| Phase 1 (patients enrolling) | | | | | |
| Flat | 1 | | | | |
| Phase 2 (patients enrolling) | | | | | |
| No royalty component | 1 | | | | |

\*Specified as: unique chemical compound, Devise to monitor cardiovascular health, Neuroimaging software diagnostic tool, biomedical research reagent, Medical Device, develop dental orthotics, Health App, To provide a biosciences start-up with research data and DNA samples in four disease areas, Device, Heath Care operational know-how transfer, API Production, NA, New Biological Entity, New Biological Entity, Access to information on how a drug in development affects proprietary models, Healthcare IT communication tool, proprietary material license, Healthcare operational know-how, BIOLOGICAL SENSOR, Software, Surgical device, Outlicense, Gene Editing



200

# Other* – *Upfront Payments*



## Mean and Median of Upfront Payments by Stage of Development

n = number of deals

**Stage of Development**

Accompanying data on following page.

*Specified as: biomedical research reagent, develop dental orthotics, Health App, To provide a biosciences start-up with research data and DNA samples in four disease areas, Device, Heath Care operational know-how transfer, API Production, New Biological Entity, New Biological Entity, Access to information on how a drug in development affects proprietary models, Healthcare operational know-how, Software, Surgical device, Outlicense



201

# Other* − *Upfront Payments*

| Upfront Payments (n=14) | | | | | |
|---|---|---|---|---|---|
| Other (Please specify) | # of Deals | Min | Median | Max | Mean |
| Discovery | 5 | 0.00 | 0.02 | 1.50 | 0.31 |
| IND Track/Pre-IND | 3 | 0.05 | 30.00 | 44.50 | 24.85 |
| Phase 1 (patients enrolling) | 1 | | | | |
| Phase 2 (patients enrolling) | 1 | | | | |
| Approved/Launched | 4 | 0.05 | 1.55 | 5.00 | 2.04 |

*Specified as: biomedical research reagent, develop dental orthotics, Health App, To provide a biosciences start-up with research data and DNA samples in four disease areas, Device, Heath Care operational know-how transfer, API Production, New Biological Entity, New Biological Entity, Access to information on how a drug in development affects proprietary models, Healthcare operational know-how, Software, Surgical device, Outlicense



# Life Sciences Platform – *Fixed Royalty Rates*



**Mean and Median of Fixed Royalty Rate by Stage of Development**

n = number of deals

Accompanying data on following page.



203

# Life Sciences Platform – *Type of Royalty Rate*

| Fixed Royalty Rates (n=12) | | | | | |
|---|---|---|---|---|---|
| **Life Sciences Platform Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Proof-of-concept completed | | | | | |
| Flat | 3 | 3.0% | 3.0% | 5.0% | 3.7% |
| No royalty component | 1 | | | | |
| Tiered | 1 | | | | |
| Prototype | | | | | |
| Flat | 4 | 3.0% | 3.0% | 5.0% | 3.5% |
| Ready for commercialization | | | | | |
| Flat | 1 | | | | |
| Final product in development (including manufacturing development) | | | | | |
| Flat | 2 | | | | |



204

# Life Sciences Platform – *Upfront Payments*



## Mean and Median of Upfront Payments by Stage of Development

n = number of deals

Accompanying data on following page.



# Life Sciences Platform – *Upfront Payments*

| Upfront Payments (n=7) | | | | | |
|---|---|---|---|---|---|
| **Life Sciences Platform Deal** | **# of Deals** | **Min** | **Median** | **Max** | **Mean** |
| Proof-of-concept completed | 4 | 0.01 | 0.09 | 0.80 | 0.24 |
| Prototype | 3 | 0.01 | 0.01 | 0.01 | 0.01 |

206

# Appendix A

*Aggregate Survey Results*

*by Question*

*(Combined LES USA & Canada and LESI)*



# Appendix A
## *Aggregate Survey Results*

- **QA.** What type of Organization are you?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 20 | 47 | 40% | Not-for-profit |
| 7 | 8 | 7% | Government |
| 30 | 52 | 44% | Operating Company |
| 9 | 10 | 9% | Other (Please specify)* |
| **Total** | **117** | **100%** | |

*Academic, Consultancy, Consulting firm representing an operating company, consulting frim, For profit corporation, KPO in IP Services, University, University, University, University TTO

- **QA1.** What type of Not-for-Profit?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 15 | 32 | 68% | Academic (incl. medical/veterinary/dental schools) |
| 2 | 6 | 13% | Hospital (not affiliated with medical/veterinary/dental schools) |
| 3 | 8 | 17% | Medical Research Institute |
| 0 | 1 | 2% | Foundation/NGO (not affiliated with any of the three above) |
| 0 | 0 | 0% | Patient Advocacy Group |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **47** | **100%** | |

208

# Appendix A
## *Aggregate Survey Results*

- **QA2.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 8 | 14 | 27% | Biotechnology |
| 13 | 26 | 50% | Pharmaceutical |
| 1 | 1 | 2% | Diagnostic (IVD manufacturer or reference laboratory) |
| 3 | 5 | 10% | Medical Device (other than diagnostics) |
| 2 | 2 | 4% | Health Information Technology / Analytics |
| 1 | 1 | 2% | Life sciences research tools |
| 1 | 1 | 2% | Drug Delivery |
| 2 | 2 | 4% | Other (Please specify) |
| **Total** | **52** | **100%** | |

*Healthcare, consulting

- **QB.** In the past 12 months, how many licenses were executed by your company/organization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 24 | 28 | 24% | 1- 2 licenses |
| 15 | 28 | 24% | 3 - 5 licenses |
| 7 | 15 | 13% | 6 - 10 licenses |
| 8 | 22 | 19% | 11 - 20 licenses |
| 12 | 24 | 21% | More than 20 licenses |
| **Total** | **117** | **100%** | |

# Appendix A
# *Aggregate Survey Results*

- **QC.** What was your organization's annual sales revenue (in US dollars) in the business unit for this deal (e.g. pharmaceuticals, diagnostics, etc.) in 2015?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 15 | 19 | 31% | Pre-commercial Operating Company |
| 13 | 17 | 27% | $0-$100 million |
| 3 | 3 | 5% | $101-$250 million |
| 1 | 1 | 2% | $251-$500 million |
| 2 | 2 | 3% | $501-$1,000 million |
| 1 | 1 | 2% | $1,001-$5,000 million |
| 6 | 19 | 31% | $5,000+ million |
| **Total** | **62** | **100%** | |

- **Q1.** What year did this deal close?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 14 | 21 | 18% | 2014 |
| 27 | 43 | 37% | 2015 |
| 43 | 53 | 45% | 2016 |
| **Total** | **117** | **100%** | |

- **Q2.** Was this exclusive or non-exclusive to the Parties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 56 | 98 | 84% | Exclusive |
| 14 | 19 | 16% | Non-exclusive |
| **Total** | **117** | **100%** | |

- **Q3.** Were you the Licensor or Licensee?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 47 | 83 | 71% | Licensor |
| 21 | 34 | 29% | Licensee |
| **Total** | **117** | **100%** | |



210

# Appendix A
# *Aggregate Survey Results*

- **Q4.** The MAJOR reason for this deal was:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 7 | 12 | 10% | Drug Platform Deal |
| 19 | 31 | 27% | New Chemical Entity Deal |
| 9 | 9 | 8% | Drug Use Deal |
| 2 | 2 | 2% | Drug Delivery Product Deal (Same Label) |
| 2 | 2 | 2% | Drug Delivery Product Deal (Novel Label) |
| 2 | 2 | 2% | Drug/Device Combination Product Deal |
| 1 | 1 | 1% | Drug Delivery Platform Deal |
| 0 | 0 | 0% | Drug/Drug Combination Product Deal |
| 8 | 10 | 9% | Marketed Branded Product Deal |
| 3 | 3 | 3% | In Vivo Diagnostics Deal |
| 8 | 8 | 7% | In Vitro Diagnostics Deal |
| 10 | 12 | 10% | Life Sciences Platform Deal |
| 16 | 24 | 21% | Other (Please specify)* |
| **Total** | **116** | **100%** | |

* unique chemical compound, To provide a biosciences start-up with research data and DNA samples in four disease areas, Surgical device, Software, Software, proprietary material license, Outlicense, New Biological Entity, New Biological Entity, Neuroimaging software diagnostic tool, NA, Medical Device, Heath Care operational know-how transfer, Healthcare operational know-how, Healthcare IT communication tool, Health App, Gene Editing, Devise to monitor cardiovascular health, Device, develop dental orthotics, biomedical research reagent, BIOLOGICAL SENSOR, API Production, Access to information on how a drug in development affects proprietary models

- **Q5.** What is the expected route of administration/delivery method in the license? (Check all that apply)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 11 | 21 | 18% | Injectable - subcutaneous or intramuscular |
| 21 | 35 | 30% | Injectable - intravenous |
| 17 | 21 | 18% | Oral |
| 9 | 9 | 8% | Topical/Transdermal |
| 3 | 3 | 3% | Nasal |
| 13 | 19 | 17% | Other (Please specify)* |
| 27 | 35 | 30% | NA |
| **Total** | **115** | **NA Total** | |

* wearable, wearable, wearable, Used as a device, Surgical Implant, Surgical Device, Surgical device, small molecule discovery, oral cavity delivery, ocular, ocular, NA, Medical devices for surgery, inhaled by nebulizer, inhalation, Gene Editing, Eye drop, diagnostic. N/A, dental orthotic device



211

# Appendix A
## *Aggregate Survey Results*

- **Q6.** What is the field of use? (Check all that apply)

  | Companies | Deals | Pct. Selected | Choice |
  |---|---|---|---|
  | 21 | 30 | 26% | Research Purposes |
  | 57 | 103 | 90% | Human |
  | 13 | 18 | 16% | Veterinary |
  | **Total** | **115** | **NA Total** | |

- **Q7.** What was the type of the counterpart organization?

  | Companies | Deals | Pct. Selected | Choice |
  |---|---|---|---|
  | 7 | 8 | 7% | Not-for-Profit |
  | 2 | 2 | 2% | Government |
  | 57 | 103 | 88% | Operating Company |
  | 4 | 4 | 3% | Other (Please specify)* |
  | **Total** | **117** | **100%** | |

  *start-up, NA, Med. School, Academic,

- **Q7a.** What type of Not-for-Profit?

  | Companies | Deals | Pct. Selected | Choice |
  |---|---|---|---|
  | 4 | 4 | 50% | Academic (incl. medical/veterinary/dental schools) |
  | 2 | 2 | 25% | Hospital (not affiliated with medical/veterinary/dental schools) |
  | 1 | 1 | 13% | Medical Research Institute |
  | 1 | 1 | 13% | Foundation/NGO (not affiliated with any of the three above) |
  | 0 | 0 | 0% | Patient Advocacy Group |
  | 0 | 0 | 0% | Other (Please specify) |
  | **Total** | **8** | **100%** | |

# Appendix A
## *Aggregate Survey Results*

- **Q7b.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 26 | 44 | 43% | Biotechnology |
| 21 | 24 | 23% | Pharmaceutical |
| 6 | 7 | 7% | Diagnostic (IVD manufacturer or reference laboratory) |
| 10 | 12 | 12% | Medical Device (other than diagnostics) |
| 5 | 5 | 5% | Health Information Technology / Analytics |
| 4 | 6 | 6% | Life sciences research tools |
| 5 | 5 | 5% | Other (Please specify)* |
| **Total** | **103** | **100%** | |

*Veterinary, High Technology, Healthcare system, Funding

- **Q8.** What was the counterpart organization's estimated annual pharmaceutical sales revenue (in US dollars) in 2013?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Not-for-Profit or Government Organization |
| 30 | 49 | 48% | Pre-commercial Operating Company |
| 23 | 34 | 33% | $0-$100 million |
| 3 | 3 | 3% | $101-$250 million |
| 2 | 2 | 2% | $251-$500 million |
| 2 | 2 | 2% | $501-$1,000 million |
| 2 | 2 | 2% | $1,001-$5,000 million |
| 9 | 11 | 11% | $5,000+ million |
| **Total** | **103** | **100%** | |



213

# Appendix A
## *Aggregate Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(does not include In-Vitro diagnostic deals)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 21 | 36 | 38% | Discovery |
| 15 | 25 | 26% | IND Track/Pre-IND |
| 1 | 1 | 1% | IND Filed |
| 4 | 4 | 4% | Phase 1 (patients enrolling) |
| 2 | 2 | 2% | Phase 1 (completed) |
| 4 | 4 | 4% | Phase 2 (patients enrolling) |
| 3 | 3 | 3% | Phase 2 (completed) |
| 2 | 2 | 2% | Phase 3 (patients enrolling) |
| 0 | 0 | 0% | Phase 3 (completed) |
| 3 | 3 | 3% | Registered/NDA submitted |
| 12 | 15 | 16% | Approved/Launched |
| **Total** | **95** | **100%** | |

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(In-Vitro diagnostic deals only)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 33% | Research Use Only |
| 3 | 3 | 33% | Pre-IDE |
| 0 | 0 | 0% | IDE Submitted |
| 1 | 1 | 11% | Clinical Stage In Progress |
| 0 | 0 | 0% | Clinical Stage Completed |
| 2 | 2 | 22% | Registration/510(k)/PMA (or equivalent) submitted |
| 0 | 0 | 0% | Approved/Launched |
| **Total** | **9** | **100%** | |



214

# Appendix A
# *Aggregate Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? (Life Sciences Platform deals only)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 5 | 5 | 42% | Proof-of-concept completed |
| 2 | 4 | 33% | Prototype |
| 2 | 2 | 17% | Final product in development (including manufacturing development) |
| 1 | 1 | 8% | Ready for commercialization |
| 0 | 0 | 0% | Commercialized product |
| **Total** | **12** | **100%** | |

- **Q10.** Please choose the type or category of product that was the subject of this deal (does not include In-Vitro diagnostic deals).

