UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIO-RAD LABORATORIES, INC.,<br>　　　　Plaintiff,<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>　　　　Co-Plaintiff,<br><br>　　v.<br><br>10X GENOMICS, INC.,<br>　　　　Defendant.<br><br>10X GENOMICS, INC.,<br>　　　　Counterclaim Plaintiff,<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>　　　　Counterclaim Co-Plaintiff as to certain claims,<br><br>　　v.<br><br>BIO-RAD LABORATORIES, INC.,<br>　　　　Counterclaim Defendant. | Civil Action No. 1:19-cv-12533-WGY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, Bio-Rad Laboratories, Inc. ("Bio-Rad") and the President and Fellows of Harvard College ("Harvard") (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 8,871,444 and 9,919,277 (collectively, "the Bio-Rad Patents-in-Suit") against 10X Genomics, Inc. ("10X") (D.I. 1);

WHEREAS, 10X and Harvard (collectively "Counterclaim Plaintiffs") have asserted counterclaims of infringement of U.S. Patent No. 9,029,085 and 9,850,526 (collectively "the 10X Patents-in-Suit") against Bio-Rad (D.I. 53);

WHEREAS, 10X has further asserted affirmative defenses, counterclaims of non-infringement, invalidity, and unenforceability of the Bio-Rad Patents-in-Suit, and antitrust counterclaims (D.I. 113);

WHEREAS, Plaintiffs and Counterclaim Plaintiffs have mutually agreed to a settlement of their respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Counterclaim Plaintiffs, through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. To dismiss with prejudice Plaintiffs' claims for infringement of the Bio-Rad Patents-in-Suit against 10X (D.I. 1, Counts I-II).

2. To dismiss without prejudice 10X's counterclaims for non-infringement, invalidity, and unenforceability of the Bio-Rad Patents-in-Suit against Plaintiffs (D.I. 113, Counts VIII-XIII);

3. To dismiss with prejudice 10X's antitrust counterclaims (D.I. 113, Counts I-VII);

4. To dismiss with prejudice Counterclaim Plaintiffs' claims for infringement of the 10X Patents-in-Suit (D.I. 113, Counts XIV-XV);

5. Each party shall bear its own costs, expenses, and attorneys' fees incurred with

respect to all claims, defenses, and counterclaims in this Action.

Dated: July 28, 2021                                                    Respectfully Submitted,

/s/ *Matthew Powers*                                                  /s/ *Michael Tuteur*
Matthew D. Powers (*pro hac vice*)                      Michael J. Tuteur (BBO#543780)
TENSEGRITY LAW GROUP, LLP                           FOLEY & LARDNER LLP
555 Twin Dolphin Drive, Suite 650                         111 Huntington Avenue
Redwood Shores, CA 94065                                   Boston, Massachusetts 02199
Telephone:     (650) 802-6000                                 T: 617.342.4000
Facsimile:      (650) 802-6001                                  F: 617.342.4001
10x_BR_MA_Service@tensegritylawgroup.com   BOST-F-Harvard-Bio-
                                                                                  Radv10X@foley.com
*Counsel for 10X Genomics, Inc.*

*Counsel for President and Fellows of Harvard College*

/s/ *Edward Reines*
Edward R. Reines (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
edward.reines@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facisimile: (650) 802-3100

*Counsel for Bio-Rad Laboratories*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2021, a copy of the foregoing document was electronically filed with the clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ Edward Reines*
Edward R. Reines