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Cytokine |
| 14 | 19 | 18% | Device |
| 3 | 5 | 5% | Gene therapy |
| 2 | 3 | 3% | Hormone |
| 8 | 12 | 11% | Monoclonal antibody |
| 2 | 2 | 2% | Natural product |
| 10 | 12 | 11% | Peptide/protein |
| 8 | 10 | 9% | Platform Technology |
| 4 | 4 | 4% | RNAi/antisense (or similar) |
| 19 | 26 | 24% | Small molecule |
| 1 | 1 | 1% | Stem Cell |
| 2 | 2 | 2% | Vaccine |
| 5 | 6 | 6% | Diagnostic based on a type of product other than those listed |
| 3 | 6 | 6% | Other* |
| **Total** | **108** | **100%** | |

*Operational know-how; not technology based, NA, IT communication tool, Health App, Gene Editing, Data



# Appendix A
## *Aggregate Survey Results*

- **Q11.** Please select the principle therapeutic (or diagnostic) area for which the product was licensed.

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 19 | 27 | 23% | Oncology |
| 1 | 1 | 1% | Blood & clotting |
| 5 | 6 | 5% | Cardiovascular |
| 5 | 6 | 5% | CNS-Neurological/Neurodegenerative |
| 3 | 3 | 3% | CNS-Pain |
| 0 | 0 | 0% | CNS-Psychiatric |
| 3 | 3 | 3% | CNS-Other (Please specify)* |
| 0 | 0 | 0% | Dermatology |
| 4 | 5 | 4% | Gastrointestinal |
| 3 | 3 | 3% | Immunological |
| 2 | 2 | 2% | Inflammation/musculoskeletal |
| 6 | 8 | 7% | Infectious Disease-Bacterial |
| 2 | 2 | 2% | Infectious Disease-Viral |
| 2 | 2 | 2% | Infectious Disease-Other (Please specify)** |
| 7 | 10 | 9% | Metabolic/Endocrine |
| 5 | 6 | 5% | Ophthalmology |
| 3 | 3 | 3% | Respiratory |
| 2 | 2 | 2% | Urological/renal |
| 20 | 28 | 24% | Other (Please specify)*** |
| **Total** | **117** | **100%** | |

* Surgically implantable sensor, Inflammation, Brain organoids

** General defense, Digestion

*** Surgical/ENT, surgical - colon rectal surgeons, Skincare, Research product, research, Primary hyperoxaluria, Orthopedic, Operational know-how; not technology based, obstetrics, Not therapeutic or diagnostic, Not therapeutic or diagnostic, Not a therapeutic or diagnostic, NA, NA, N/A, multi, holistic, healthy choices, Emergency medicine, DNA analysis, Dental, cystic fibrosis, Communication tool, cardiovascular monitoring, BIODEFENSE, Allergy, all fields, ALL AREAS

# Appendix A
# *Aggregate Survey Results*

- **Q12.** Did this deal have flat or tiered royalties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 49 | 73 | 62% | Flat |
| 23 | 34 | 29% | Tiered |
| 8 | 10 | 9% | No royalty component |
| **Total** | **117** | **100%** | |

- **Q12a.** Are the royalties paid on:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 10 | 11 | 10% | Gross Sales |
| 55 | 95 | 89% | Net Sales |
| 1 | 1 | 1% | Units |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **107** | **100%** | |

- **Q13.** What was the flat royalty rate for this deal? (%)

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Flat Royalty Rate | 49 | 72 | 1.00% | 2.9% | 4.0% | 5.5% | 30.0% | 5.0% | 5.9% | 5.9% |



217

# Appendix A
# *Aggregate Survey Results*

- **Q14.** Please provide the royalty tier structure that most closely resembled your deal.
  *Similar to the 2014 summary results, we are not providing summary statistics for the Tier data. Tier data is presented in the main body of this report.*

- **Q15.** Since this deal did NOT include royalties, was there a profit sharing component?

  | Companies | Deals | Pct. Selected | Choice |
  |-----------|-------|---------------|--------|
  | 1 | 1 | 10% | Yes |
  | 7 | 9 | 90% | No |
  | **Total** | **10** | **100%** | |

- **Q16.** What was the ratio of profit sharing?

  | | Companies | Deals | MIN | MEAN | MAX |
  |-----------|-----------|-------|-------|-------|-------|
  | Licensor | 1 | 1 | 7.0% | 7.0% | 7.0% |
  | Licensee | 1 | 1 | 93.0% | 93.0% | 93.0% |

# Appendix A
## *Aggregate Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)

  *A total of 99 deals entered data for at least 1 of the below components. The calculations below exclude blanks and zeroes.*

| Financial Component | Companies | Deals | % of Deals with this Financial Component* | MIN | FIRST QUARTILE | MEDIAN | THIRD QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment of Up-front Fee at Signing | 47 | 81 | 82% | 0.002 | 0.1 | 0.2 | 3.0 | 250.0 | 0.0 | 11.0 | 33.4 |
| Payment of Technology Access Fee | 6 | 6 | 6% | 0.200 | 0.5 | 0.6 | 1.5 | 2.5 | 0.5 | 1.0 | 0.9 |
| Equity Investment(s) | 6 | 7 | 7% | 0.250 | 0.3 | 0.5 | 27.5 | 88.0 | 0.3 | 20.6 | 34.9 |
| Research and Development Funding | 13 | 19 | 19% | 0.050 | 0.3 | 1.7 | 4.4 | 350.0 | 0.3 | 22.6 | 79.7 |
| Development Milestone Payments | 32 | 61 | 62% | 0.025 | 0.5 | 3.5 | 61.0 | 650.0 | 0.5 | 49.3 | 99.5 |
| Sales Milestone Payments | 26 | 49 | 49% | 0.100 | 0.6 | 17.0 | 105.0 | 850.0 | 1.0 | 92.8 | 157.9 |

*Denominator is all deals that provided information for at least one of the above financial components.*



# Appendix A
## *Aggregate Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (Continued) (US$ Millions)

| Financial Component | *Don't Know* | | | *Not Applicable* | | |
|---|---|---|---|---|---|---|
| | *Companies* | *Deals* | *Pct Selected* | *Companies* | *Deals* | *Pct Selected* |
| Payment of Up-front Fee at Signing | 4 | 4 | 3% | 24 | 33 | 4% |
| Payment of Technology Access Fee | 4 | 4 | 3% | 58 | 108 | 4% |
| Equity Investment(s) | 10 | 19 | 16% | 55 | 91 | 19% |
| Research and Development Funding | 8 | 10 | 9% | 46 | 88 | 9% |
| Development Milestone Payments | 8 | 9 | 8% | 33 | 48 | 8% |
| Sales Milestone Payments | 9 | 9 | 8% | 39 | 59 | 8% |

# Appendix A
## *Aggregate Survey Results*

- **Q18.** Which territories were included in the deal? (Check all the apply)

  *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

| Companies | Deals | Pct. Selected | Choice | Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|---|---|---|---|
| 49 | 93 | 79% | Global | 3 | 3 | 3% | Canada |
| 2 | 3 | 3% | All of Europe | 2 | 2 | 2% | Mexico |
| 0 | 0 | 0% | EU-5 | 1 | 1 | 1% | Other North America |
| 2 | 2 | 2% | EU-27 | 1 | 2 | 2% | All of South America |
| 0 | 0 | 0% | Russia | 0 | 0 | 0% | Argentina |
| 0 | 0 | 0% | CIS | 0 | 0 | 0% | Brazil |
| 1 | 1 | 1% | Scandinavia | 0 | 0 | 0% | Chile |
| 1 | 1 | 1% | Other Europe | 0 | 0 | 0% | Other South America |
| 1 | 1 | 1% | All of Asia | 1 | 2 | 2% | All of Africa |
| 4 | 4 | 3% | Japan | 0 | 0 | 0% | Egypt |
| 2 | 2 | 2% | China | 0 | 0 | 0% | South Africa |
| 3 | 3 | 3% | India | 1 | 1 | 1% | Other Africa |
| 2 | 2 | 2% | Korea | 2 | 3 | 3% | All of Pacific |
| 2 | 2 | 2% | Middle East | 0 | 0 | 0% | Australia |
| 2 | 2 | 2% | Other Asia | 0 | 0 | 0% | New Zealand |
| 1 | 1 | 1% | All of North America | 0 | 0 | 0% | Philippines |
| 5 | 7 | 6% | USA | 0 | 0 | 0% | Other Pacific |



221

# Appendix A
## *Aggregate Survey Results*

- **Q19.** Please indicate the estimated Total peak sales for all territories.

  *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 21 | 26 | 39% | $0 - $100 million |
| 12 | 12 | 18% | $101 - $250 million |
| 5 | 7 | 11% | $251 - $500 million |
| 7 | 7 | 11% | $501 - $1,000 million |
| 9 | 14 | 21% | $1,000+ million |
| **Total** | **66** | **100%** | |
| | | | |
| 22 | 43 | 37% | Don't Know |
| 5 | 8 | 7% | Not Applicable |

- **Q20.** Did this deal include shared commercialization rights for the licensor in the territory (e.g., co-promotion or co-marketing rights)?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 5 | 5 | 5% | Yes |
| 56 | 96 | 94% | No |
| 1 | 1 | 1% | Option to "opt-in" |
| **Total** | **107** | **100%** | |
| | | | |
| 3 | 3 | 3% | Don't Know |
| 7 | 12 | 10% | Not Applicable |



# Appendix A
## *Aggregate Survey Results*

- **Q21.** Who has the operational responsibility for the following functions?

| | Licensor | | | Licensee | | | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 25 | 35 | 37% | 32 | 59 | 63% | 94 | 100% | 0 | 0 | 0% | 16 |
| Preclinical development | 15 | 18 | 20% | 38 | 70 | 80% | 88 | 100% | 1 | 1 | 1% | 20 |
| Clinical Development | 12 | 14 | 15% | 42 | 80 | 85% | 94 | 100% | 1 | 1 | 1% | 17 |
| Regulatory | 9 | 9 | 9% | 54 | 94 | 91% | 103 | 100% | 0 | 0 | 0% | 10 |
| Manufacturing | 15 | 17 | 16% | 48 | 88 | 84% | 105 | 100% | 0 | 1 | 1% | 8 |
| Commercialization | 2 | 2 | 2% | 59 | 108 | 98% | 110 | 100% | 0 | 0 | 0% | 5 |

223

# Appendix A
# *Aggregate Survey Results*

- **Q22.** Who has financial responsibility for the following functions? (input % of cost)

| | Companies | Deals | Licensor Mean | Licensee Mean | Total | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 44 | 78 | 29.5% | 70.5% | 100% | 8 | 10 | 8% | 24 | 30 | 25% |
| Preclinical development | 43 | 79 | 16.1% | 83.9% | 100% | 6 | 7 | 6% | 24 | 32 | 27% |
| Clinical Development | 45 | 85 | 10.1% | 89.9% | 100% | 7 | 8 | 7% | 19 | 25 | 21% |
| Regulatory | 50 | 90 | 7.2% | 92.8% | 100% | 8 | 9 | 8% | 13 | 19 | 16% |
| Manufacturing | 54 | 97 | 12.3% | 87.7% | 100% | 6 | 9 | 8% | 9 | 12 | 10% |
| Commercialization | 54 | 101 | 2.6% | 97.4% | 100% | 6 | 9 | 8% | 7 | 8 | 7% |

224

# Appendix A
# *Aggregate Survey Results*

- **Q23.** Manufacturing supply: How is the Transfer Price for commercial supply established?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 37 | 68 | 87% | Licensee is responsible for commercial supply, transfer price not applicable. |
| 3 | 5 | 6% | Licensor responsibility: Cost of manufacture |
| 2 | 2 | 3% | Licensor responsibility: Cost of manufacture plus profit component that is a % of net sales (royalty) |
| 3 | 3 | 4% | Licensor responsibility: Cost of manufacture plus profit component is a % of cost of manufacture, |
| **Total** | **78** | **100%** | |
| | | | |
| 8 | 11 | 9% | Don't Know |
| 18 | 28 | 24% | Not Applicable |
| | | | |
| 2 | 2 | N/A | Average % of cost of net sales (royalty) |
| 3 | 3 | 33% | Average % of cost of manufacturer |



# Appendix A
# *Aggregate Survey Results*

- **Q24.** As part of deal process, did you financially model the value of the deal?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 41 | 46 | 66% | Yes |
| 16 | 24 | 34% | No (Please explain why not)* |
| **Total** | **70** | **100%** | |
| | | | |
| 10 | 23 | 20% | Don't Know |
| 7 | 23 | 20% | Not Applicable |

*Market Comparables, Market Comparables, market comp for cell line licensing, industry norms, industry norms, Fixed R&D costs, Estimated just royalty rate from projected margins., deal comparables, deal comparables, Cost to recapitulate studies, Consultant's report, comps, Comps, comps, comps, comps, comparator deals, Comparables, Comparables, comparables, Comparable deals, comparable, AUTM Survey for Terms

- **Q25.** Please select ALL the methods used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 25 | 28 | 62% | Net Present Value (NPV) |
| 21 | 22 | 49% | Risk Adjusted Net Present Value (rNPV) |
| 16 | 18 | 40% | Internal Rate of Return (IRR) |
| 3 | 10 | 22% | Effective Royalty Rate (EFR) |
| 12 | 12 | 27% | Peak Revenue or Income |
| 26 | 28 | 62% | Comparables |
| 8 | 9 | 20% | Multiples (i.e. on sales or on projected earnings) |
| 4 | 4 | 9% | Other (Please specify)* |
| **Total** | **45** | **NA Total** | |
| | | | |
| 1 | 1 | 2% | Don't Know |
| 1 | 1 | 2% | Not Applicable |

*Payback period, proprietary, Cost Recovery - Plus, Breakeven analysis



226

# Appendix A
# *Aggregate Survey Results*

- **Q26.** Please select the primary method used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 12 | 13 | 29% | Net Present Value (NPV) |
| 13 | 14 | 31% | Risk Adjusted Net Present Value (rNPV) |
| 2 | 2 | 4% | Internal Rate of Return (IRR) |
| 1 | 1 | 2% | Effective Royalty Rate (ERR) |
| 1 | 1 | 2% | Peak Revenue or Income |
| 9 | 10 | 22% | Comparables |
| 1 | 2 | 4% | Multiples (i.e. on sales or on projected earnings) |
| 2 | 2 | 4% | Other (Please specify)* |
| **Total** | **45** | **100%** | |
| 0 | 0 | 0% | Don't Know |
| 0 | 0 | 0% | Not Applicable |

*Proprietary, breakeven analysis

# Appendix A
## *Aggregate Survey Results*

- **Q27.** What was the calculated NPV or rNPV value?

  *One extreme outlier was removed.*

|  | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| NPV or rNPV | 19 | 22 | 2 | 6 | 52 | 94 | 500 | 6 | 88 | 123 |

|  | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 9 | 9 | 21% |
| Not Applicable | 11 | 12 | 28% |

- **Q28.** What was the discount rate used?

|  | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discounted Rate | 23 | 25 | 4 | 9 | 12 | 15 | 50 | 12 | 14 | 9 |

|  | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 8 | 9 | 20% |
| Not Applicable | 10 | 11 | 24% |



228

# Appendix A
## *Aggregate Survey Results*

- **Q29.** Did your analysis include an overall probability of success to marketing approval from the date of deal to commercialization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 16 | 17 | 74% | Yes (Please enter the percent) |
| 6 | 6 | 26% | No (Please explain)* |
| **Total** | **23** | **100%** | |
| | | | |
| 7 | 8 | 20% | Don't Know |
| 9 | 10 | 24% | Not Applicable |
| | | | |
| 13 | 14 | 45% | Probability of success |

*Not a single PoS used, each stage/cost/revenue has own PoS, Approved in US/Europe, adjusted POS per stage

- **Q30.** Did the final deal structure reflect the valuation you established prior to negotiations?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 26 | 34 | 72% | Yes |
| 4 | 4 | 9% | No, it was higher |
| 8 | 9 | 19% | No, it was lower |
| **Total** | **47** | **100%** | |
| | | | |
| 17 | 30 | 26% | Don't Know |
| 17 | 38 | 33% | Not Applicable |



# Appendix A
## *Aggregate Survey Results*

- **Q31.** What was the actual split of deal valuation?

|  | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 11 | 13 | 5.0% | 37.7% | 69.0% |
| Licensee | 11 | 13 | 31.0% | 62.3% | 95.0% |

|  | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 33 | 49 | 42% |
| Not Applicable | 30 | 54 | 47% |

- **Q32.** What was your target split or deal valuation prior to negotiations?

|  | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 12 | 14 | 15.0% | 36.6% | 65.0% |
| Licensee | 12 | 14 | 35.0% | 63.4% | 85.0% |

|  | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 31 | 45 | 39% |
| Not Applicable | 31 | 57 | 49% |



230

# Appendix B

*Aggregate Survey Results*

*by Question*

*LES (USA & Canada)*

# Appendix B
## *LES (USA & Canada) Survey Results*

- **QA.** What type of Organization are you?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 19 | 43 | 42% | Not-for-profit |
| 6 | 7 | 7% | Government |
| 23 | 44 | 43% | Operating Company |
| 7 | 8 | 8% | Other (Please specify)* |
| **Total** | **102** | **100%** | |

  *University, University TTO, University, For profit corporation, consulting frim, Consulting firm representing an operating company, Consultancy, Academic

- **QA1.** What type of Not-for-Profit?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 13 | 28 | 65% | Academic (incl. medical/veterinary/dental schools) |
| 2 | 6 | 14% | Hospital (not affiliated with medical/veterinary/dental schools) |
| 3 | 8 | 19% | Medical Research Institute |
| 1 | 1 | 2% | Foundation/NGO (not affiliated with any of the three above) |
| 0 | 0 | 0% | Patient Advocacy Group |
| 0 | 0 | 0% | Other (Please specify)* |
| **Total** | **43** | **100%** | |



232

# Appendix B
# *LES (USA & Canada) Survey Results*

- **QA2.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 6 | 11 | 25% | Biotechnology |
| 9 | 22 | 50% | Pharmaceutical |
| 1 | 1 | 2% | Diagnostic (IVD manufacturer or reference laboratory) |
| 3 | 5 | 11% | Medical Device (other than diagnostics) |
| 2 | 2 | 5% | Health Information Technology / Analytics |
| 1 | 1 | 2% | Life sciences research tools |
| 1 | 1 | 2% | Drug Delivery |
| 1 | 1 | 2% | Other (Please specify) |
| **Total** | **44** | **100%** | |

*Healthcare

- **QB.** In the past 12 months, how many licenses were executed by your company/organization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 17 | 20 | 20% | 1- 2 licenses |
| 14 | 27 | 26% | 3 - 5 licenses |
| 7 | 15 | 15% | 6 - 10 licenses |
| 6 | 20 | 20% | 11 - 20 licenses |
| 11 | 20 | 20% | More than 20 licenses |
| **Total** | **102** | **100%** | |

233

# Appendix B
## *LES (USA & Canada) Survey Results*

- **QC.** What was your organization's annual sales revenue (in US dollars) in the business unit for this deal (e.g. pharmaceuticals, diagnostics, etc.) in 2015?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 12 | 16 | 31% | Pre-commercial Operating Company |
| 11 | 14 | 27% | $0-$100 million |
| 2 | 2 | 4% | $101-$250 million |
| 0 | 0 | 0% | $251-$500 million |
| 1 | 1 | 2% | $501-$1,000 million |
| 1 | 1 | 2% | $1,001-$5,000 million |
| 5 | 18 | 35% | $5,000+ million |
| **Total** | **52** | **100%** | |

- **Q1.** What year did this deal close?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 11 | 18 | 18% | 2014 |
| 23 | 39 | 38% | 2015 |
| 36 | 45 | 44% | 2016 |
| **Total** | **102** | **100%** | |

- **Q2.** Was this exclusive or non-exclusive to the Parties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 44 | 84 | 82% | Exclusive |
| 14 | 18 | 18% | Non-exclusive |
| **Total** | **102** | **100%** | |

- **Q3.** Were you the Licensor or Licensee?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 42 | 74 | 73% | Licensor |
| 15 | 28 | 27% | Licensee |
| **Total** | **102** | **100%** | |



# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q4.** The MAJOR reason for this deal was:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 7 | 12 | 12% | Drug Platform Deal |
| 16 | 28 | 28% | New Chemical Entity Deal |
| 5 | 5 | 5% | Drug Use Deal |
| 1 | 1 | 1% | Drug Delivery Product Deal (Same Label) |
| 2 | 2 | 2% | Drug Delivery Product Deal (Novel Label) |
| 2 | 2 | 2% | Drug/Device Combination Product Deal |
| 1 | 1 | 1% | Drug Delivery Platform Deal |
| 0 | 0 | 0% | Drug/Drug Combination Product Deal |
| 8 | 10 | 10% | Marketed Branded Product Deal |
| 3 | 3 | 3% | In Vivo Diagnostics Deal |
| 5 | 5 | 5% | In Vitro Diagnostics Deal |
| 8 | 10 | 10% | Life Sciences Platform Deal |
| 15 | 22 | 22% | Other (Please specify)* |
| **Total** | **101** | **100%** | |

\* unique chemical compound, To provide a biosciences start-up with research data and DNA samples in four disease areas, Surgical device, Software, Software, proprietary material license, Outlicense, New Biological Entity, New Biological Entity, Neuroimaging software diagnostic tool, Medical Device, Heath Care operational know-how transfer, Healthcare operational know-how, Healthcare IT communication tool, Health App, Gene Editing, Devise to monitor cardiovascular health, Device, develop dental orthotics, biomedical research reagent, BIOLOGICAL SENSOR, Access to information on how a drug in development affects proprietary models

- **Q5.** What is the expected route of administration/delivery method in the license? (Check all that apply)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 10 | 20 | 20% | Injectable - subcutaneous or intramuscular |
| 16 | 30 | 30% | Injectable - intravenous |
| 14 | 18 | 18% | Oral |
| 9 | 9 | 9% | Topical/Transdermal |
| 3 | 3 | 3% | Nasal |
| 14 | 19 | 19% | Other (Please specify)* |
| 21 | 29 | 29% | NA |
| **Total** | **100** | **NA Total** | |

\* wearable, wearable, wearable, Used as a device, Surgical Implant, Surgical Device, Surgical device, small molecule discovery, oral cavity delivery, ocular, ocular, NA, Medical devices for surgery, inhaled by nebulizer, inhalation, Gene Editing, Eye drop, diagnostic. N/A, dental orthotic device

235



# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q6.** What is the field of use? (Check all that apply)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 19 | 27 | 27% | Research Purposes |
| 50 | 92 | 92% | Human |
| 11 | 16 | 16% | Veterinary |
| **Total** | **100** | **NA Total** | |

- **Q7.** What was the type of the counterpart organization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 6 | 7 | 7% | Not-for-Profit |
| 1 | 1 | 1% | Government |
| 49 | 91 | 89% | Operating Company |
| 3 | 3 | 3% | Other (Please specify)* |
| **Total** | **102** | **100%** | |

*start-up, Med. School, Academic

- **Q7a.** What type of Not-for-Profit?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 43% | Academic (incl. medical/veterinary/dental schools) |
| 2 | 2 | 29% | Hospital (not affiliated with medical/veterinary/dental schools) |
| 1 | 1 | 14% | Medical Research Institute |
| 1 | 1 | 14% | Foundation/NGO (not affiliated with any of the three above) |
| 0 | 0 | 0% | Patient Advocacy Group |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **7** | **100%** | |



236

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q7b.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 23 | 41 | 45% | Biotechnology |
| 16 | 19 | 21% | Pharmaceutical |
| 3 | 4 | 4% | Diagnostic (IVD manufacturer or reference laboratory) |
| 9 | 11 | 12% | Medical Device (other than diagnostics) |
| 5 | 5 | 5% | Health Information Technology / Analytics |
| 5 | 6 | 7% | Life sciences research tools |
| 5 | 5 | 5% | Other (Please specify)* |
| **Total** | **91** | **100%** | |

*Veterinary, High Technology, Healthcare system, Funding

- **Q8.** What was the counterpart organization's estimated annual pharmaceutical sales revenue (in US dollars) in 2013?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Not-for-Profit or Government Organization |
| 27 | 46 | 51% | Pre-commercial Operating Company |
| 18 | 28 | 31% | $0-$100 million |
| 3 | 3 | 3% | $101-$250 million |
| 1 | 1 | 1% | $251-$500 million |
| 2 | 2 | 2% | $501-$1,000 million |
| 2 | 2 | 2% | $1,001-$5,000 million |
| 8 | 9 | 10% | $5,000+ million |
| **Total** | **91** | **100%** | |



237

# Appendix B
# *LES (USA & Canada) Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(does not include In-Vitro diagnostic deals)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 19 | 32 | 37% | Discovery |
| 15 | 25 | 29% | IND Track/Pre-IND |
| 1 | 1 | 1% | IND Filed |
| 4 | 4 | 5% | Phase 1 (patients enrolling) |
| 2 | 2 | 2% | Phase 1 (completed) |
| 3 | 3 | 3% | Phase 2 (patients enrolling) |
| 2 | 2 | 2% | Phase 2 (completed) |
| 1 | 1 | 1% | Phase 3 (patients enrolling) |
| 0 | 0 | 0% | Phase 3 (completed) |
| 3 | 3 | 3% | Registered/NDA submitted |
| 10 | 13 | 15% | Approved/Launched |
| **Total** | **86** | **100%** | |

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(In-Vitro diagnostic deals only)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 2 | 2 | 29% | Research Use Only |
| 2 | 2 | 29% | Pre-IDE |
| 0 | 0 | 0% | IDE Submitted |
| 1 | 1 | 14% | Clinical Stage In Progress |
| 0 | 0 | 0% | Clinical Stage Completed |
| 2 | 2 | 29% | Registration/510(k)/PMA (or equivalent) submitted |
| 0 | 0 | 0% | Approved/Launched |
| **Total** | **7** | **100%** | |



# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? (Life Sciences Platform deals only)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 5 | 5 | 42% | Proof-of-concept completed |
| 2 | 4 | 33% | Prototype |
| 1 | 1 | 8% | Final product in development (including manufacturing development) |
| 1 | 2 | 17% | Ready for commercialization |
| 0 | 0 | 0% | Commercialized product |
| **Total** | **12** | **100%** | |

- **Q10.** Please choose the type or category of product that was the subject of this deal (does not include In-Vitro diagnostic deals).

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Cytokine |
| 13 | 18 | 19% | Device |
| 3 | 5 | 5% | Gene therapy |
| 2 | 3 | 3% | Hormone |
| 7 | 11 | 11% | Monoclonal antibody |
| 1 | 1 | 1% | Natural product |
| 7 | 9 | 9% | Peptide/protein |
| 8 | 10 | 10% | Platform Technology |
| 3 | 3 | 3% | RNAi/antisense (or similar) |
| 16 | 23 | 24% | Small molecule |
| 0 | 0 | 0% | Stem Cell |
| 2 | 2 | 2% | Vaccine |
| 5 | 6 | 6% | Diagnostic based on a type of product other than those listed |
| 3 | 5 | 5% | Other* |
| **Total** | **96** | **100%** | |

*Operational know-how; not technology based, IT communication tool, Health App, Gene Editing, Data



239

# Appendix B
# *LES (USA & Canada) Survey Results*

- **Q11.** Please select the principle therapeutic (or diagnostic) area for which the product was licensed.

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 16 | 22 | 22% | Oncology |
| 1 | 1 | 1% | Blood & clotting |
| 5 | 6 | 6% | Cardiovascular |
| 5 | 6 | 6% | CNS-Neurological/Neurodegenerative |
| 3 | 3 | 3% | CNS-Pain |
| 0 | 0 | 0% | CNS-Psychiatric |
| 3 | 3 | 3% | CNS-Other (Please specify)* |
| 0 | 0 | 0% | Dermatology |
| 3 | 4 | 4% | Gastrointestinal |
| 2 | 2 | 2% | Immunological |
| 2 | 2 | 2% | Inflammation/musculoskeletal |
| 6 | 8 | 8% | Infectious Disease-Bacterial |
| 2 | 2 | 2% | Infectious Disease-Viral |
| 1 | 1 | 1% | Infectious Disease-Other (Please specify)** |
| 5 | 8 | 8% | Metabolic/Endocrine |
| 5 | 6 | 6% | Ophthalmology |
| 1 | 1 | 1% | Respiratory |
| 2 | 2 | 2% | Urological/renal |
| 18 | 25 | 25% | Other (Please specify)*** |
| **Total** | **102** | **100%** | |

* Surgically implantable sensor, Inflammation, Brain organoids

** General defense

*** surgical - colon rectal surgeons, Skincare, Research product, research, Primary hyperoxaluria, Orthopedic, Operational know-how; not technology based, obstetrics, Not therapeutic or diagnostic, Not therapeutic or diagnostic, Not a therapeutic or diagnostic, NA, N/A, multi, holistic, healthy choices, Emergency medicine, DNA analysis, Dental, cystic fibrosis, Communication tool, cardiovascular monitoring, BIODEFENSE, all fields, ALL AREAS

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q12.** Did this deal have flat or tiered royalties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 41 | 62 | 61% | Flat |
| 21 | 32 | 31% | Tiered |
| 6 | 8 | 8% | No royalty component |
| **Total** | **102** | **100%** | |

- **Q12a.** Are the royalties paid on:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 10 | 11 | 12% | Gross Sales |
| 47 | 83 | 88% | Net Sales |
| 0 | 0 | 0% | Units |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **94** | **100%** | |

- **Q13.** What was the flat royalty rate for this deal? (%)

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Flat Royalty Rate | 40 | 61 | 1.00% | 2.5% | 4.0% | 5.0% | 30.0% | 5.0% | 5.4% | 5.6% |



241

# Appendix B
# *LES (USA & Canada) Survey Results*

- **Q14.** Please provide the royalty tier structure that most closely resembled your deal.
  *Similar to the 2014 summary results, we are not providing summary statistics for the Tier data. Tier data is presented in the main body of this report.*

- **Q15.** Since this deal did NOT include royalties, was there a profit sharing component?

  | Companies | Deals | Pct. Selected | Choice |
  |---|---|---|---|
  | 0 | 0 | 0% | Yes |
  | 6 | 8 | 100% | No |
  | **Total** | **8** | **100%** | |

- **Q16.** What was the ratio of profit sharing?

  | | Companies | Deals | MIN | MEAN | MAX |
  |---|---|---|---|---|---|
  | Licensor | No data | | | | |
  | Licensee | No data | | | | |

# Appendix B
# *LES (USA & Canada) Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)

  *A total of 89 deals entered data for at least 1 of the below components. The calculations below exclude blanks and zeroes.*

| Financial Component | Companies | Deals | % of Deals with this Financial Component* | MIN | FIRST QUARTILE | MEDIAN | THIRD QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment of Up-front Fee at Signing | 41 | 73 | 82% | 0.002 | 0.1 | 0.2 | 3.0 | 250.0 | 0.1 | 9.6 | 32.6 |
| Payment of Technology Access Fee | 5 | 5 | 6% | 0.200 | 0.5 | 0.5 | 1.8 | 2.5 | 0.5 | 1.1 | 1.0 |
| Equity Investment(s) | 6 | 7 | 8% | 0.250 | 0.3 | 0.5 | 27.5 | 88.0 | 0.3 | 20.6 | 34.9 |
| Research and Development Funding | 12 | 17 | 19% | 0.050 | 0.3 | 1.7 | 3.8 | 350.0 | 0.3 | 24.0 | 84.3 |
| Development Milestone Payments | 29 | 57 | 64% | 0.025 | 0.5 | 1.8 | 61.0 | 240.0 | 0.5 | 41.1 | 63.2 |
| Sales Milestone Payments | 24 | 46 | 52% | 0.100 | 0.6 | 23.5 | 102.0 | 850.0 | 1.0 | 87.9 | 150.0 |

*Denominator is all deals that provided information for at least one of the above financial components.*

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (Continued) (US$ Millions)

| Financial Component | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|
| | *Companies* | *Deals* | *Pct Selected* | *Companies* | *Deals* | *Pct Selected* |
| Payment of Up-front Fee at Signing | 2 | 2 | 2% | 20 | 28 | 2% |
| Payment of Technology Access Fee | 2 | 2 | 2% | 50 | 96 | 2% |
| Equity Investment(s) | 7 | 16 | 16% | 46 | 79 | 19% |
| Research and Development Funding | 5 | 7 | 7% | 38 | 78 | 7% |
| Development Milestone Payments | 6 | 6 | 6% | 26 | 40 | 6% |
| Sales Milestone Payments | 6 | 6 | 6% | 32 | 50 | 6% |

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q18.** Which territories were included in the deal? (Check all the apply)

    *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

| Companies | Deals | Pct. Selected | Choice | Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|---|---|---|---|
| 43 | 83 | 81% | Global | 3 | 3 | 3% | Canada |
| 2 | 3 | 3% | All of Europe | 2 | 2 | 2% | Mexico |
| 0 | 0 | 0% | EU-5 | 1 | 1 | 1% | Other North America |
| 1 | 1 | 1% | EU-27 | 1 | 2 | 2% | All of South America |
| 0 | 0 | 0% | Russia | 0 | 0 | 0% | Argentina |
| 0 | 0 | 0% | CIS | 0 | 0 | 0% | Brazil |
| 1 | 1 | 1% | Scandinavia | 0 | 0 | 0% | Chile |
| 1 | 1 | 1% | Other Europe | 0 | 0 | 0% | Other South America |
| 1 | 1 | 1% | All of Asia | 1 | 2 | 2% | All of Africa |
| 2 | 2 | 2% | Japan | 0 | 0 | 0% | Egypt |
| 1 | 1 | 1% | China | 0 | 0 | 0% | South Africa |
| 2 | 2 | 2% | India | 1 | 1 | 1% | Other Africa |
| 1 | 1 | 1% | Korea | 1 | 2 | 2% | All of Pacific |
| 2 | 2 | 2% | Middle East | 0 | 0 | 0% | Australia |
| 1 | 1 | 1% | Other Asia | 0 | 0 | 0% | New Zealand |
| 1 | 1 | 1% | All of North America | 0 | 0 | 0% | Philippines |
| 5 | 7 | 7% | USA | 0 | 0 | 0% | Other Pacific |



# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q19.** Please indicate the estimated Total peak sales for all territories.

  *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

  | Companies | Deals | Pct. Selected | Choice |
  |---:|---:|---:|---|
  | 15 | 20 | 38% | $0 - $100 million |
  | 9 | 9 | 17% | $101 - $250 million |
  | 3 | 5 | 9% | $251 - $500 million |
  | 6 | 6 | 11% | $501 - $1,000 million |
  | 8 | 13 | 25% | $1,000+ million |
  | **Total** | **53** | **100%** | |
  | | | | |
  | 22 | 41 | 40% | Don't Know |
  | 5 | 8 | 8% | Not Applicable |

- **Q20.** Did this deal include shared commercialization rights for the licensor in the territory (e.g., co-promotion or co-marketing rights)?

  | Companies | Deals | Pct. Selected | Choice |
  |---:|---:|---:|---|
  | 4 | 4 | 4% | Yes |
  | 49 | 85 | 94% | No |
  | 1 | 1 | 1% | Option to "opt-in" |
  | **Total** | **90** | **100%** | |
  | | | | |
  | 2 | 2 | 2% | Don't Know |
  | 5 | 10 | 10% | Not Applicable |



246

# Appendix B
# *LES (USA & Canada) Survey Results*

- **Q21.** Who has the operational responsibility for the following functions?

| | Licensor | | | Licensee | | | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 19 | 29 | 35% | 29 | 53 | 65% | 82 | 100% | 0 | 0 | 0% | 13 |
| Preclinical development | 11 | 14 | 18% | 36 | 65 | 82% | 79 | 100% | 1 | 1 | 1% | 15 |
| Clinical Development | 9 | 11 | 13% | 38 | 73 | 87% | 84 | 100% | 1 | 1 | 1% | 12 |
| Regulatory | 7 | 7 | 8% | 46 | 82 | 92% | 89 | 100% | 0 | 0 | 0% | 9 |
| Manufacturing | 11 | 13 | 14% | 42 | 79 | 86% | 92 | 100% | 1 | 1 | 1% | 6 |
| Commercialization | 2 | 2 | 2% | 50 | 95 | 98% | 97 | 100% | 0 | 0 | 0% | 3 |

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q22.** Who has financial responsibility for the following functions? (input % of cost)

| | Companies | Deals | Licensor Mean | Licensee Mean | Total | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 41 | 72 | 28.1% | 71.9% | 100% | 4 | 6 | 6% | 18 | 24 | 24% |
| Preclinical development | 40 | 74 | 15.1% | 84.9% | 100% | 3 | 3 | 3% | 18 | 25 | 25% |
| Clinical Development | 41 | 79 | 9.5% | 90.5% | 100% | 4 | 4 | 4% | 13 | 19 | 19% |
| Regulatory | 44 | 81 | 4.9% | 95.1% | 100% | 5 | 5 | 5% | 10 | 16 | 16% |
| Manufacturing | 48 | 88 | 11.4% | 88.6% | 100% | 3 | 5 | 5% | 6 | 9 | 9% |
| Commercialization | 48 | 92 | 2.7% | 97.3% | 100% | 3 | 5 | 5% | 4 | 5 | 5% |

248

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q23.** Manufacturing supply: How is the Transfer Price for commercial supply established?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 32 | 60 | 88% | Licensee is responsible for commercial supply, transfer price not applicable. |
| 2 | 4 | 6% | Licensor responsibility: Cost of manufacture |
| 1 | 1 | 1% | Licensor responsibility: Cost of manufacture plus profit component that is a % of net sales (royalty) |
| 3 | 3 | 4% | Licensor responsibility: Cost of manufacture plus profit component is a % of cost of manufacture, |
| **Total** | **68** | **100%** | |
| | | | |
| 6 | 8 | 8% | Don't Know |
| 16 | 26 | 25% | Not Applicable |
| | | | |
| 1 | 1 | N/A | Average % of cost of net sales (royalty) |
| 3 | 3 | 33% | Average % of cost of manufacturer |



249

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q24.** As part of deal process, did you financially model the value of the deal?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 35 | 39 | 65% | Yes |
| 13 | 21 | 35% | No (Please explain why not)* |
| **Total** | **60** | **100%** | |
| | | | |
| 9 | 21 | 21% | Don't Know |
| 5 | 21 | 21% | Not Applicable |

*Market Comparables, Market Comparables, market comp for cell line licensing, industry norms, industry norms, Estimated just royalty rate from projected margins., deal comparables, deal comparables, Cost to recapitulate studies, Consultant's report, comps, Comps, comps, comps, comps, Comparables, comparables, Comparable deals, comparable, AUTM Survey for Terms

- **Q25.** Please select ALL the methods used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 20 | 23 | 61% | Net Present Value (NPV) |
| 15 | 16 | 42% | Risk Adjusted Net Present Value (rNPV) |
| 15 | 16 | 42% | Internal Rate of Return (IRR) |
| 1 | 8 | 21% | Effective Royalty Rate (EFR) |
| 8 | 8 | 21% | Peak Revenue or Income |
| 23 | 24 | 63% | Comparables |
| 7 | 7 | 18% | Multiples (i.e. on sales or on projected earnings) |
| 3 | 3 | 8% | Other (Please specify)* |
| **Total** | **38** | **NA Total** | |
| | | | |
| 1 | 1 | 3% | Don't Know |
| 1 | 1 | 3% | Not Applicable |

*Payback period, Cost Recovery - Plus, Breakeven analysis



# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q26.** Please select the primary method used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 8 | 9 | 24% | Net Present Value (NPV) |
| 11 | 12 | 32% | Risk Adjusted Net Present Value (rNPV) |
| 2 | 2 | 5% | Internal Rate of Return (IRR) |
| 1 | 1 | 3% | Effective Royalty Rate (ERR) |
| 1 | 1 | 3% | Peak Revenue or Income |
| 9 | 10 | 26% | Comparables |
| 2 | 2 | 5% | Multiples (i.e. on sales or on projected earnings) |
| 1 | 1 | 3% | Other (Please specify)* |
| **Total** | **38** | **100%** | |
| | | | |
| 0 | 0 | 0% | Don't Know |
| 0 | 0 | 0% | Not Applicable |

*breakeven analysis

251

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q27.** What was the calculated NPV or rNPV value?

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| NPV or rNPV | 18 | 21 | 2 | 6 | 55 | 95 | 500 | 80 | 92 | 125 |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 6 | 6 | 16% |
| Not Applicable | 9 | 10 | 27% |

- **Q28.** What was the discount rate used?

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discounted Rate | 18 | 20 | 4 | 10 | 12 | 16 | 50 | 12 | 15 | 10 |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 8 | 8 | 21% |
| Not Applicable | 9 | 10 | 26% |



252

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q29.** Did your analysis include an overall probability of success to marketing approval from the date of deal to commercialization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 12 | 13 | 72% | Yes (Please enter the percent) |
| 5 | 5 | 28% | No (Please explain)* |
| **Total** | **18** | **100%** | |
| | | | |
| 7 | 7 | 21% | Don't Know |
| 8 | 9 | 26% | Not Applicable |
| | | | |
| 11 | 12 | 44% | Probability of success |

*Not a single PoS used, each stage/cost/revenue has own PoS, Approved in US/Europe, adjusted POS per stage

- **Q30.** Did the final deal structure reflect the valuation you established prior to negotiations?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 22 | 30 | 73% | Yes |
| 4 | 4 | 10% | No, it was higher |
| 7 | 7 | 17% | No, it was lower |
| **Total** | **41** | **100%** | |
| | | | |
| 13 | 25 | 25% | Don't Know |
| 14 | 35 | 35% | Not Applicable |



253

# Appendix B
## *LES (USA & Canada) Survey Results*

- **Q31.** What was the actual split of deal valuation?

| | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 8 | 10 | 5.0% | 36.2% | 69.0% |
| Licensee | 8 | 10 | 31.0% | 63.8% | 95.0% |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 29 | 42 | 41% |
| Not Applicable | 26 | 50 | 49% |

- **Q32.** What was your target split or deal valuation prior to negotiations?

| | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 9 | 11 | 15.0% | 36.6% | 65.0% |
| Licensee | 9 | 11 | 35.0% | 63.4% | 85.0% |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 26 | 38 | 37% |
| Not Applicable | 27 | 53 | 52% |



254

# Appendix C

## *Aggregate Survey Results*
## *by Question*
### *LESI (Excluding USA & Canada)*

# Appendix C
## *LESI Survey Results*

- **QA.** What type of Organization are you?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 2 | 4 | 27% | Not-for-profit |
| 1 | 1 | 7% | Government |
| 7 | 8 | 53% | Operating Company |
| 2 | 2 | 13% | Other (Please specify)* |
| **Total** | **15** | **100%** | |

  *KPO in IP Services, University

- **QA1.** What type of Not-for-Profit?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 2 | 4 | 100% | Academic (incl. medical/veterinary/dental schools) |
| 0 | 0 | 0% | Hospital (not affiliated with medical/veterinary/dental schools) |
| 0 | 0 | 0% | Medical Research Institute |
| 0 | 0 | 0% | Foundation/NGO (not affiliated with any of the three above) |
| 0 | 0 | 0% | Patient Advocacy Group |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **4** | **100%** | |



# Appendix C
# *LESI Survey Results*

- **QA2.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 2 | 3 | 38% | Biotechnology |
| 4 | 4 | 50% | Pharmaceutical |
| 0 | 0 | 0% | Diagnostic (IVD manufacturer or reference laboratory) |
| 0 | 0 | 0% | Medical Device (other than diagnostics) |
| 0 | 0 | 0% | Health Information Technology / Analytics |
| 0 | 0 | 0% | Life sciences research tools |
| 0 | 0 | 0% | Drug Delivery |
| 1 | 1 | 13% | Other (Please specify) |
| **Total** | **8** | **100%** | |

*consulting

- **QB.** In the past 12 months, how many licenses were executed by your company/organization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 7 | 8 | 53% | 1- 2 licenses |
| 1 | 1 | 7% | 3 - 5 licenses |
| 0 | 0 | 0% | 6 - 10 licenses |
| 2 | 2 | 13% | 11 - 20 licenses |
| 2 | 4 | 27% | More than 20 licenses |
| **Total** | **15** | **100%** | |



257

# Appendix C
## *LESI Survey Results*

- **QC.** What was your organization's annual sales revenue (in US dollars) in the business unit for this deal (e.g. pharmaceuticals, diagnostics, etc.) in 2015?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 30% | Pre-commercial Operating Company |
| 2 | 3 | 30% | $0-$100 million |
| 1 | 1 | 10% | $101-$250 million |
| 1 | 1 | 10% | $251-$500 million |
| 1 | 1 | 10% | $501-$1,000 million |
| 0 | 0 | 0% | $1,001-$5,000 million |
| 1 | 1 | 10% | $5,000+ million |
| **Total** | **10** | **100%** | |

- **Q1.** What year did this deal close?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 20% | 2014 |
| 4 | 4 | 27% | 2015 |
| 8 | 8 | 53% | 2016 |
| **Total** | **15** | **100%** | |

- **Q2.** Was this exclusive or non-exclusive to the Parties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 12 | 14 | 93% | Exclusive |
| 1 | 1 | 7% | Non-exclusive |
| **Total** | **15** | **100%** | |

- **Q3.** Were you the Licensor or Licensee?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 6 | 9 | 60% | Licensor |
| 6 | 6 | 40% | Licensee |
| **Total** | **15** | **100%** | |



258

# Appendix C
## *LESI Survey Results*

- **Q4.** The MAJOR reason for this deal was:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Drug Platform Deal |
| 3 | 3 | 20% | New Chemical Entity Deal |
| 4 | 4 | 27% | Drug Use Deal |
| 1 | 1 | 7% | Drug Delivery Product Deal (Same Label) |
| 0 | 0 | 0% | Drug Delivery Product Deal (Novel Label) |
| 0 | 0 | 0% | Drug/Device Combination Product Deal |
| 0 | 0 | 0% | Drug Delivery Platform Deal |
| 0 | 0 | 0% | Drug/Drug Combination Product Deal |
| 0 | 0 | 0% | Marketed Branded Product Deal |
| 0 | 0 | 0% | In Vivo Diagnostics Deal |
| 3 | 3 | 20% | In Vitro Diagnostics Deal |
| 2 | 2 | 13% | Life Sciences Platform Deal |
| 2 | 2 | 13% | Other (Please specify)* |
| **Total** | **15** | **100%** | |

* NA, API Production

- **Q5.** What is the expected route of administration/delivery method in the license? (Check all that apply)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 7% | Injectable - subcutaneous or intramuscular |
| 5 | 5 | 33% | Injectable - intravenous |
| 3 | 3 | 20% | Oral |
| 0 | 0 | 0% | Topical/Transdermal |
| 0 | 0 | 0% | Nasal |
| 0 | 0 | 0% | Other (Please specify) |
| 6 | 6 | 40% | NA |
| **Total** | **15** | **NA Total** | |

# Appendix C
## *LESI Survey Results*

- **Q6.** What is the field of use? (Check all that apply)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 20% | Research Purposes |
| 8 | 11 | 73% | Human |
| 2 | 2 | 13% | Veterinary |
| **Total** | **15** | **NA Total** | |

- **Q7.** What was the type of the counterpart organization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 7% | Not-for-Profit |
| 1 | 1 | 7% | Government |
| 9 | 12 | 80% | Operating Company |
| 1 | 1 | 7% | Other (Please specify)* |
| **Total** | **15** | **100%** | |

*N/A

- **Q7a.** What type of Not-for-Profit?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 100% | Academic (incl. medical/veterinary/dental schools) |
| 0 | 0 | 0% | Hospital (not affiliated with medical/veterinary/dental schools) |
| 0 | 0 | 0% | Medical Research Institute |
| 0 | 0 | 0% | Foundation/NGO (not affiliated with any of the three above) |
| 0 | 0 | 0% | Patient Advocacy Group |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **1** | **100%** | |



260

# Appendix C
## *LESI Survey Results*

- **Q7b.** What type of Operating Company?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 3 | 25% | Biotechnology |
| 5 | 5 | 42% | Pharmaceutical |
| 3 | 3 | 25% | Diagnostic (IVD manufacturer or reference laboratory) |
| 1 | 1 | 8% | Medical Device (other than diagnostics) |
| 0 | 0 | 0% | Health Information Technology / Analytics |
| 0 | 0 | 0% | Life sciences research tools |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **12** | **100%** | |

- **Q8.** What was the counterpart organization's estimated annual pharmaceutical sales revenue (in US dollars) in 2013?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Not-for-Profit or Government Organization |
| 3 | 3 | 25% | Pre-commercial Operating Company |
| 5 | 6 | 50% | $0-$100 million |
| 0 | 0 | 0% | $101-$250 million |
| 1 | 1 | 8% | $251-$500 million |
| 0 | 0 | 0% | $501-$1,000 million |
| 0 | 0 | 0% | $1,001-$5,000 million |
| 2 | 2 | 17% | $5,000+ million |
| **Total** | **12** | **100%** | |



# Appendix C
## *LESI Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(does not include In-Vitro diagnostic deals)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 4 | 5 | 50% | Discovery |
| 0 | 0 | 0% | IND Track/Pre-IND |
| 0 | 0 | 0% | IND Filed |
| 0 | 0 | 0% | Phase 1 (patients enrolling) |
| 0 | 0 | 0% | Phase 1 (completed) |
| 1 | 1 | 10% | Phase 2 (patients enrolling) |
| 1 | 1 | 10% | Phase 2 (completed) |
| 1 | 1 | 10% | Phase 3 (patients enrolling) |
| 0 | 0 | 0% | Phase 3 (completed) |
| 0 | 0 | 0% | Registered/NDA submitted |
| 2 | 2 | 20% | Approved/Launched |
| **Total** | **10** | **100%** | |

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(In-Vitro diagnostic deals only)*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 33% | Research Use Only |
| 2 | 2 | 67% | Pre-IDE |
| 0 | 0 | 0% | IDE Submitted |
| 0 | 0 | 0% | Clinical Stage In Progress |
| 0 | 0 | 0% | Clinical Stage Completed |
| 0 | 0 | 0% | Registration/510(k)/PMA (or equivalent) submitted |
| 0 | 0 | 0% | Approved/Launched |
| **Total** | **3** | **100%** | |



262

# Appendix C
## *LESI Survey Results*

- **Q9.** At closing, what was the most advanced stage of development of the product for the principle indication? (Life Sciences Platform deals only)

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 50% | Proof-of-concept completed |
| 0 | 0 | 0% | Prototype |
| 1 | 1 | 50% | Final product in development (including manufacturing development) |
| 0 | 0 | 0% | Ready for commercialization |
| 0 | 0 | 0% | Commercialized product |
| **Total** | **2** | **100%** | |

- **Q10.** Please choose the type or category of product that was the subject of this deal (does not include In-Vitro diagnostic deals).

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Cytokine |
| 1 | 1 | 8% | Device |
| 0 | 0 | 0% | Gene therapy |
| 0 | 0 | 0% | Hormone |
| 1 | 1 | 8% | Monoclonal antibody |
| 1 | 1 | 8% | Natural product |
| 3 | 3 | 25% | Peptide/protein |
| 0 | 0 | 0% | Platform Technology |
| 1 | 1 | 8% | RNAi/antisense (or similar) |
| 3 | 3 | 25% | Small molecule |
| 1 | 1 | 8% | Stem Cell |
| 0 | 0 | 0% | Vaccine |
| 0 | 0 | 0% | Diagnostic based on a type of product other than those listed |
| 1 | 1 | 8% | Other |
| **Total** | **12** | **100%** | |



263

# Appendix C
## *LESI Survey Results*

- **Q11.** Please select the principle therapeutic (or diagnostic) area for which the product was licensed.

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 3 | 5 | 33% | Oncology |
| 0 | 0 | 0% | Blood & clotting |
| 0 | 0 | 0% | Cardiovascular |
| 0 | 0 | 0% | CNS-Neurological/Neurodegenerative |
| 0 | 0 | 0% | CNS-Pain |
| 0 | 0 | 0% | CNS-Psychiatric |
| 0 | 0 | 0% | CNS-Other (Please specify)* |
| 0 | 0 | 0% | Dermatology |
| 1 | 1 | 7% | Gastrointestinal |
| 1 | 1 | 7% | Immunological |
| 0 | 0 | 0% | Inflammation/musculoskeletal |
| 0 | 0 | 0% | Infectious Disease-Bacterial |
| 0 | 0 | 0% | Infectious Disease-Viral |
| 1 | 1 | 7% | Infectious Disease-Other (Please specify)** |
| 2 | 2 | 13% | Metabolic/Endocrine |
| 0 | 0 | 0% | Ophthalmology |
| 2 | 2 | 13% | Respiratory |
| 0 | 0 | 0% | Urological/renal |
| 3 | 3 | 20% | Other (Please specify)*** |
| **Total** | **15** | **100%** | |

\*\* Digestion

\*\*\* Surgical/ENT, NA, Allergy



264

# Appendix C
## *LESI Survey Results*

- **Q12.** Did this deal have flat or tiered royalties?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 9 | 11 | 73% | Flat |
| 2 | 2 | 13% | Tiered |
| 2 | 2 | 13% | No royalty component |
| **Total** | **15** | **100%** | |

- **Q12a.** Are the royalties paid on:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 0 | 0 | 0% | Gross Sales |
| 9 | 12 | 92% | Net Sales |
| 1 | 1 | 8% | Units |
| 0 | 0 | 0% | Other (Please specify) |
| **Total** | **13** | **100%** | |

- **Q13.** What was the flat royalty rate for this deal? (%)

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Flat Royalty Rate | 9 | 11 | 2.00% | 5.0% | 5.0% | 12.5% | 20.0% | 5.0% | 8.7% | 6.6% |



265

# Appendix C
## *LESI Survey Results*

- **Q14.** Please provide the royalty tier structure that most closely resembled your deal.

  *Similar to the 2014 summary results, we are not providing summary statistics for the Tier data. Tier data is presented in the main body of this report.*

- **Q15.** Since this deal did NOT include royalties, was there a profit sharing component?

  | Companies | Deals | Pct. Selected | Choice |
  |-----------|-------|---------------|--------|
  | 1 | 1 | 50% | Yes |
  | 1 | 1 | 50% | No |
  | **Total** | **2** | **100%** | |

- **Q16.** What was the ratio of profit sharing?

  *If there are less than 3 deals, data cannot be disclosed.*

  | | Companies | Deals | MIN | MEAN | MAX |
  |---|-----------|-------|-----|------|-----|
  | Licensor | 1 | 1 | N/A | N/A | N/A |
  | Licensee | 1 | 1 | N/A | N/A | N/A |

# Appendix C
# *LESI Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (US$ Millions)

  *A total of 10 deals entered data for at least 1 of the below components. The calculations below exclude blanks and zeroes.*

| Financial Component | Companies | Deals | % of Deals with this Financial Component* | MIN | FIRST QUARTILE | MEDIAN | THIRD QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment of Up-front Fee at Signing | 6 | 8 | 80% | 0.020 | 0.2 | 0.6 | 23.1 | 100.0 | N/A | 23.0 | 41.1 |
| Payment of Technology Access Fee | 1 | 1 | 10% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Equity Investment(s) | No data | | | | | | | | | | |
| Research and Development Funding | 2 | 2 | 20% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Development Milestone Payments | 3 | 4 | 40% | 1.000 | 3.7 | 6.6 | 168.9 | 650.0 | N/A | 166.0 | 322.7 |
| Sales Milestone Payments | 3 | 3 | 30% | 0.600 | 1.3 | 2.0 | 251.0 | 500.0 | N/A | 167.5 | 287.9 |

*Denominator is all deals that provided information for at least one of the above financial components. If there are less than 3 deals, data cannot be disclosed.*



# Appendix C
## *LESI Survey Results*

- **Q17.** What was the total potential value (for example: "Biobucks") of the following financial components of the deal terms? (Continued) (US$ Millions)

| Financial Component | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|
| | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Payment of Up-front Fee at Signing | 2 | 2 | 13% | 5 | 5 | 15% |
| Payment of Technology Access Fee | 2 | 2 | 13% | 9 | 12 | 15% |
| Equity Investment(s) | 3 | 3 | 20% | 10 | 12 | 25% |
| Research and Development Funding | 3 | 3 | 20% | 8 | 10 | 25% |
| Development Milestone Payments | 3 | 3 | 20% | 7 | 8 | 25% |
| Sales Milestone Payments | 3 | 3 | 20% | 7 | 9 | 25% |

# Appendix C
## *LESI Survey Results*

- **Q18.** Which territories were included in the deal? (Check all the apply)

  *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

| Companies | Deals | Pct. Selected | Choice | Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|---|---|---|---|
| 7 | 10 | 67% | Global | 0 | 0 | 0% | Canada |
| 0 | 0 | 0% | All of Europe | 0 | 0 | 0% | Mexico |
| 0 | 0 | 0% | EU-5 | 0 | 0 | 0% | Other North America |
| 1 | 1 | 7% | EU-27 | 0 | 0 | 0% | All of South America |
| 0 | 0 | 0% | Russia | 0 | 0 | 0% | Argentina |
| 0 | 0 | 0% | CIS | 0 | 0 | 0% | Brazil |
| 0 | 0 | 0% | Scandinavia | 0 | 0 | 0% | Chile |
| 0 | 0 | 0% | Other Europe | 0 | 0 | 0% | Other South America |
| 0 | 0 | 0% | All of Asia | 0 | 0 | 0% | All of Africa |
| 2 | 2 | 13% | Japan | 0 | 0 | 0% | Egypt |
| 1 | 1 | 7% | China | 0 | 0 | 0% | South Africa |
| 1 | 1 | 7% | India | 0 | 0 | 0% | Other Africa |
| 1 | 1 | 7% | Korea | 1 | 1 | 7% | All of Pacific |
| 0 | 0 | 0% | Middle East | 0 | 0 | 0% | Australia |
| 1 | 1 | 7% | Other Asia | 0 | 0 | 0% | New Zealand |
| 0 | 0 | 0% | All of North America | 0 | 0 | 0% | Philippines |
| 0 | 0 | 0% | USA | 0 | 0 | 0% | Other Pacific |



# Appendix C
## *LESI Survey Results*

- **Q19.** Please indicate the estimated Total peak sales for all territories.

  *One deal could be in multiple territories so total deals does not equal the sum of the choices.*

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 6 | 6 | 46% | $0 - $100 million |
| 3 | 3 | 23% | $101 - $250 million |
| 2 | 2 | 15% | $251 - $500 million |
| 1 | 1 | 8% | $501 - $1,000 million |
| 1 | 1 | 8% | $1,000+ million |
| **Total** | **13** | **100%** | |
| | | | |
| 1 | 2 | 13% | Don't Know |
| 0 | 0 | 0% | Not Applicable |

- **Q20.** Did this deal include shared commercialization rights for the licensor in the territory (e.g., co-promotion or co-marketing rights)?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 1 | 1 | 8% | Yes |
| 8 | 11 | 92% | No |
| 0 | 0 | 0% | Option to "opt-in" |
| **Total** | **12** | **100%** | |
| | | | |
| 1 | 1 | 7% | Don't Know |
| 2 | 2 | 13% | Not Applicable |

# Appendix C
## *LESI Survey Results*

- **Q21.** Who has the operational responsibility for the following functions?

| | Licensor | | | Licensee | | | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 6 | 6 | 50% | 4 | 6 | 50% | 12 | 100% | 0 | 0 | 0% | 3 |
| Preclinical development | 4 | 4 | 44% | 3 | 5 | 56% | 9 | 100% | 0 | 0 | 0% | 5 |
| Clinical Development | 3 | 3 | 30% | 5 | 7 | 70% | 10 | 100% | 0 | 0 | 0% | 5 |
| Regulatory | 2 | 2 | 14% | 9 | 12 | 86% | 14 | 100% | 0 | 0 | 0% | 1 |
| Manufacturing | 4 | 4 | 31% | 6 | 9 | 69% | 13 | 100% | 0 | 0 | 0% | 2 |
| Commercialization | 0 | 0 | 0% | 10 | 13 | 100% | 13 | 100% | 0 | 0 | 0% | 2 |

271

# Appendix C
## *LESI Survey Results*

- **Q22.** Who has financial responsibility for the following functions? (input % of cost)

| | Companies | Deals | Licensor Mean | Licensee Mean | Total | Don't Know | | | Not Applicable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Companies | Deals | Pct Selected | Companies | Deals | Pct Selected |
| Research | 4 | 6 | 46.7% | 53.3% | 100% | 4 | 4 | 25% | 6 | 6 | 38% |
| Preclinical development | 3 | 5 | 32.0% | 68.0% | 100% | 4 | 4 | 25% | 6 | 7 | 44% |
| Clinical Development | 4 | 6 | 18.3% | 81.7% | 100% | 4 | 4 | 25% | 6 | 6 | 38% |
| Regulatory | 6 | 9 | 27.8% | 72.2% | 100% | 4 | 4 | 25% | 3 | 3 | 19% |
| Manufacturing | 6 | 9 | 21.1% | 78.9% | 100% | 4 | 4 | 25% | 3 | 3 | 19% |
| Commercialization | 6 | 9 | 2.2% | 97.8% | 100% | 4 | 4 | 25% | 3 | 3 | 19% |

# Appendix C
## *LESI Survey Results*

- **Q23.** Manufacturing supply: How is the Transfer Price for commercial supply established?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 5 | 8 | 80% | Licensee is responsible for commercial supply, transfer price not applicable. |
| 1 | 1 | 10% | Licensor responsibility: Cost of manufacture |
| 1 | 1 | 10% | Licensor responsibility: Cost of manufacture plus profit component that is a % of net sales (royalty) |
| 0 | 0 | 0% | Licensor responsibility: Cost of manufacture plus profit component is a % of cost of manufacture, |
| **Total** | **10** | **100%** | |
| 3 | 3 | 20% | Don't Know |
| 2 | 2 | 13% | Not Applicable |
| 1 | 1 | N/A | Average % of cost of net sales (royalty) |
| 0 | 0 | N/A | Average % of cost of manufacturer |

# Appendix C
# *LESI Survey Results*

- **Q24.** As part of deal process, did you financially model the value of the deal?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 7 | 7 | 70% | Yes |
| 3 | 3 | 30% | No (Please explain why not)* |
| **Total** | **10** | **100%** | |
| | | | |
| 1 | 2 | 14% | Don't Know |
| 2 | 2 | 14% | Not Applicable |

*Fixed R&D costs, comparator deals, Comparables

- **Q25.** Please select ALL the methods used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 5 | 5 | 71% | Net Present Value (NPV) |
| 6 | 6 | 86% | Risk Adjusted Net Present Value (rNPV) |
| 2 | 2 | 29% | Internal Rate of Return (IRR) |
| 2 | 2 | 29% | Effective Royalty Rate (EFR) |
| 4 | 4 | 57% | Peak Revenue or Income |
| 4 | 4 | 57% | Comparables |
| 2 | 2 | 29% | Multiples (i.e. on sales or on projected earnings) |
| 1 | 1 | 14% | Other (Please specify)* |
| **Total** | **7** | **NA Total** | |
| | | | |
| 0 | 0 | 0% | Don't Know |
| 0 | 0 | 0% | Not Applicable |

*Foro proprietary

274

# Appendix C
## *LESI Survey Results*

- **Q26.** Please select the primary method used:

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 4 | 4 | 57% | Net Present Value (NPV) |
| 2 | 2 | 29% | Risk Adjusted Net Present Value (rNPV) |
| 0 | 0 | 0% | Internal Rate of Return (IRR) |
| 0 | 0 | 0% | Effective Royalty Rate (EFR) |
| 0 | 0 | 0% | Peak Revenue or Income |
| 0 | 0 | 0% | Comparables |
| 0 | 0 | 0% | Multiples (i.e. on sales or on projected earnings) |
| 1 | 1 | 14% | Other (Please specify)* |
| **Total** | **7** | **100%** | |
| 0 | 0 | 0% | Don't Know |
| 0 | 0 | 0% | Not Applicable |

*Foro proprietary

# Appendix C
## *LESI Survey Results*

- **Q27.** What was the calculated NPV or rNPV value?

  *Less than 3 companies so data cannot be disclosed.*

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| NPV or rNPV | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 3 | 3 | 50% |
| Not Applicable | 2 | 2 | 33% |

- **Q28.** What was the discount rate used?

| | Companies | Deals | MIN | 1st QUARTILE | MEDIAN | 3rd QUARTILE | MAX | MODE | MEAN | STD. DEV. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discounted Rate | 5 | 5 | 7 | 9 | 10 | 12 | 15 | N/A | 11 | 3 |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 1 | 1 | 14% |
| Not Applicable | 1 | 1 | 14% |



276

# Appendix C
## *LESI Survey Results*

- **Q29.** Did your analysis include an overall probability of success to marketing approval from the date of deal to commercialization?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 4 | 4 | 80% | Yes (Please enter the percent) |
| 1 | 1 | 20% | No (Please explain) |
| **Total** | **5** | **100%** | |
| | | | |
| 1 | 1 | 14% | Don't Know |
| 1 | 1 | 14% | Not Applicable |
| | | | |
| 2 | 2 | 53% | Probability of success |

- **Q30.** Did the final deal structure reflect the valuation you established prior to negotiations?

| Companies | Deals | Pct. Selected | Choice |
|---|---|---|---|
| 4 | 4 | 67% | Yes |
| 0 | 0 | 0% | No, it was higher |
| 2 | 2 | 33% | No, it was lower |
| **Total** | **6** | **100%** | |
| | | | |
| 4 | 5 | 36% | Don't Know |
| 3 | 3 | 21% | Not Applicable |



277

# Appendix C
# *LESI Survey Results*

- **Q31.** What was the actual split of deal valuation?

| | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 3 | 3 | 30.0% | 42.7% | 63.0% |
| Licensee | 3 | 3 | 37.0% | 57.3% | 70.0% |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 5 | 7 | 50% |
| Not Applicable | 4 | 4 | 29% |

- **Q32.** What was your target split or deal valuation prior to negotiations?

| | Companies | Deals | MIN | MEAN | MAX |
|---|---|---|---|---|---|
| Licensor | 3 | 3 | 20.0% | 36.7% | 50.0% |
| Licensee | 3 | 3 | 50.0% | 63.3% | 80.0% |

| | Companies | Deals | Pct. Selected |
|---|---|---|---|
| Don't Know | 6 | 7 | 50% |
| Not Applicable | 4 | 4 | 29% |



278

# Appendix D

*Survey Questionnaire:*

*2016 LES Global BioPharmaceutical Royalty Rate and Deal Terms Survey*

# Appendix D
## *Survey Questionnaire*

**2016 LES Global BioPharmaceutical Royalty Rates & Deal Terms Survey**

*LES would like to gather details about completed licensing deals since January 2014.  Please submit as many deals as you are willing to share. You may enter all the deals in one session or you may enter them individually through August 26, 2016.*

**A.** What type of organization are you? *(select one)*
    Not-for-profit *(answer question A1)*
    Government
    Operating Company *(answer question A2)*
    Other (Please specify) _____

**A1.** What type of Not-for-Profit?
    Academic (incl. medical/veterinary/dental schools)
    Hospital (not affiliated with medical/veterinary/dental schools)
    Medical Research Institute
    Foundation/NGO (not affiliated with either of the two above)
    Patient Advocacy Group
    Other (Please specify) _____

**A2.** What type of Operating Company?
    Biotechnology
    Pharmaceutical
    Diagnostic (IVD manufacturer or reference laboratory)
    Medical Device (other than diagnostics)
    Health Information Technology / Analytics
    Life sciences research tools
    Drug Delivery
    Other (Please specify) _____



# Appendix D
## *Survey Questionnaire*

**B.** In the past 12 months, how many licenses were executed by your company/organization?

1 – 2 licenses
3 – 5 licenses
6 – 10 licenses
11 – 20 licenses
More than 20 licenses

**C.** What was your organization's annual sales revenue (in US dollars) in the business unit for this deal (e.g. pharmaceuticals, diagnostics, etc.) 2015? (select one))

Not-for-profit or Government organization
Pre-commercial operating company
$0 – $100 million
$101 – $250 million
$251 – $500 million
$501 – $1000 million
$1,000 – $5,000 million
$5,000+ million



# Appendix D
## *Survey Questionnaire*

**1.** What **year** did this deal close? *(select one)*

    2014
    2015
    2016

**2.** Was this **exclusive or non-exclusive** to the Parties? *(select one)*

    Exclusive
    Non-exclusive

**3.** Were you the: *(select one)*

    Licensor
    Licensee



# Appendix D
## *Survey Questionnaire*

**4.** The MAJOR reason for this deal was: *(please select one)*

DRUG PLATFORM DEAL to acquire rights to a platform potentially leading to a series of new chemical entities or biologics (inclusive of vaccines)

NEW CHEMICAL ENTITY DEAL for a product where the drug moiety had not been previously approved.

DRUG USE DEAL to acquire rights to a new use or repurpose of approved/unapproved molecule for a new indication not previously pursued by the innovator (NOTE: does not include a reformulated or drug delivery product, see below)

DRUG DELIVERY PRODUCT DEAL (SAME LABEL) for a product where the drug moiety had been previously approved and the product is a reformulated version with the same labeling as the innovator's product

DRUG DELIVERY PRODUCT DEAL (NOVEL LABEL) for a product where the drug moiety had been previously approved and the product is a reformulated version with labeling or indication different from that of the innovator's product.

DRUG DELIVERY PLATFORM DEAL to apply a formulation or delivery platform (e.g., oral controlled release, solubility enhancement, etc.) to a particular molecule or portfolio of compounds in a way that does not change the underlying drug substance (regardless of whether the drug is a previously approved drug or new chemical entity).

DRUG/DEVICE COMBINATION PRODUCT DEAL for a product incorporating a drug and medical device.

DRUG/DRUG COMBINATION PRODUCT DEAL for a product incorporating two drug actives.

MARKETED BRANDED PRODUCT DEAL to acquire commercialization rights (including co-promotion, co-marketing) to an innovator's branded, already approved product (this does not include generics or authorized generics).

IN VIVO DIAGNOSTICS DEAL to acquire the rights to an *in vivo* diagnostic product in development or marketed.

IN VITRO DIAGNOSTICS DEAL was to acquire the rights to an *in vitro* diagnostic product in development or marketed.

LIFE SCIENCES PLATFORM DEAL was to acquire the rights to a platform technology potentially leading to commercial products in diagnostics or life sciences research tools

Other (Please specify) _____

**5.** What is the expected route of the administration/delivery method in the license? *(check all that apply)*

    Injectable – subcutaneous or intramuscular

    Injectable - intravenous

    Oral

    Topical/transdermal

    Nasal

    Other (please specify) _____

    N/A (Example: In Vivo / In Vitro Diagnostics or Life Sciences Platform)



# Appendix D
## *Survey Questionnaire*

**6.** What is the Field of Use? *(select all that apply)*
 Research Purposes
Human
Veterinary


**7.** What was the type of the counterpart organization? *(select one)*
Not-for-Profit *(answer question 7a)*
Government
Operating Company *(answer question 7b)*
Other (Please specify) _____


**7a.** What type of Not-for-Profit?
 Academic (incl. medical/veterinary/dental schools)
Hospital (not affiliated with medical/veterinary/dental schools)
Medical Research Institute
Foundation/NGO (not affiliated with either of the two above)
Patient Advocacy Group
Other (Please specify) _____


 **7b.** What type of Operating Company?
 Biotechnology
Pharmaceutical
Diagnostic (IVD manufacturer or reference laboratory)
Medical Device (other than diagnostics)
Health Information Technology / Analytics
Life sciences research tools
Other (Please specify) _____



# Appendix D
## *Survey Questionnaire*

**8.** What was the counterpart organization's estimated annual pharmaceutical sales revenue (in US dollars) in 2013? (select one)

    Not-for-Profit or Government organization
    Pre-commercial Operating Company
    $0 – $100 million
    $101 – $250 million
    $251 – $500 million
    $501 – $1000 million
    $1,000 – $5,000 million
    $5,000+ million


**9.** At closing, what was the most advanced stage of development of the product for the principle indication? *(select one)*
For Therapeutic/In vivo diagnostic (select only if In Vitro Diagnostic or Life Sciences Platform is not selected in question 4)

    Discovery
    IND Track/Pre-IND
    IND Filed
    Phase 1 (patients enrolling)
    Phase 1 (completed)
    Phase 2 (patients enrolling)
    Phase 2 (completed)
    Phase 3 (patients enrolling)
    Phase 3 (completed)
    Registered/NDA submitted
    Approved/Launched



# Appendix D
## *Survey Questionnaire*

For In vitro Diagnostic or life sciences tools (select only if In Vitro Diagnostic is selected in question 4)
 RUO
 Pre-IDE
 IDE submitted
 Clinical Stage In Progress
 Clinical Stage Completed
 Registration/510(k)/PMA (or equivalent) submitted
 Approved/Launched

For Life Sciences Platform Deal (*select if only if Life Sciences Platform is selected in question 4*)
 Proof-of-concept completed
 Prototype
 Final product in development (including manufacturing development)
 Ready for commercialization
 Commercialized product



# Appendix D
## *Survey Questionnaire*

**10.** [Skip this Question if answer to 4 was In vitro Diagnostic] Please choose the type or category of product that was the subject of this deal. (select one)

Cytokine
Hormone
Monoclonal antibody
Peptide/protein
RNAi/antisense (or similar)
Gene therapy
Stem Cell
Platform Technology
Small molecule
Natural product
Vaccine
Diagnostic based on a type of product other than those listed
Device
Other (please specify) _____



# Appendix D
## *Survey Questionnaire*

**11.** Please select the principle therapeutic (or diagnostic) area for which the product was licensed. *(select one)*

Oncology
Blood & Clotting
Cardiovascular
CNS-Neurological/Neurodegenerative
CNS-Pain
CNS-Psychiatric
CNS-Other (Please specify) _____
Dermatology
Gastrointestinal
Immunological
Inflammation/musculoskeletal
Infectious Disease-Bacterial
Infectious Disease-Viral
Infectious Disease-Other (Please specify) _____
Metabolic/Endocrine
Ophthalmology
Respiratory
Urological/renal
Other (please specify) _____

**12.** Did this deal have flat or tiered royalties? *(select one)*

Flat *(go to question 12a)*
Tiered *(go to question 12a)*
No Royalty Component *(go to 15)*



288

# Appendix D
## *Survey Questionnaire*

**12a.** Are the royalties paid on:

    Gross Sales
    Net Sales
    Units
    Other (Please specify)

**13.** What was the flat royalty rate for this deal? (%). *(go to question #17)*: _____ %

**14.** Please provide the royalty tier structure that most closely resembled your deal.
*For each tier (up to 6) select the maximum sales to which this tier applied, and the royalty rate for that tier. Tier 1 indicates the bottom tier. Your TOP tier will NOT have maximum sales so please provide the royalty and enter INFINITY for maximum sales. (go to question #17)*

Example:
Tier 1   100           5%
Tier 2   200           10%
Tier 3   INFINITY    15%

|        | Max. Sales (US$ millions) | Royalty for this Tier (%) |
|--------|---------------------------|---------------------------|
| Tier 1 | _____ | _____ |
| Tier 2 | _____ | _____ |
| Tier 3 | _____ | _____ |
| Tier 4 | _____ | _____ |
| Tier 5 | _____ | _____ |
| Tier 6 | _____ | _____ |



289

# Appendix D
## *Survey Questionnaire*

**15.** Since this deal did **NOT** include royalties, was there a profit sharing component?

    Yes
    No *(go to question #17)*

**16.** What was the ratio of profit sharing?

    Licensor _____%
    Licensee _____%
          100%

**17.** What was the total value (for example "Biobucks") of the following financial components of the deal terms? (US$ Millions)

| | Total Potential Value (US$ millions) | Not Applicable/ Don't Know |
|---|---|---|
| Payment of Upfront Fee at Signing | _____ | ○ |
| Payment of Technology Access Fee | _____ | ○ |
| Equity Investment(s) | _____ | ○ |
| Research and Development funding | _____ | ○ |
| Development milestone payments | _____ | ○ |
| Sales milestone payments | _____ | ○ |
| | | ○ |

290

# Appendix D
## *Survey Questionnaire*

**18.** Which **territories** were included in the deal? (Check all the apply - If the deal is in a region you do not need to check all of the countries in that region)

**For example:**
  - If the deal is Global, you only need to select Global.
  - If the deal is in All of Europe and All of Asia but is not in any other territory, you only need to select All of Europe and All of Asia.
  - If the deal is only in USA, Japan, and China, you only need to select USA, Japan, and China.

*Global*
  *All of Europe*
        EU-5
        EU-27
        Russia
        CIS
        Scandinavia
        Other Europe
  *All of Asia*
        Japan
        China
        India
        Korea
        Middle East
        Other Asia
  *All of North America*
        USA
        Canada
        Mexico
        Other North America



291

# Appendix D
*Survey Questionnaire*

(Continued) Which **territories** were included in the deal? (Check all the apply - If the deal is in a region you do not need to check all of

*All of South America*

        Argentina

        Brazil

        Chile

        Other South America

*All of Africa*

        Egypt

        South Africa

        Other Africa

*All of Pacific*

        Australia

        New Zealand

        Philippines

        Other Pacific

**19.** Please indicate the estimated <u>Total</u> peak sales <u>for all territories</u>.

    $0-$100 million

    $101-$250 million

    $251-$500 million

    $501-$1,000 million

    $1,000+ million

    Not Applicable

    Don't Know



# Appendix D
## *Survey Questionnaire*

**20.** Did this deal include shared commercialization rights for the licensor in the territory (e.g., co-promotion or co-marketing rights)? *(select one)*

Yes
No
Option for licensor to "opt-in"
Not Applicable
Don't Know

**21.** Who has operational responsibility for the following functions?

Operational Responsibility
(check as appropriate)

|  | Licensor | Licensee | Not Applicable | Don't Know |
|---|---|---|---|---|
|  | ○ | ○ | ○ | ○ |
| Research | ○ | ○ | ○ | ○ |
| Preclinical development | ○ | ○ | ○ | ○ |
| Clinical Development | ○ | ○ | ○ | ○ |
| Regulatory | ○ | ○ | ○ | ○ |
| Manufacturing | ○ | ○ | ○ | ○ |
| Commercialization | ○ | ○ | ○ | ○ |



# Appendix D
## *Survey Questionnaire*

**22.** Who has financial responsibility for the following functions?

Financial Responsibility
(input % of cost)

|  | Licensor |  | Licensee |  | Not Applicable | Don't Know |
|---|---|---|---|---|---|---|
| Research | ___% | + | ___% | =100% | ○ | ○ |
| Preclinical Development | ___% | + | ___% | =100% | ○ | ○ |
| Clinical Development | ___% | + | ___% | =100% | ○ | ○ |
| Regulatory | ___% | + | ___% | =100% | ○ | ○ |
| Manufacturing | ___% | + | ___% | =100% | ○ | ○ |
| Commercialization | ___% | + | ___% | =100% | ○ | ○ |



# Appendix D
## *Survey Questionnaire*

**23.** Manufacturing Supply: How is the Transfer Price for commercial supply established? *(select one)*

    Licensee is responsible for commercial supply, transfer price not applicable.
    Licensor responsibility: Cost of manufacture
    Licensor responsibility: Cost of manufacture plus profit component that is a % of net sales (royalty):
    Licensor responsibility: Cost of manufacture plus profit component is a % of cost of manufacture,
       What % _____
    Not Applicable
    Don't Know

**24.** As part of deal process, did you (or someone at your company) financially model the value of the deal? *(select one)*

    Yes
    No (Please explain how the financial terms were determined without an analysis of the value of the deal)_____ *(go to question #30)*
    Not Applicable *(go to question #30)*
    Don't Know *(go to question #30)*

**25.** Please select ALL the methods used:

    Net Present Value (NPV)
    Risk Adjusted Net Present Value (rNPV)
    Internal Rate of Return (IRR)
    Effective Royalty Rate (EFR)
    Peak Revenue or Income
    Comparables
    Multiples (for example on sales or on projected earnings)
    Other (Please specify): _____
    Not Applicable
    Don't Know

# Appendix D
## *Survey Questionnaire*

**26.** Please select the primary method used:

    Net Present Value (NPV)
    Risk Adjusted Net Present Value (rNPV)
    Internal Rate of Return (IRR)
    Effective Royalty Rate (EFR)
    Peak Revenue or Income
    Comparables
    Multiples (for example on sales or on projected earnings)
    Other (Please specify): _____
    Not Applicable
    Don't Know

**27.** What was the calculated NPV or rNPV value: _____(US$ Millions)
    Not Applicable
    Don't Know

**28.** What was the discount rate used: _____ %
    Not Applicable
    Don't Know

**29.** (If Risk Adjusted Net Present Value) Did your analysis include an overall probability of success to marketing approval from the date of deal to commercialization?

    Yes (Please enter the percent)_____ %
    No (Please explain (a) whether or not you used some other probability of success and
    (b) if not, how your rNPV analysis differs from an NPV analysis).
    Not Applicable
    Don't Know

# Appendix D
## *Survey Questionnaire*

**30.** Did the final deal structure reflect the valuation you established prior to negotiations? *(select one)*

Yes
No, it was lower
No, it was higher
Not Applicable
Don't Know

**31.** What was the actual split of deal valuation?

|  | Licensor |  | Licensee |  | Not Applicable | Don't Know |
|---|---|---|---|---|---|---|
| Actual Split | ___% | + | ___% | =100% | ○ | ○ |

**32.** What was your target split or deal valuation prior to negotiations?

|  | Licensor |  | Licensee |  | Not Applicable | Don't Know |
|---|---|---|---|---|---|---|
| Target Split | ___% | + | ___% | =100% | ○ | ○ |

**33.** What do you want to do next? *(select one)*

I'd like to submit another deal/return to the homepage.
I do not have anymore deals to submit at this time.

*LES plans to conduct this survey again in the future. What improvements or additional questions would you like to see in future iterations of this survey?*

